UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_Michael Lemberger_        )
                           )
_____)
                           )
     Plaintiff,            )
                           )
vs.                        )    Case No. _07-3128_
                           )    (Supplied by Clerk)
_Sandra Simpson Thomas_    )
_Monahan, Brian Thomas,_   )
_Anderson Freeman, Doyle Sanders_ )
                           )
     Defendant(s).         )

PETITION AND AFFIDAVIT FOR LEAVE
TO PROCEED IN FORMA PAUPERIS

I, _Michael Lemberger_, plaintiff or petitioner, move the court for leave to proceed <u>in forma pauperis</u> in the above-named action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress. _Yes - True_

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty. _Yes - True_

3. I am (check one) Single _✓_ Married ___ Separated ___ Divorced ___ _True_

4. My responses to the following questions are true: _Yes - True_

    A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center?
    Yes ( )    No (✗)    _I am not a prisoner._

    B. If so, by whom, what is your position, and what is your pay? _N/A_

    C. If not, when were you last employed and what was your pay? This includes prior inmate positions? _N/A_

1

D. Have you received money from any other source, including judgments, in the last 12 months?
Yes ( )  No (X)  If yes, describe each source and state how much you received.
_____
_____

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? ___N/A___

F. If withdrawals were made from your institutional trust fund account during the past 12 months, please explain when, how much, and the purpose for which funds were used.  N/A
_____
_____

G. How much money do you have in private checking or saving accounts? ∅
_____

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes ( )  No (X)

If yes, describe the property and its approximate value: ___N/A___
_____

I. Do you have any debts or obligations? Yes ( )  No (X)

If yes, list the amount owed, to whom, and any current payments that you are making. N/A
_____
_____

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support. N/A
_____
_____

2

K.  Estimate the total amount of income or support that your dependents receive per month on an average, excluding your contributes to them.  0  N/A

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

*Michael Lemberg*
SIGNATURE

5/16/07
DATE

CERTIFICATE

(To be complete for prisoners only. This is a statement by the prison and not the prisoner.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $_____ in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

_____
_____
_____
_____
_____
_____

*I am not a prisoner*

_____
(Authorized Officer)

_____
(Institution)

_____
(Title)

DATE _____

IMPORTANT
(THIS CERTIFICATE MUST BE ACCOMPANIED BY A TWELVE MONTH LEDGER OF THE PLAINTIFF/PETITIONER'S TRUST FUND ACCOUNT.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael Lemberger
      Plaintiff

vs.

Sandra Simpson, Thomas Monahan,
Brian Thomas, Anderson Freeman,
Dayle Sanders.
      Defendant(s)

Case No. 07-3128

## COMPLAINT

☑ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other _____

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, Michael Lemberger, and states as follows:

My current address is: R.R. #1 Box 6-A Rushville, Illinois 62681

The defendant Sandra Simpson, is employed as Grievance offical at D.H.S.T.D.F Rushville Illinois

The defendant Thomas Monahan, is employed as Former Facility Director at D.H.S.T.D.F Rushville Illinois

The defendant Brian Thomas, is employed as Acting Facility Director at D.H.S.T.D.F Rushville Illinois

The defendant Dayle Sanders, is employed as Chief of Security at D.H.S.T.D.F Rushville Illinois

(revised 9/96)

The defendant __Anderson Freeman__ ~~N/A~~, is employed as __Program Facility Director__ at __DHS. T.D.F. Rushville Illinois__

Additional defendants and addresses __N/A__

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☑

If yes, please describe _____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
I AM NOT INCARCERATED.   Yes ☐   No ☑

C. If your answer to B is yes, how many? __0__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s) __N/A__

      Defendant(s) __N/A__

   2. Court (if federal court, give name of district; if state court, give name of county)
      __N/A__

   3. Docket Number/Judge __N/A__

2

4. Basic claim made ___N/A___

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

6. Approximate date of filing of lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☑   No ☐

If your answer is no, explain why not ___N/A___

C. Is the grievance process completed?   Yes ☑   No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

Please Note: I am not a Prisoner.

## STATEMENT OF CLAIM

Place of the occurrence  D.H.S. T.D.F. Rushville Illinois

Date of the occurrence  December 8TH 2006

Witnesses to the occurrence  N/A

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
     THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

I suffer from Cronic Obstructive Pulmonary Disease, Upon my arrival at the Department of Human Services, Treatment and Detention Facility in Rushville Illinois, I notified the medical staff, security staff and counselors of my condition. I requested a non-smokeing enviroment due to my condition and my concerns, based upon sientific and medical evidence proving the dangerous effects of second hand smoke. I was denied placement in said enviroment and placed on a pod where the majority of the residents smoke, and was placed in a smoke free room. The room is approximately 7' X 10' with double occupancy capacity. There are 18 such rooms on this, and every pod, and to what extent are for non smoking people I do not know. What I can tell you is that the air is recycled, you cannot open any windows for fresh air because they are sealed shut and the only time I can escape this smoke filled enviroment is when I go out side for recreation.

4

Each Defendant named in this complaint has knowledge of my request and has denied any and all requests I have made requesting a smoke free enviroment for health reasons. They have even denied my grievance relief, stateing that "just because I am in a non smoking room the second hand smoke dosent stop at the door." I have made every attempt to resolve this matter under the assumption that since I am not incarcerated and being punished for a crime, and that I am here, under the care of D.H.S.T.D.F., for the purpose of "Treatment", that one would assume the level of care would be better than D.O.C., but all I have run into so far is treatment that, if not worse, is at least equal to the treatment I recieved as a prisoner while in the Department of Corrections.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

I want to live in a smoke free enviroment and I am seeking nominal damages, compensatory damages and if applicable, punitive damages all to be applyed at a later time if possiable.

**JURY DEMAND**     Yes ☑     No ☐

Signed this 16th day of MAY, 2007.

*Michael Lemberger*
(Signature of Plaintiff)

Name of Plaintiff: Michael Lemberger

Inmate Identification Number:

Address: R.R. 1 Box 6A Rushville Illinois 62681

Telephone Number: 217-322-3204

6