E-FILED
Thursday, 24 May, 2007 09:17:31 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MICHAEL LEMBERGER**<br>Plaintiff | ) ) ) | **WRIT OF HABEAS CORPUS**<br>**AD TESTIFICANDUM** |
| vs | ) ) | |
| | ) | **CASE NO. 07-3128** |
| **SANDRA SIMPSON, THOMAS MONAHAN, BRIAN THOMAS, ANDERSON FREEMAN, DAYLE SANDERS** | ) ) ) ) ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** RUSHVILLE TREATMENT AND DETENTION FACILITY

.

      **WE COMMAND** that you produce the body of **MICAHEL LEMBERGER**, Register No. **N10028**, who is in your custody at Rushville Treatment and Detention Facility  before the United States District Court on June 27, 2007 at 10:00 a.m.  by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

      DATED:  May 24, 2007

                                        JOHN M. WATERS, CLERK<br>
                                        UNITED STATES DISTRICT COURT

                                        BY: _Marleen Cooke_____<br>
                                             Deputy Clerk