

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

*May 24, 2007*

Re: Michael Lemberger - N10028
Case No. 07-3128

RUSHVILLE
IL Department of Human Services - Trust Fund Department
Treatment & Detention Facility
RR 1, Box 6A
Rushville, IL 62681

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from **Ms/r  Michael Lemberger**.   In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the three months immediately preceding receipt of his/her complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of **Ms/r. Michael Lemberger's** trust fund ledgers for the period **February 18, 2007 through May 18, 2007**, within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

    United States District Court
    Central District Of Illinois
    600 East Monroe, Room 151
    Springfield, IL 62701

Please refer to the above referenced case number when submitting the trust fund ledgers.

    Sincerely,

    s/John M. Waters
    JOHN M. WATERS
    Clerk of Court

cc: Michael Lemberger N 10028