To: John M. Waters, Clerk
U.S. District Court

From: Michael Lemberger
RR 1 - Box 6-A
Rushville IL. 62681

FILED
JUN 29 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

6-27-07

RE: Case No: 07-3128

I was set for a hearing on June 27, 2007 at 10:00 AM. by telephone, Entered by Judge Harold A. Baker on 5/24/07.

This phone hearing did not take place as ordered by the court, I was notified at 10:30 AM. by a staff member at D.H.S-T.B.F. That the court canceled the hearing.

Is there a problem that I am not aware of concerning my case? I do not know if my case will proceed or not, nor do I have enough knowledge of the law to know if I've made a mistake in my filings.

I do not have reference to legal information here, there is no law library or legal aid. I also do not have any legal representation and I do not want to be taken advantage of because of my ignorance.

Please let me know where I stand.

Respectfully
M. Lemberger