E-FILED
Tuesday, 10 July, 2007  11:13:56 AM
Clerk, U.S. District Court, ILCD

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

MICHAEL LEMBERGER

vs.                                                    Case Number: **07-3128**

**SANDRA SIMPSON,  THOMAS MONAHAN,
BRIAN THOMAS,  ANDERSON FREEMAN AND
DAYLE SANDERS**

TO:   ANDERSON FREEMAN
       c/o Mr. Patrick Knepler
       DHS, Division of Mental Health
       319 East Madison, Suite 3B
       Springfield, IL  62701

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**Michael Lemberger
Illinois Department of Human Services
Treatment & Detention Facility
RR 1, Box 6A
Rushville, IL   62681**

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

July 10, 2007

JOHN M. WATERS, CLERK

_____

BY:  DEPUTY CLERK

| RETURN OF SERVICE ||
|---|---|
| **Service of the Summons and Complaint was made by me** | DATE |
| **NAME OF SERVER** *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

[ ] **Served personally upon the defendant. Placed where served:** _____

[ ] **Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.**
   **Name of person with whom the summons and complaint were left:** _____

[ ] **Returned unexecuted:** _____

[ ] **Other** *(specify)*: _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                   *Date*                      *Signature of Server*

                                                _____
                                                *Address of Server*

| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN | |
|---|---|---|---|
| PLAINTIFF<br>MICHAEL LEMBERGER | | COURT CASE NUMBER<br>07-3128 | |
| DEFENDANT<br>Sandra Simpson, Thomas Monahan, Brian Thomas, Anderson Freeman and Dayle Sanders | | TYPE OF PROCESS<br>Summons | |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Anderson Freeman

ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code*)

c/o Pat Knepler, DHS, Division of Mental Health, 319 East Madison, Suite 3B, Springfield, IL  62701

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| Michael Lemberger<br>Illinois Department of Human Services, Treatment & Detention Facility<br>RR1, Box 6A<br>Rushville, IL  62681 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

Signature of Attorney or other Originator requesting service on behalf of :  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No._____ | District of Origin<br>No._____ | District to Serve<br>No._____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

| Name and title of individual served (*If not shown above*). | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|---|
| Address (*complete only if different than shown above*) | | Date of Service | Time    am   pm |
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED    SEND  ORIGINAL + 2 COPIES  to USMS.    FORM USM 285 (Rev. 12/15/80)

*1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt*