E-FILED
Wednesday, 08 August, 2007 01:51:15 PM
Clerk, U.S. District Court, ILCD



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Michael Lemberger,           )
   Plaintiff,                )
                             )
   vs.                       )  No. 07-3128
Sandra Simpson, Thomas Monahan )
Brian Thomas, Anderson Freeman, )
Dayle Sanders                )
   Defendant(s)              )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Michael Lemberger, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

I have no resources available to me as I am being held by the state of Illinois as a civil detainee at the Department of Human Services Sex offender Treatment and Detention Facility in Rushville Illinois. Furthermore, this facility has no legal referral system nor a law library and I know absolutely nothing about the law and feel it would be in my best interest to have assistance of counsel.

3. In further support of my motion, I declare that (check appropriate answer):

X   I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

____   I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

4. In further support of my motion, I declare that (check appropriate answer):

___ I have attached an original application to proceed in forma pauperis detailing my financial status.

_X_ I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

___ I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_Michael Lemberg_
Movant's Signature

R.R. 1, Box 6-A
Street Address

Rushville Illinois 62681
City/State/Zip Code

Date: 8-6-07

10/94

2