**E-FILED**
Monday, 20 August, 2007  03:29:03 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MICHAEL LEMBERGER,** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 07-3128** |
| **SANDRA SIMPSON, et al.,** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** Rushville Treatment & Detention Facility at Rushville, Illinois.

WE COMMAND that you produce the body of **Michael Lemberger,** who is in your custody at Rushville Treatment & Detention Facility before the United States District Court on **Tuesday, October 2, 2007 at 9:30 a.m.**  (or as soon thereafter as the court reaches the case) by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

WITNESS the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  August 20, 2007              s/ John M. Waters
                                     JOHN M. WATERS, CLERK
                                     UNITED STATES DISTRICT COURT

                                     BY: __s/ M. Eddings_____
                                         Deputy Clerk