Mr. Waters,                                                              9-18-07

Please add the enclosed grievance to Case 3:07-cv-3128. If possible I would like notification when this is done, and I am also requesting the status of this case.

FILED
SEP 19 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Respectfully,

Michael Lemberg

State of Illinois
Department of Human Services



# TDF Resident Grievance - Appeal Form

| Name of Resident: Mr. Lemberger | ID #: | Date of Submitted: 3-1-07 | Unit: A-3 |
|---|---|---|---|
| Date Received by Administration: 3-06-07 | | Grievance #: 02 07 GR 0121 | |

USE BLACK INK ONLY

SUMMARY OF GRIEVANCE APPEAL:

I have COPD, a lung disease, I am living in a smoke filled enviroment. Reguardless of the fact that I'm in a smoke free cell I am still being forced to breath second hand smoke 24 hours a day 7 days a week. I live in a sealed enviroment, Do you think the cigarette smoke is going to avoid my cell? You are placeing my life in danger. Smokeing is a choice, I choose not to smoke, I have the right to breath smoke free air. You dont have the right to place my life in danger by forceing me to breath second hand smoke and to minimize that threat by telling me that I'm in a smoke free cell. I want to breath clean air — So let me make my-self clear. I do not want any one in my living area smoking on the same unit as I'm on, Reguardless if it's in there cells or not. Smoke drifts — I can smell it, and if I can smell it, I am breathing it.

Resident's Signature: Mr. Lemberger

ALL GRIEVANCE APPEALS MUST BE FILED ON THIS OFFICIAL GRIEVANCE APPEAL FORM

Grievance must be filed within 30 days after receipt of the Facility Director's response. Please attach the grievance with the Grievance Examiner's report and the Facility Director's decision. Forward to the Grievance Examiner.

IL462-5006 (R-4-06)

Page 1 of 1

State of Illinois
Department of Human Services

# TDF Resident Grievance

Grievance Examiner's Response:

The resident grieved that upon his arrival here he informed DHS-TDF staff that he has COPD and is a non-smoker. He requested non-smoking housing every since he's been here and still has not been placed in a non-smoking environment. Everyone on this unit smokes with the exception of 1 or 2 residents. Therefore I am being forced to breath secondhand smoke 24 hours a day. Secondhand smoke kills. I don't want to breathe it.

Grievant's requested relief is a non-smoking environment.

Per administrative review, the resident is advised resident are allowed to smoke in their rooms per the Resident Handbook. I reviewed the housing scheduled on Unit A3. I note you reside in Room #2 with a non-smoker and the room assignment list shows non-smokers in rooms #1 through #8 on your wing. It is determined that you are in the optimum situation possible at this time.

It is recommended this grievance be denied.

2-22-07
GV 0121
Lemberger, M

Grievance Examiner's Signature: _Sandra Simpson_    Date: 2/22/07

Date Received: 2/26/07    **FACILITY DIRECTOR'S RESPONSE**
Facility Director's Decision: Grievance: ☐ Upheld  ☒ Denied
Behavior Committee Decision Appeal: ☐ Upheld  ☐ Denied
Response:

Facility Director Signature: _____    Date: 2/26/07

NOTE: If appealing the Facility Director's Decision, please attach the Grievance Appeal Form and forward to Grievance Examiner

Date Received: 3/20/07    **PROGRAM ADMINISTRATOR'S RESPONSE**
Program Administrator Concurs With The Facility Director's Decision: ☒ Yes  ☐ No
Response:

Program Administrator Signature: _____    Date: 3/27/07

IL462-5001 (R-6-06)    Distribution: Master File; Resident    Page 2 of 2

**State of Illinois**
**Department of Human Services**
**TDF RESIDENT GRIEVANCE**

| Name of Resident: Lemberger | ID# | Date of Incident Occurrence: 12-8-07 |
|---|---|---|
| Date Received by Administration: 02-06-07 A07:23 | | Grievance #: 02 07 GR 0121 |

**Nature of Grievance**

☐ Personal Property  ☐ Staff Conduct (Attempt to Resolve)  ☐ Mail Handling  ☐ Meals  ☐ Medical  ☒ Other (specify): PLACEMENT IN NON-SMOKEING ENVIRON

☐ Disciplinary Report:  Date of Report _____  (Attach copy of Notice of Appearance Before The Behavior Committee and Behavior Committee Decision, then forward to the Grievance Examiner.)

Use only this form to give a BRIEF Summary of Grievance: Upon my arrival here at DHS-TDF I informed the staff that A) I have C.O.P.D. and B) I am a non-smoker. I have requested non-smokeing houseing since I've been here and still have not been placed in a non-smokeing enviroment. Every one on this unit smokes with the exception of 1 or 2 residents — therefore I am being forced to breath second hand smoke 24 hours a day. Second hand smoke kills — I don't want to breath it.

Relief Requested: Non-Smokeing Enviroment

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Resident Signature: Michael Lemberger    Date: 2-2-07

IL462-5001 (R-4-04)    Distribution: Master File; Resident