E-FILED
Monday, 01 October, 2007  02:53:30 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| MICHAEL LEMBERGER, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 07-3128 |
| SANDRA SIMPSON, THOMAS MONAHAN, BRIAN THOMAS, ANDERSON FREEMAN and DAYLE SANDERS, | ) |
| Defendants. | ) |

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S COMPLAINT**

NOW COME Defendants, ANDERSON FREEMAN, THOMAS MONAHAN, DARRELL SANDERS, and BRIAN THOMAS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby answer Plaintiff's Complaint as follows:

**STATEMENT OF CLAIM**

Defendants admit that Plaintiff is a resident at the Illinois Department of Human Services Treatment and Detention Facility in Rushville, Illinois, and that he suffers from chronic obstructive pulmonary disease.  Defendants admit that Plaintiff's housing unit is a double-occupancy capacity unit and that there are 18 such units on every pod.  Defendants admit that Plaintiff resides in a non-smoking cell.  Defendants admit that residents cannot open their windows and that residents can access fresh air when they attend recreation period. Defendants deny that Plaintiff's constitutional rights have been violated. Defendants lack sufficient knowledge or information to form a belief as to the truth of Plaintiff's remaining claims.

**REQUEST FOR RELIEF**

    A.    Defendants deny that Plaintiff is entitled to compensatory damages.

    B.    Defendants deny that Plaintiff is entitled to punitive damages.

C.  Defendants deny that Plaintiff is entitled to injunctive relief.

D.  Defendants deny that Plaintiff is entitled to any relief.

E.  Defendants deny that Plaintiff's constitutional rights have been violated.

## AFFIRMATIVE DEFENSES

1. At all times relevant to Plaintiff's claims, Defendant acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established constitutional rights. Defendants are protected from liability by the doctrine of qualified immunity.

2. Plaintiff's official capacity claims for damages and injunctive relief are barred by the Eleventh Amendment insofar as the State of Illinois is the real party in interest.

Respectfully submitted,

ANDERSON FREEMAN, THOMAS MONAHAN, DARRELL SANDERS and BRIAN THOMAS,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

  s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL LEMBERGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 07-3128 |
| | ) | |
| SANDRA SIMPSON, THOMAS MONAHAN, | ) | |
| BRIAN THOMAS, ANDERSON FREEMAN | ) | |
| and DAYLE SANDERS, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2007, I electronically filed Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael Lemberger
Treatment & Detention Facility
R. R. 1, Box 6A
Rushville, IL 62681

Respectfully submitted,

  s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us