UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| Michael Lemberger, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-3128 |
| | ) | |
| vs. | ) | |
| | ) | |
| Sandra Simpson, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**Sandra Simpson**

I certify that I am admitted to practice in this court.

Date:   11/9/2007

           s/ James C. Vlahakis
           James C. Vlahakis   06230459
           Attorney for Defendant
           HINSHAW & CULBERTSON LLP
           222 North LaSalle, Suite 300
           Chicago, IL 60601
           tel: 312-704-3000
           fax: 312-704-3001
           jvlahakis@hinshawlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2007, I electronically filed Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record and mailed copy of same to the following party of record:

Michael Lemberger
Rushville TDF
RR 1, Box 6A
Rushville, IL 62681

    Respectfully submitted,

    s/ James C. Vlahakis
    James C. Vlahakis   06230459
    Attorney for Defendant
    HINSHAW & CULBERTSON LLP
    222 North LaSalle, Suite 300
    Chicago, IL 60601
    tel: 312-704-3000
    fax: 312-704-3001
    jvlahakis@hinshawlaw.com

6252166v1 794835