United States District Court
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

November 15, 2007

Mr. Michael Lemberger
IL Department of Human Services
Rushville Treatment & Detention Facility
R. R. 1, Box 6A
Rushville, IL 62681


RE: Lemberger v. Simpson et al
CASE NO. 07-3128


Dear Mr. Lemberger:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).


        s/John M. Waters
        JOHN M. WATERS, CLERK
        U.S. DISTRICT COURT


cc: all counsel
notice revised 1/01
mhs