United States District Court
For the Central District of Illinois
Springfield Division

Michael Lemberger
Plaintiff,

v.

Sandra Simpson et. al.
Defendants

Case No: 07 C 3128

FILED
NOV 27 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion For Leave to File an Amended Complaint   Pro. Se.

Plaintiff Michael Lemberger pursuant to Rules 15(a) and 19(a) Fed. R. Civ. P., requests leave to file an amended complaint aledging injury

1. The Plaintiff in his orginal complaint did not claim injuries.

2. Since the filing of the complaint the Plaintiff has determined the nature of injuries. Thoes injuries being of mental and emotional pain and suffering as a result of the constant stress and fear of the illness I currently suffer from progressing and the constant anxiety and fear of contracting a terminal illness such as Lung Cancer as a result of my exposure to Second hand Smoke. It is a reasonable assumption that exposure to second hand smoke could result in a terminal illness and that a person who is forced to live under these conditions could assume that his or her life could be in danger.

1 of 3

Therefore, even though I did not claim physical injury does not take away from the fact that I have suffered injury and continue to suffer undue mental and emotional pain and suffering.

3. Due to the fact that this is a 14th Amendment Civil complaint and not an 8th and also the fact that I am not a prisoner but a Civil Detainee, I am allowed to seek Compensation for mental and emotional suffering.

4. This court should grant leave Freely to amend a complaint. Foman v. Davis, 371 U.S. 178, 182 (1962)

Date: 11-19-07
Respectfully Submitted,

Michael Lemberger

Michael Lemberger
Rushville T.D.F.
R.R. 1 Box 6A
Rushville IL. 62681

<u>Certificate of Service</u>

I hereby certify that on November 22, 2007, I mailed the above document for filing to the Clerk of the Court.

I further certify that on November 22, 2007, I mailed a copy of the above document to the following parties of record:

James C. Vlahakis
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081


Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706


Respectfully Submitted,
*Michael Lemberger*
Michael Lemberger
Department of Human Services
R.R. 1, Box 6-A
Rushville, IL. 62681