To: Clerk of the Court                               1-8-08

I would like a copy of Docket sheet and All Minute Orders pertaining to Case No. 07C 3128

FILED
JAN - 9 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Respectfully

*Michael Lemberg* (signature)

Michael Lemberger
R.R. 1 Box 6A
Rushville IL 62681