IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL LEMBERGER, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 07-3128 |
| SANDRA SIMPSON, THOMAS MONAHAN, BRIAN THOMAS, ANDERSON FREEMAN and DAYLE SANDERS, | ) |
| Defendants. | ) |

**MOTION FOR ENLARGEMENT OF TIME**

NOW COME Defendants, ANDERSON FREEMAN, THOMAS MONAHAN, DARRELL SANDERS, and BRIAN THOMAS, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of time of 14 days, up to and including April 14, 2008, in which to file their dispositive motion in this matter. In support, Defendants state as follows:

1. The undersigned is the Assistant Attorney General assigned to represent the interests of the Defendants in this cause.

2. The dispositive motion deadline in this case is March 31, 2008, as provided in the Text Order dated August 20, 2007.

3. The undersigned is in the process of preparing a dispositive motion for filing on behalf of the above-named Defendants, but requires additional time to properly complete the motion and obtain the necessary affidavit(s).

4. The undersigned requests an additional 14 days, up to and including April 14, 2008, to complete the dispositive motion.

5. This motion is not made for the purpose of undue delay, but is made in good faith for the purpose of preparing a complete motion. No prejudice will occur to Plaintiff because a trial date has not been set in this matter.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request an additional 14 days, up to and including April 14, 2008, within which to prepare and file their dispositive motion.

Respectfully submitted,

ANDERSON FREEMAN, THOMAS MONAHAN, DARRELL SANDERS, and BRIAN THOMAS,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Phone: (217) 782-9056
Fax: (217) 782-8767
E-Mail: mlanzdorf@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL LEMBERGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 07-3128 |
| | ) | |
| SANDRA SIMPSON, THOMAS MONAHAN, | ) | |
| BRIAN THOMAS, ANDERSON FREEMAN | ) | |
| and DAYLE SANDERS, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on March 31, 2008, I electronically filed Defendants' Motion for Enlargement of Time, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael Lemberger
Treatment & Detention Facility
R. R. 1, Box 6A
Rushville, IL 62681

    Respectfully submitted,

    s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us