United States District Court
For the Central District of Illinois
Springfield Division

Michael Lemberger
 Plaintiff,

V.

Sandra Simpson et.al.
 Defendants.

Case No. 07 C 3128

Judge: Harold Baker

FILED
APR 0 1 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Plaintiff's Pro. se. Response to Defendant Sandra Simpson's Motion for Leave to cite To Additional Authority, White v. IDHS, 08 C 940 (N.D. Ill.) in Support of her FRCP 12(b)(6) Motion to Dismiss

Now comes plaintiff, Michael Lemberger, Pro. Se. and moves this honorable to deny Defendant's Motion for Leave to cite To Additional Authority, White v. IDHS, 08 C 940 (N.D. Ill) and in support state the following.

1) In answer to Introduction 1. Sandra Simpson is the Grievance Examiner at the Illinois Department of Human Services' Treatment and Detention Facility

1- of 5

2. Sandra Simpson is being sued A.) because she denied my request to live in a smoke free enviroment because of a pre-existing lung disease (Cronic obstructive Pulmonary Disease), B.) Because Sandra Simpson represents Liberty Health Care and does not represent the Illinois Department of Human Services but is a contracted employee, and works in conjunction with the State of Illinois.

3. To quote the Mission Statement on page 1. of the Resident handbook, "The Illinois Department of Human Services Treatment and Detention Facility provides state of the art, Sex offender specific treatment in a safe, structured residential environment. We focus on the individualized needs of the residents and treat each resident respectfully, professionally and with dignity."

4. My question is how am I in a safe environment when I notified Liberty Health Care Corporation and The Illinois Department of Human Services of my Pre-existing Lung Disease and the dangers I face being forced to breath second hand smoke, with those dangers being exponentially increased because of a lung diease that Liberty Health Care Corporation and The Illinois Department of Human Services both accknowledge.

5. Yes it's true that The Rushville T.D.F is now a non-smoking facility, but if I may remind this Honorable Court, that decision came as a result of P.A. 095-0017 and not from any concern the Defendant may or may not of had for my health.

2 of 5

6) Under Defendant Simpsons citing of White v. IDHS, et al. 08 C. 940 (N.D. Ill. February 20, 2008) I am not trying to resuscitate my claim by suing the grievance examiner, my original claim is against the grievance examiner and I have not tryed to resuscitate my claim based on the loss of a similar claim.

7) Number 4 of White v. IDHS. The Defendant accuses Plaintiff of trying to "shoot the messenger" when in fact Plaintiff feels that He has a legitimate claim in asserting that Defendant Simpson is a Policymaker whome represents Liberty Healthcare Corporation and works in conjunction with IDHS, it appears that Liberty Health Care Corporation has a Representative in place to protect there interests.

8.) Defendant did in fact change policy on the allowance of smoking in writ vans on a grivance I filed on 2-5-07, Grievance # 02 07 GR 0133. Submitted by Defendant's motion to Dismiss filed on Wednesday, 14 November, 2007 12:04:43 A.M. via E-File, in Exhibit A page 20 of 20, and I quote, "Per Administrative Review, the Resident is advised smoking will not be allowed in the TDF vehicles, It is Recomended this grievance is Resolved" Sined by Sandra Simpson on 2/8/07.

9) In answer to Defendant's Judicial Economy warrants the Dismissal of Ms. Simpson From Other cases A) Defendant Simpson, in reference to Case No. 08-CV-03038, Judge: Harold Baker, is being sued on the theory that she caused or participated in an

B.) Plaintiff requests this Honorable court to Dismiss Defendants Motion on behalf of Defendant Simpson surreptitious attempt to file a motion to Dismiss Case No. 08-cv-03038, Judge: Harold Baker, when, if I may remind this Honorable court, that on 2/25/2008 at 4:05 P.M. CST and filed on 2/25/2008 the following transaction was entered by the Honorable Judge: Harold Baker, a Docket Text: Merit Review Order: where the Honorable Judge: Harold Baker explicitly ordered that, "A motion to dismiss is not an Answer".

Wherefore, for the reasons set forth above, Plaintiff Michael Lemberger requests that this Honorable Court Deny Defendant Sandra Simpson's (a) citing of White v. IDHS et al. 08 C940 (N.D. Ill 2008) as additional authority in support of her FRCP 12(b)(6) Motion to Dismiss; (b) dismissal from this lawsuite; and (c) sua sponte dismissal from the above identified lawsuites.

Respectfully Submitted,

*Michael Lemberger*

Michael Lemberger
R.R. 1 Box 6-A
Rushville, IL. 62681

## Certificate of Service

I hereby certify that on March 21, 2008 I mailed, by U.S. mail, the above document for filing to the Clerk of the Court.

I further certify that on March 21, 2008 I mailed, by U.S. mail, a copy of the above document to the following party of record:

James C. Vlahakis
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081

Respectfully Submitted,

*Michael Lemberger*

Michael Lemberger
R.R. 1 Box 6-A
Rushville, IL. 62681