E-FILED
Wednesday, 30 April, 2008  04:28:47 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL LEMBERGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 07-3128 |
| | ) | |
| SANDRA SIMPSON, THOMAS MONAHAN, | ) | |
| BRIAN THOMAS, ANDERSON FREEMAN | ) | |
| and DAYLE SANDERS, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now come Defendants, ANDERSON FREEMAN, THOMAS MONAHAN, DARRELL SANDERS, and BRIAN THOMAS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby submit their Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure Rule 56(b). In support thereof, Defendants state as follows:

    1.    Plaintiff is in the custody of the Illinois Department of Human Services at the Rushville Treatment & Detention Facility pursuant to the Sexually Violent Persons Commitment Act, 725 Ill. Comp. Stat. Ann. 207/1 *et seq.* (West 2007).

    2.    There is insufficient evidence for a rational jury to find that Defendants were deliberately indifferent to Plaintiff's serious medical needs.

    3.    Defendants are entitled to qualified immunity.

    4.    There is no occasion to issue injunctive relief because smoking is no longer permitted at the Rushville Treatment & Detention Facility.

5.  Plaintiff's claims against Defendants in their official capacity are barred by sovereign immunity.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court grant their Motion for Summary Judgment.

Respectfully submitted,

ANDERSON FREEMAN, THOMAS MONAHAN, DARRELL SANDERS, and BRIAN THOMAS,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for the Defendants,

By:   s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, IL 62706
Phone: (217)782-9056
Fax: (217)782-8767
E-Mail: mlanzdorf@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL LEMBERGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 07-3128 |
| | ) | |
| SANDRA SIMPSON, THOMAS MONAHAN, | ) | |
| BRIAN THOMAS, ANDERSON FREEMAN | ) | |
| and DAYLE SANDERS, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 30, 2008, I electronically filed Defendants' Motion for Summary Judgment, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael Lemberger
Treatment & Detention Facility
R. R. # 1, Box 6-A
Rushville, IL   62681

                                      Respectfully submitted,

                                        s/ Michael J. Lanzdorf
                                      Michael J. Lanzdorf, #6286675
                                      Assistant Attorney General
                                      500 South Second Street
                                      Springfield, IL   62706
                                      Phone: (217) 782-9056
                                      Fax: (217) 782 -8767
                                      E-Mail: mlanzdorf@atg.state.il.us