## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL LEMBERGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 07-3128 |
| | ) | |
| SANDRA SIMPSON, THOMAS MONAHAN, | ) | |
| BRIAN THOMAS, ANDERSON FREEMAN | ) | |
| and DAYLE SANDERS, | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM OF LAW IN SUPPORT OF
### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants, ANDERSON FREEMAN, THOMAS MONAHAN, DARRELL SANDERS, and BRIAN THOMAS, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure Rule 56, hereby submit their Memorandum of Law in Support of Defendants' Motion for Summary Judgment, stating as follows:

### INTRODUCTION

Plaintiff, Michael Lemberger, is in the custody of the Illinois Department of Human Services (the "Department") at the Rushville Treatment & Detention Facility ("Rushville TDF") pursuant to the Sexually Violent Persons Commitment Act, 725 Ill. Comp. Stat. Ann. 207/1 *et seq.* (West 2007) (the "SVP Act"). Plaintiff alleges that his exposure to environmental tobacco smoke ("ETS") at the Rushville TDF is endangering his health and that the Defendants are deliberately indifferent to his serious medical need. Defendants move for summary judgment on the following grounds: *First*, there is insufficient evidence for a rational jury to find that Defendants were deliberately indifferent to Plaintiff's serious medical needs. *Second*, Defendants are entitled to qualified immunity. *Third*, there is no occasion to issue injunctive

relief because smoking is no longer permitted at the Rushville TDF. *Fourth*, Plaintiff's claims

against Defendants in their official capacity are barred by sovereign immunity.

## <u>UNDISPUTED MATERIAL FACTS</u>

1.      Plaintiff alleges that second-hand smoke at the Rushville TDF caused him

"mental and emotional pain and suffering as a result of the constant stress and fear of the

illness I currently suffer from progressing and the constant anxiety and fear of contracting a

terminal illness such as lung cancer..." (Ct. Doc. #22, ¶ 2.)

2.      Plaintiff has resided in a non-smoking room since his transfer to the Rushville

TDF in December 2006. (Ct. Doc. #6, ¶ 4.)

3.      As of January 1, 2008, the Rushville TDF is a tobacco free facility. No smoking

or chewing tobacco, lighters, or matches are allowed within the facility. Residents are not

allowed to smoke or chew tobacco anywhere on facility grounds. (Defs.' Ex. A; Bednarz Aff.,

¶ 3.)

4.      Residents were permitted to smoke inside their rooms before January 1, 2008.

Residents were also permitted to smoke in the outdoor common areas before implementation

of the smoking ban. However, residents were not allowed to smoke in the indoor common

areas during that time. (Defs.' Ex. A; Bednarz Aff., ¶ 4.)

5.      On December 8, 2006, Plaintiff self-reported that he suffered from Chronic

Obstructive Pulmonary Disease ("COPD"). However, there is no evidence to suggest from

Plaintiff's medical records and lab data that he has any lung pathology such as COPD. (Defs.' Ex.

A; Bednarz Aff., ¶ 5.)

6.      To the extent Plaintiff suffers from COPD, his condition is "mild" in severity and

is well-controlled. (Defs.' Ex. A; Bednarz Aff., ¶ 5.)

7.      Plaintiff has been seen regularly by healthcare staff during the course of his

confinement at the Rushville TDF. (Defs.' Ex. A; Bednarz Aff., ¶ 5.)

2

8.     Plaintiff presented complaints of a cough on only one occasion from the time he was admitted to the Rushville TDF through December of 2007.  (Defs.' Ex. A; Bednarz Aff., ¶ 6.)

9.     There is no indication that Plaintiff's COPD condition, to the extent he has such a condition, has been aggravated during the course of his confinement at the Rushville TDF. Plaintiff's medical records do not indicate that he complained of persistent shortness of breath or wheezing.  Moreover, Plaintiff has not complained of decreased exercise tolerance.  On November 27, 2007, Plaintiff reported that he completes six miles on the elliptical machine multiple times per week.  (Defs.' Ex. A; Bednarz Aff., ¶ 7.)

## SUMMARY JUDGMENT STANDARD

Summary judgment is warranted only if "there is no genuine issue as to any material fact and [ ] the moving party is entitled to judgment as a matter of law."  Fed. R. Civ. P. 56(c).  The party moving for summary judgment carries the initial burden of production to identify "those portions of the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, which it believes demonstrate the absence of a genuine issue of material fact."  Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986).  The moving party may discharge this burden by "showing . . . an absence of evidence to support the nonmoving party's case."  Id., 477 U.S. at 325.  When the moving party has met the burden, the nonmoving party "must set forth specific facts showing that there is a genuine issue for trial." Fed. R. Civ. P. 56; Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 250.  In determining whether the nonmovant has identified a "material" issue of fact for trial, "[o]nly dispute[s] that could affect the outcome of the suit under governing law will properly preclude the entry of summary judgment."  McGinn v. Burlington Northern R.R. Co., 102 F.3d 295, 298 (7th Cir. 1996).  A court must enter summary judgment against the plaintiff when the plaintiff fails to come forward with

evidence that would reasonably permit a finder of fact to find in plaintiff's favor on a material question.  Waldridge v. Am. Hoechst Corp., 24 F.3d 918, 920 (7th Cir. 1994).

## ARGUMENT

I. **THERE IS INSUFFICIENT EVIDENCE FOR A RATIONAL JURY TO FIND THAT DEFENDANTS WERE DELIBERATELY INDIFFERENT TO PLAINTIFF'S SERIOUS MEDICAL NEEDS.**

Although Plaintiff's legal rights may spring from the Due Process Clause of the Fourteenth Amendment and not the Eighth Amendment by virtue of the civil nature of the SVP Act, the Seventh Circuit has repeatedly endorsed the application of the "deliberate indifference" standard to claims involving detainees and civilly committed individuals.  Brown v. Budz, 398 F.3d 904, 910 (7th Cir. 2005); Palmer v. Marion County, 327 F.3d 588, 593 (7th Cir. 2003); Butera v. Cottey, 285 F.3d 601, 605 (7th Cir. 2002); Collignon v. Milwaukee County, 163 F.3d 982, 987-89 (7th Cir. 1998).  Claims for deliberate indifference to a serious medical need contain both an objective and a subjective component.  Under the objective component, plaintiffs must demonstrate that their medical need is "objectively, sufficiently serious." Farmer v. Brennan, 511 U.S. 825, 834 (1994).  A serious medical need is one that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the need for a doctor's attention.  Greeno v. Daley, 414 F.3d 645, 653 (7th Cir. 2005).  Under the subjective component, plaintiffs must demonstrate that officials acted with a "'sufficiently culpable state of mind.'" Farmer, 511 U.S. at 834 (quoting Wilson v. Seiter, 501 U.S. 294, 297 (1991)).  In other words, officials must act or fail to act despite their knowledge of a substantial risk of serious harm.  Jones v. Simek, 193 F.3d 485, 490 (7th Cir. 1999).

To prevail on a claim that his constitutional rights were violated by exposure to second hand smoke, a plaintiff must prove that he suffered serious health problems caused by the exposure.  Henderson v. Sheahan, 196 F.3d 839, 845 (7th Cir. 1999).  In Henderson, the Court of Appeals held that forcing an inmate to live amid smokers did not constitute a "substantial risk

of serious injury" and that the injuries of which the inmate complained – breathing problems, chest pains, dizziness, sinus problems, headaches and a loss of energy – were, objectively speaking, relatively minor and not so serious as to satisfy the Eighth Amendment. Henderson, 196 F.3d at 844-46. Discomfort from the aggravation of asthma is not constitutionally actionable. Id., citing Oliver v. Deen, 77 F.3d 156, 158-61 (7th Cir. 1996) (concluding at the summary judgment stage that an asthmatic prisoner failed to demonstrate that he had a serious medical need for a non-smoking environment even though his exposure to second-hand smoke aggravated his asthmatic condition causing him to suffer chest pains, difficulty in breathing, dizziness, nausea and other signs of discomfort).

There is insufficient evidence for a rational jury to find that Plaintiff suffered serious health problems caused by his alleged exposure to ETS. Conspicuously absent from Plaintiff's filings is any allegation that a physician ever recommended or ordered that he be removed from the allegedly smoky environment in which he was housed and placed in a non-smoking environment. More importantly, Plaintiff himself acknowledges that he did not suffer any physical injury. (Ct. Doc. #22.) Although Plaintiff self-reported that he suffers from COPD, there is no evidence to suggest from his medical records and lab data that he has any lung pathology such as COPD. (Undisputed Material Fact No. 6.) To the extent he has such a condition, it is "mild" in severity and is well-controlled. (Undisputed Material Fact No. 6.) Plaintiff presented complaints of a cough on only one occasion from the time he was admitted to the Rushville TDF until the Rushville TDF became a smoke-free environment. (Undisputed Material Fact No. 8.) Plaintiff has not complained of persistent shortness of breath or wheezing nor has he complained of decreased exercise tolerance. (Undisputed Material Fact No. 9.) In fact, on November 25, 2007, Plaintiff reported that he completes six miles on the elliptical machine multiple times per week. (Undisputed Material Fact No. 9.) Accordingly, the medical problems alleged by Plaintiff are not sufficiently serious to be constitutionally actionable.

Even if Plaintiff were able to prove that he suffered a sufficiently serious injury from his exposure to second-hand smoke at the Rushville TDF, he still must prove that the Defendants knew of a substantial risk of serious injury and failed to take measures to prevent that harm from occurring. This is not a case like <u>Helling v. McKinney</u>, 509 U.S. 25 (1993), in which the Court determined that an Eighth Amendment claim can be stated to prevent an "unsafe, life-threatening condition," which may not have yet caused a tragic event. Indeed, Plaintiff can no longer claim that he may be harmed in the future–that, for instance, he could suffer a severe asthma attack or "contract[ ] a terminal illness such as lung cancer" as a result of continued exposure to second hand smoke. (Ct. Doc. #22, ¶ 2.) As of January 1, 2008, the Rushville TDF is a tobacco free facility. (Undisputed Material Fact No. 3.) No smoking or chewing tobacco, lighters, or matches are allowed within the facility. (Undisputed Material Fact No. 3.)

Even before the smoking ban took effect, residents were not permitted to smoke in the indoor common areas and Plaintiff resided in a non-smoking room since his transfer to the Rushville TDF. (Undisputed Material Fact No. 2.) Therefore, Plaintiff's only potential exposure to second-hand smoke was in the outdoor common areas and to the limited amount of smoke that managed to travel under Plaintiff's door. (See Undisputed Material Facts No. 2-4.) The Eighth Amendment does not mandate the existence of a "maximally safe environment . . . completely free from pollution or safety hazards." <u>Carroll v. DeTella</u>, 255 F.3d 470, 472 (7th Cir. 2001) ("The Eighth Amendment does not require prisons to provide prisoners with more salubrious air, healthier food, or cleaner water than are enjoyed by substantial numbers of free Americans.") Given that Plaintiff can only show exposure to a *minimal* amount of smoke for a *limited* period of time and that Plaintiff's medical condition has not worsened, there is insufficient evidence for a rational jury to find that Defendants acted with a sufficiently culpable state of mind. Accordingly, Defendants are entitled to summary judgment.

6

II.     **DEFENDANTS ARE ENTITLED TO QUALIFIED IMMUNITY AS TO ALL CLAIMS BECAUSE THEIR ALLEGED CONDUCT DID NOT VIOLATE PLAINTIFF'S CLEARLY ESTABLISHED RIGHTS.**

The doctrine of qualified immunity shields government officials from liability for civil damages on account of their performance of discretionary functions insofar as their conduct does not violate clearly established statutory or constitutional rights of which a reasonable person would have known.  Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982).  A court required to rule upon qualified immunity of a government official must first determine whether a favorable view of plaintiff's alleged facts show that the official's conduct violated a constitutional right, and, if they have, to determine whether the applicable constitutional standards were clearly established at the time the events took place.  Saucier v. Katz, 533 U.S. 194, 200 (2001); Erwin v. Daley, 92 F.3d 521, 525 (7th Cir. 1996).  The relevant, dispositive inquiry in determining whether a right is clearly established is whether it would be clear to a reasonable official that his conduct was unlawful in the situation he confronted.  Saucier, 533 U.S. at 202.  Government officials may be protected from liability for objectively reasonable decisions, even if the decision is later determined to be wrong.  See Jones v. City of Chicago, 856 F.2d 985, 994 (7th Cir. 1998).

In the present case, the Defendants are entitled to qualified immunity.  To the extent that minimal exposure to second-hand smoke for a limited period of time resulting in "anxiety and fear of contracting a terminal illness" represents a constitutional violation, a ruling against Defendants would represent an announcement of new law of which they could not have been aware at the time they took the alleged actions.  Because the law did not put Defendants on notice that their conduct was clearly unlawful, they are entitled to qualified immunity.

III.    **THERE IS NO OCCASION TO ISSUE AN INJUNCTION BECAUSE SMOKING IS NO LONGER ALLOWED AT THE RUSHVILLE TDF.**

Even when a constitutional violation is found, the power of federal courts to issue injunctive relief is circumscribed by the nature and extent of the constitutional violation.  Al-Alamin v. Gramley, 926 F.2d 680, 685 (7th Cir. 1991).  A federal court does not have jurisdiction to grant injunctive relief in the absence of an ongoing violation of federal law.  Id.  Plaintiff's lawsuit is based entirely on his exposure to ETS at the Rushville TDF.  As previously stated, the Rushville TDF is a tobacco free facility.  (Undisputed Material Fact No. 3.)  Residents are not allowed to smoke or chew tobacco anywhere on facility grounds.  (Undisputed Material Fact No. 3.)  Since there is a state statute banning smoking at the Rushville TDF and no anticipation that the statute will be repealed or smoking permitted at the facility, there is no longer any occasion to issue injunctive relief.

IV.    **PLAINTIFF'S CLAIMS AGAINST DEFENDANTS IN THEIR OFFICIAL CAPACITY ARE BARRED SOVEREIGN IMMUNITY.**

To the extent Plaintiff seeks money damages in an attempt to fasten liability on Defendants based solely on the theory that they occupied a given office, Plaintiff's claims are barred by the Eleventh Amendment.  The key inquiry is whether the state is "the real, substantial party in interest.  Kroll v. Bd. of Trustees of the Univ. Of Illinois, 934 F.2d 904, 907 (7th Cir. 1991).  Official-capacity suits are deemed to be against the "entity of which an officer is an agent."  Id.  The Eleventh Amendment bars a damages action against a State in federal court when State officials are sued for damages in their official capacity chiefly because "a judgment against a public servant in his official capacity imposes liability on the entity that he represents."  Kentucky v. Graham, 473 U.S. 159, 169 (1985), citing Brandon v. Holt, 469 U.S. 464, 471 (1985).  In this case, Plaintiff asserts that the Defendants, in their official capacities, were deliberately indifferent to Plaintiff's serious medical needs.  Accordingly, Defendants are entitled to sovereign immunity as to any claims made against them in their official capacities.

8

**CONCLUSION**

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request

this Honorable Court grant their Motion for Summary Judgment.

Respectfully submitted,

ANDERSON FREEMAN, THOMAS MONAHAN,
DARRELL SANDERS, and BRIAN THOMAS,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,


   s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| MICHAEL LEMBERGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 07-3128 |
| | ) | |
| SANDRA SIMPSON, THOMAS MONAHAN, | ) | |
| BRIAN THOMAS, ANDERSON FREEMAN | ) | |
| and DAYLE SANDERS, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 30, 2008, I electronically filed Defendants' Memorandum of Law in Support of their Motion for Summary Judgment, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael Lemberger
Treatment & Detention Facility
R. R. # 1, Box 6-A
Rushville, IL   62681

Respectfully submitted,


  s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us

**E-FILED**
Wednesday, 30 April, 2008  04:30:51 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS          )                    *Lemberger v. Simpson, et al.,*
                           )ss.                 USDC-CD Ill. No. 07-3128
COUNTY OF SCHUYLER         )

<u>**AFFIDAVIT**</u>

I, **Michael Bednarz, M.D.**, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1.      I have been employed by the Illinois Department of Human Services ("DHS") as the Medical Director at the Rushville Treatment & Detention Facility ("Rushville TDF") since its opening in 2006.  Previously, I was employed as the Medical Director at the Joliet Treatment & Detention Facility since 2004.

2.      I am a licensed physician in the State of Illinois.

3.      As of January 1, 2008, the Rushville TDF is a tobacco free facility.  No smoking or chewing tobacco, lighters, or matches are allowed within the facility.  Residents are not allowed to smoke or chew tobacco anywhere on facility grounds.

4.      Residents were permitted to smoke inside their rooms before January 1, 2008.  Residents were also permitted to smoke in the outdoor common areas before implementation of the smoking ban.  However, residents were not allowed to smoke in the indoor common areas during that time.

5.      On December 8, 2006, Michael Lemberger self-reported that he suffered from Chronic Obstructive Pulmonary Disease ("COPD").  (Medical Records, 12/8/06, attached hereto.)  However, there is no evidence to suggest from Mr. Lemberger's medical records and lab data that he has any lung pathology such as COPD.  To the extent Mr. Lemberger suffers from COPD, his condition is "mild" in severity and is well-controlled.  Mr. Lemberger has been seen regularly by healthcare staff during the course of his confinement at the Rushville TDF.  (Medical Records.)

**EXHIBIT**

_A_

6.    According to Mr. Lemberger's PRN Medication Progress Notes, he presented complaints of a cough on only one occasion from the time he was admitted to the Rushville TDF in December of 2006, through December of 2007. (Medical Records, 5/23/06.)

7.    There is no indication that Mr. Lemberger's COPD condition, to the extent he has such a condition, has been aggravated during the course of his confinement at the Rushville TDF. Mr. Lemberger's medical records do not indicate that he complained of persistent shortness of breath or wheezing.    Moreover, Mr. Lemberger has not complained of decreased exercise tolerance. On November 27, 2007, Mr. Lemberger reported that he completes six miles on the elliptical machine multiple times per week. (Medical Records, 11/27/07.)

FURTHER AFFIANT SAYETH NOT.

_____
Michael Bednarz, M.D.

SUBSCRIBED and SWORN to
before me this 30th day of April, 2008.
_____
Notary Public

OFFICIAL SEAL
DIANA M. DESALLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-14-2011

DHS DETENTION AND TREATMENT PROGRAM
JOLIET

TREATMENT KARDEX

NAME _Zomberger, M_ NUMBER _654462_ DOB _7-1-61_

TREATMENT ORDERED _B/P_ FREQUENCY _q weekly_

| DATE | TIME | RESULTS | SIGNATURE |
|------|------|---------|-----------|
| 1/10/07 | 0915 | 137/84 | K Rhoades / pm |
| 1/17/07 | 0840 | 127/71 | K Rhoades / pm |
| 1/24/07 | 0900 | 138/74 | C.M. Rhoades / pm |
| 1/31/07 | 0900 | 123/74 | K Rhoades / pm |
| | | Submit to MD | DR'S INITIALS: _2/5/07 ___ pm |
| | | | STATUS _____ FILE ✓ |
| | | | PULL CHART _____ SEE PATIENT _____ |



### State of Illinois
### Department of Human Services
## PHYSICAL EXAMINATION - MENTAL HEALTH

| DATE | TIME | HEIGHT | WEIGHT | AGE | SEX | RACE | TEMP | PULSE | RESP | BLOOD PRESSURE |
|------|------|--------|--------|-----|-----|------|------|-------|------|----------------|
| 1-22-08 | 1015 | 6'5" | 208 | 45 | M | C | 975 | 59 | 18 | 144/82 |

**0 = Negative/NORMAL** Findings    **+ = Positive/ABNORMAL** Findings    ALL Positive findings require description in **COMMENTS** Section.    **PHYSICAL EXAMINATION IS TO BE COMPLETED WITHIN 24 HOURS AFTER ADMISSION TO THE FACILITY.**

General Appearance: _Appears in no distress. Well nourished._

**1. Skin**
- ___ Color
- ___ Turgor
- ✓ Eruptions
- ___ Nodules
- ___ Texture
- ___ Hair
- ___ Pigment
- ___ Nails
- ___ Scars

Comments

_Facial acne._

**2. Head**
- ___ Shape
- ___ Size
- ___ External Injuries
- ___ Scalp
- ___ Other

**3. Eyes**    20/70 OD    20/50 OS
- ___ Pupil Size and Shape
- ___ Pupil Reactivity
- ___ Nystagmus
- ___ Ptosis
- ___ Proptosis/Exophthalmus
- ___ Specific Visual Acuity
- ___ Conjuctiva
- ___ Cornea
- ___ Sclera
- ___ Lid Swelling
- ___ Fundi
- ___ Strabismus

**4. Ears**
- ___ Drums
- ___ Specific Hearing Acuity
- ___ Hearing
- ___ Discharge

**5. Nose**
- ___ Airways
- ___ Septum
- ___ Mucosa

**6. Mouth**
- ___ Lips
- ___ Teeth
- ___ Gums
- ___ Tongue

**7. Throat**
- ___ Tonsils
- ___ Pharynx

**8. Neck**
- ___ Rigidity
- ___ Thyroid
- ___ JVP
- ___ Trachea
- ___ Bruits

**9. Chest & Lungs**
- ___ Shape
- ___ Symmetry
- ___ Respiratory Movements
- ___ Air Entry
- ___ Percussion
- ___ Other Sounds
- ___ Breath Sounds
- ___ Rales/Rhonchi

**10. Breast**
- ___ Masses
- ___ Discharge
- ___ Nipples

**11. Cardio Vascular**
- ___ S₁
- ___ S₂
- ___ S₃
- ___ S₄
- ___ Apical Pulse
- ___ Thrill
- ___ Rate
- ___ Rhythm
- ___ Murmurs
- ___ Peripheral Pulses

**12. Peripheral Circulation**
- ___ Equality
- ___ Pulses

**13. Lymphatic**
- ___ Cyst
- ___ Nodules
- ___ Edema
- ___ Other

**14. Abdomen**
- ___ Shape
- ___ Tenderness
- ___ Organomegaly
- ___ Bowel Sounds
- ___ Mass
- ___ Scars
- ___ Hernia (specify location)
- ___ Other
- ___ Waist Circumfuence (inches)

continued on reverse side...

Individual: _Lemberger, Michael_    Sex: _M_
Date of Birth: _7-1-61_
ID #:
Facility: _Rushville TDF_
Subunit:

(formerly DMHDD - 28)
IL462-0028M (N-3-03)    E

**PHYSICAL EXAMINATION**

Lemberger, Michael

= Negative Findings    + = Positive Findings    ALL Positive Findings require description in COMMENTS for that Section

| Systemic Review Including Assessment of Pain as it relates to these systems. | Comments |
|---|---|

**a. General**
- No Fatigue
- + Irritability
- + Insomnia
- NU Other

- No Night Sweats
- + Weight Changes
- + Malaise

**b. Skin**
- No Itching/Pruritus
- No Pigmentary Changes

- No Sores/Lesions
- — Other

Bil elbow scaly erythematous rash.

**c. Head:**
- No Headaches
- No Dizziness

- N Head Injury
- — Other

**Eyes:**
- No Glaucoma
- No Blurred Vision

- ✓ Corrective Lenses
- — Other

**Ears:**
- No Earache
- No Ear Discharge
- — Other

- No Hearing Loss
- No Vertigo

**Nose/Throat:**
- No Nasal Discharge
- No Dysphagia
- — Other

- No Nasal Obstruction
- + Sinusitis — Chronic h/o s(inusitis)

**d. Neck:**
- No Stiffness
- — Other

- No Pain

**e. Respiratory:**
- No Hemoptysis
- No Shortness of Breath
- Non Smokes ___ Packs/Day x ___ Years
- — Other

- No Cough

**f. Cardio-Vascular:**
- No Chest Pain
- No Edema
- No Shortness of Breath
- No Paroxysmal Nocturnal Dyspnea
- — Other

- No Palpitations
- No Orthopnea

**g. Gastro-Intestinal:**
- No Heartburn
- No Constipation
- No Hematemesis
- No Jaundice
- — Other

- No Diarrhea
- No Abdominal Pain
- No Nausea/Vomiting
- No Melena

**h. Gynecological:**
- — Discharge
- Last Menstrual Period ___
- — Other

N/A

- — Sexually Active

**i. Genitourinary:**
- No Discharge
- — Other

- No Urinary Complaints — (specify)

**j. Musculoskeletal:**
- + Arthritis
- + Arthralgia

- No Trauma
- — Other

Polyarticular pain. Lower back. Knees

**k. Neurologic:**
- No Seizures
- No Weakness
- No Headaches
- — Other

- No Diplopia
- No Dizziness
- + Muscle Atrophy

_Signature_

(formerly DMHDD-27)
IL462-0027M (R-2-02)

**DHS**

**State of Illinois**
**Department of Human Services**
**MEDICAL HISTORY**

| DATE | TIME | AGE | SEX | RACE |
|------|------|-----|-----|------|
| 12/7/02 | 2 ✓ | 45 | M | W |

0 = Negative/NORMAL Findings     + = Positive/ABNORMAL Findings. ALL Positive Findings require description in COMMENTS Section.
MEDICAL HISTORY IS TO BE COMPLETED WITHIN 24 HOURS OF ADMISSION TO THE FACILITY.

HISTORY OBTAINED FROM: _Lemberger Michael_

1. Chief Complaint/Presenting Problem (and cause, if known):

2. History of Present Illness/Medical Problem(s):   Gastritis, DJD, Chronic rash (Psoriasis)

3. History of Birth and Development:   Normal Birth & Development.

**4. Past Medical History/Medical Problem(s):**

| | | | |
|---|---|---|---|
| NV Heart Disease | NV Seizure | NV Diabetes | |
| NV Blood Disorder | NV HTN | NV Cancer | |
| NV Surgery | Asthma | NV TB | |
| NV Major Injury | NO Renal | NV S.T.D. | |
| NO Allergies | Other | | |

**COMMENTS:**

Individual was offered a HIV Antibody Test on this date.

____ Accepted (see Consent Form)

____ Refused

____ Unable to understand consent at this time.

**5. Pertinent Family History:**

| | | | |
|---|---|---|---|
| NO Heart Disease | NO Seizure | NO Diabetes | |
| NO Blood Disorder | NO HTN | ✓ Cancer + Kidney. | |
| ✓ Surgery | NO Asthma | NO TB | |
| ____ Major Injury | ____ Renal | ? S.T.D. | |
| ____ Allergies | ____ Other | | |

**6. Alcohol/Drug History:**

Substances used: Polysubstance Abuse ____ Marijuana.

Amount & Time last used: Last used 6yrs ago. Opiates...

Duration of substance use: ± 20yrs

History of:   NO DT's     NO Withdrawal Seizures

NV Blackouts   ____ Other Symptoms

☐ Continued on reverse . . . . . . . . . . .

**MEDICAL HISTORY**

(formerly DMHDD-27)
IL462-0027M (R-2-02)   E

Individual's name
_Lemberger, Michael_

Date of birth
_7-1-61_     Sex _M_

ID#

Facility's name
_Rushville TDF_

Unit/Subunit     Date

Enter individual's identification above

0 = Negative/**NORMAL** Findings          ALL Positive findings require description in **COMMENTS** Section.
+ = Positive/**ABNORMAL** Findings

**15. Genitalia**   _✓E_ Circumcised   _NO_ Scrotum   _NU_ Testes
**Male**            _CL_ Lesions   ____ Discharge   ____ Other
**or**
**Female**          ____ External   ____ *Vagina   ____ *Cervix   ____ *Uterus
                    ____ *Adnexa   ____ *Discharge   ____ Other   _N/A_
        * per gynecological exam on date

**16. Rectal**      ____ Fissure   ____ Fistula   ____ Sphincter Tone
                    ____ Masses   ____ Prostate   ____ Hemorrhoids
                    ____ Occult Blood   _Deferred_

**17. Secondary Sex**   ____ Present   ____ Absent   (see Comments)
    **Characteristics**

**18. Extremities/**   _NO_ Clubbing   _NU_ Edema   _NU_ Redness
    **Locomotor**      ____ Cyanosis   ____ Needle Tracks
                       ____ Limitation of Movements
                       ____ Deformities   _NU_ Ulcers/Gangrene
                       _NU_ Joint Swelling _NU_ Sclerosed Veins
                       ____ Other

Comments

**19. Neurological**
    **Cranial Nerves**

| | | | |
|---|---|---|---|
| Olfactory | Smells in each nostril | ✓ Nor | __ Abn |
| Optical | Visual Field/Fundus/Acuity | __ Nor | __ Abn |
| Oculomotor | | | |
| Trochlear | Pupils react to light/ | | |
| Abducens | Full EOM | __ Nor | __ Abn |
| Trigeminal | Facial sensation/Corneal | | |
| | Reflex/Symmetric chew | __ Nor | __ Abn |
| Facial | Upper: Frowns symmetrically | __ Nor | __ Abn |
| | Lower: Frowns symmetrically | __ Nor | __ Abn |
| Auditory | Hears fingers rubbing or | | |
| | snapping equally in both | | |
| | ears/hears nor volume speech | | |
| | with examiner's back turned | | |
| Glossopharyngeal | Has gag reflex/ | | |
| Vagus | Palate elevates | __ Nor | __ Abn |
| Accessory | Shrugs shoulders symmetrically | __ Nor | __ Abn |
| Hypoglossal | Stick tongue out straight | __ Nor | __ Abn |
| | (tremors or fasiculations) | ✓ Nor | __ Abn |

Cerebellar Function:

| | | |
|---|---|---|
| Finger to nose test | ✓ Nor | __ Abn |
| Heel to shin test | __ Nor | __ Abn |
| Rapid alternating movements | __ Nor | __ Abn |

Gait/Station:

| | | |
|---|---|---|
| Rhomberg | __ Nor | __ Abn |
| Tandem | __ Nor | __ Abn |
| Plantar | __ Nor | __ Abn |

Deep Tendon Reflexes   LEFT                RIGHT

| | LEFT | | RIGHT | |
|---|---|---|---|---|
| Ankle | __ Nor | __ Abn | __ Nor | __ Abn |
| Knee | __ Nor | __ Abn | __ Nor | __ Abn |
| Biceps | __ Nor | __ Abn | __ Nor | __ Abn |
| Triceps | __ Nor | __ Abn | __ Nor | __ Abn |
| Brachioradialus | __ Nor | __ Abn | ✓ Nor | __ Abn |

Extremities       Strength (0-5)       Tone

| | | |
|---|---|---|
| Upper Left Flexors | | ___ |
| Upper Left Extensors | | ___ |
| Upper Right Flexors | | ___ |
| Upper Right Extensors | | -------- |
| Lower Left Flexors | | ___ |
| Lower Left Extensors | | ___ |
| Lower Right Flexors | | ___ |
| Lower Right Extensors | | ___ |

Spasticity/Rigidity/Cogwheeling   __ Absent __ Present
Involuntary Movements   __ Absent __ Present
Type _____

**20. Medical Diagnosis**
    (see Psychiatric Evaluation for Psychiatric diagnoses)

**21. Problem Identification & Plan for Treatment:**
    (prioritize problems)

1. Polyarthralgia pain   4 Chronic Rhinitis.
   ATP
2. > GERD / (Chronic Gastritis).
3. H/o Migraine HA (As reports)

Lemberger, Michael

_____
Signature of Examiner

IL462-0028M (N-3-03)

*M. Lemberger*

Rushville Treatment & Detention Facility
Sexually Violent Person Program

Nursing Assessment

Date _12-8-06_ Name _Lemberger, Michael_ DOB _7-1-61_
Age _45_ Allergies _NKA_
_____ Height _6_ ft _5_ in weight _210.5_
_96.8_ Temp _151/89_ BP _87_ Pulse
Current Medications and Dosages _NA_
_____
_____

Chief Complaint _new_
_____
_____

Glasses (Y) or N
Dentures Y or (N)
HOH Y or (N)
Hearing Aid Y or (N)
Pacemaker Y or (N)
Prosthesis Y or (N)
TB Y or (N)
STD Y or (N)
Hepatitis Y or (N)
HIV   Y or (N)
Sexual Orientation: (Hetero)  Homo   Bi

Nurse Signature _K Rhoades Lpn_ Date _12 8-06_

Name _Lemberger, Michael_ Date _12-8-06_

Significant Family History _CA_

Vision: Blind Cataract Glaucoma (Glasses) Contact Lenses

Neuro: Headaches or Dizziness Y or (N)

Respiratory: SOB COB COUGH (COPD)

Cardiovascular: Angina or Edema Y or (N)

GI: N & V Heart burn, Ulcers, Diarrhea, Constipation Y or (N)

Urinary: Urgency, Frequency, Pain Y or (N)

Appetite Disturbances Y or (N)

Weight Change: Gain  Y or (N)  Lose Y or N  Past 6 mnths _____

Sleeping Disturbances Y or (N)

Gait_____  Skin_____

_____

Head:_____

Nose_____

Throat_____

Neck_____

Tattoos & Piercings Y or (N) Where? _Multiple_

Musculoskeletal:_____

NURSES SIGNATURE _K. Rhoades LVN_ Date _12-8-06_

Name _Lemberger, Michael_ Date _12-8-06_

Alert (Y) or N    Oriented (Y) or N
Addiction Hx (Y) or N
Smoker Y or (N) Yrs_____ or Mnths_____ Amt_____
Alcohol Y or (N) Yrs _30_ or Mnths_____ Amt ~~large~~    LSD moth nn1vis
Drugs (Y) or N  Yrs _30_ or Mnths_____ Amt _large amt_
Heart Diease Y or (N)    Hypertension Y or (N)
Asthma Y or (N)    Sickle Cell  Y or (N)    Blood Disorder Y or (N)
Thyroid Y or (N)    Liver Disease Y or (N)    Kidney Disease Y or (N)
Seizures Y or (N) Last Occurrence _____
Diabetes Y or (N)  Type_____
Cancer Y or (N)  Type _____
Surgery Y or (N) Type_____
Major Injuries Y or (N) Type _____
Diet _regular_____

Cooperative (Y) or N    S.I.  Y or (N)    H.I.  Y or (N)
Hx Psych Tx (Y) or N    Hx Substance Abuse Tx  (Y) or N

Comments _Hx of LSD, Methamphetimines et_
_marijuana_____
_____
_____
_____

Nurses Signature _V.p Rhoades Lph_  Date _12-8-06_
M.D. Signature _Laurence Nelson_  Date _12/22/06_

# PRN MEDICATION PROGRESS NOTES

*WRITE IN THE CODE FOR THE PROBLEM, MEDICATION AND RESPONSE IN THE APPROPRIATE COLUMN*

**PAIN**
A=HEADACHE
B=MUSCLE ACHE
C=BACK PAIN
D=TOOTHACHE
E=EARACHE
F=JOINT PAIN
G=OTHER PAIN

**PAIN MEDICATION**
A=TYLENOL
B=IBUPROFEN
C=NAPROXEN
D=TRAMADOL
E=ACETAMIN W/CODEINE
F=ECASA
G=MIDRIN
H=METHOCARBONAL
I=OTHER MEDICATION

**[I] PROBLEM**
H=STOMACHACHE
I=KAOLIN
J=MAALOX
K=PEPTA
L=PEPTO BISMOL
M=METHOCLOPRAMIDE
N=DICYCLOMINE
O=DOCUSATE NA
P=KAOPECTATE
Q=OTHER GI MED

**[J] PROBLEM MEDICATION**
J=NAUSEA/EMESIS
K=DIARRHEA
L=CONSTIPATION
M=STOMACHCRAMPS
N=OTHER PROBLEM

**COLD/ALLERGY**
O=COLD
O=CONGESTION
P=FLASH
Q=NASAL DRAINAGE
R=COUGH
S=ITCHING
T=OTHER

**COLD/ALLERGY MEDICATION**
R=CYPROHEPTADINE
S=DIPHENHYDRAMINE
T=PSEUDOEPHEDRINE
U=GUAIFENESEN
V=OTHER MED

**PSYCH/SLEEP**
U=AGITATION
V=ANXIETY
W=ANXIETY
X=PSYCH

**PSYCH/SLEEP MEDICATION**
W=TRAZADONE
X=DOXAZEPAM
Y=ALPRAZOLAM
Z=HALDOL
AA=OTHER PSYCH MEDICATION

**RESPONSE CODES**  A= NO RELIEF   B=MODERATE RELIEF   C= NO FURTHER PROBLEM

| TIME | PROBLEM | MEDICATION | RESPONSE | INITIALS | COMMENTS | DATE | TIME | PROBLEM | MEDICATION | RESPONSE | INITIAL | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

ALLERGIES: NKA

RESIDENT _(handwritten)_  ID# 654762

D 3

# PRN MEDICATI I PROGRESS NOTES

PLEASE ENTER THE CODE FOR THE PROBLEM, MEDICATION AND RESPONSE IN THE APPROPRIATE COLUMN

| PAIN | PAIN MEDICATION | GI PROBLEMS | GI MEDICATION | COLD/ALLERGY | COLD/ALLERGY MEDICATION | PSYCH/SLEEP | PSYCH/SLEEP MEDICATION |
|---|---|---|---|---|---|---|---|
| A=HEADACHE | A=ACETAMINOPHEN | H=STOMACH ACHE | J=MAALOX | N=CONGESTION | P=CYPROHEPTADINE | S=AGITATION | T=TRAZADONE |
| B=MUSCLE ACHE | B=IBUPROFEN | I=INDIGESTION | K=MYLANTA | O=RASH | Q=DIPHENHYDRAMINE | T=INSOMNIA | U=LORAZEPAM |
| C=BACK PAIN | C=NAPROXEN | J=DIARRHEA | L=DICYCLOMINE | P=COUGH | R=GUAIFENESEN | U=ANXIETY | V=ALPRAZOLAM |
| D=TOOTACHE | D=TRAMADOL | K=CONSTIPATION | M=DOCUSATENA | Q=ITCHING | S=OTHER MED | V=OTHER PROBLEM | W=HALDOL |
| E=EARACHE | E=ACETAMIN W/CODIENE | L=STOMACH CRAMPS | N=KAOPECTATE | R=OTHER | | | X=OTHER PSYCH MEDICATION |
| F=JOINT PAIN | F=ECASA | M=OTHER PROBLEMS | O=OTHER GI MEDICATION | | | | |
| G=OTHER PAIN | G=MIDRIN | | | | | | |
| | H=DARVOCET N100 | | | | | | |
| | I=OTHER MEDICATION | | | | | | |

YEAR 2009

**RESPONSE CODES** — A=NO RELIEF   B=MODERATE RELIEF   C=NO FURTHER PROBLEMS

| DATE | TIME | PROBLEM | MEDICATION | RESPONSE | INITIALS | DATE | TIME | PROBLEM | MEDICATION | RESPONSE | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1 | 08 | N | P | C | JJ | 7/1 | 1700 | A | A | C | JB |
| 6/2 | 08 | N | P | C | KR | 7/1 | 2100 | A | A | C | JB |
| 6/2 | 17 | A | A | C | BB | 7/1 | 2130 | C | C | C | JB |
| 6/4 | 08 | A+N | A+P | C | JJ | 7/2 | 0800 | C | C | C | KR |
| 6/6 | 08 | N | P | C | KC | 7-3 | 0800 | A+N | A+P | C | KR |
| 6/7 | 12 | N | P | C | KR | 7-4 | 0800 | A | A | C | KR |
| 6/8 | 08 | N | P | C | JJ | 4-4 | 80 | A | A | C | JJ |
| 6/10 | 80 | N | P | C | JJ | 7-7 | 0400 | D | C | C | JJ |
| 6/13 | 08 | N | P | C | BB | 7-8 | 080 | A | A | C | KC |
| 6/16 | 08 | N | P | C | KC | 7-10 | 17 | A | A | C | KR |
| 6/17 | 08 | N | B | C | KR | 7-14 | 1200 | A | A | C | KR |
| 6/18 | 08 | N | B | C | KC | 7-20 | 1800 | A | A | C | KC |
| 6/28 | 1200 | N | P | C | KC | 7-25 | 1800 | A+N | A+P | C | KR |

Headaches 2pm  BB Bruno Rn

Dr Salaam Rn  RS Walton Rn   Welcome Rn

RESIDENT  Kernberger, Michael     ID# 654462     ALLERGIES NKA

# PRN MEDICATION PROGRESS NOTES

PLEASE ENTER THE CODE FOR THE PROBLEM, MEDICATION AND RESPONSE IN THE APPROPRIATE COLUMN

| PAIN | PAIN MEDICATION | GI PROBLEMS | GI MEDICATION | COLD/ALLERGY PROBLEMS | COLD/ALLERGY MEDICATION | PSYCH/SLEEP PROBLEM | PSYCH/SLEEP MEDICATION |
|---|---|---|---|---|---|---|---|
| A=HEADACHE | A=ACETAMINOPHEN | H=STOMACH ACHE | J=MAALOX | N=CONGESTION | P=CYPROHEPTADINE | S=AGITATION | T=TRAZODONE |
| B=MUSCLE ACHE | B=IBUPROFEN | I=INDIGESTION | K=MYLANTA | O=RASH | Q=DIPHENHYDRAMINE | T=INSOMNIA | U=LORAZEPAM |
| C=BACK PAIN | C=NAPROXEN | J=DIARRHEA | L=DICYCLOMINE | P=COUGH | R=GUAIFENESEN | U=ANXIETY | V=ALPRAZOLAM |
| D=TOOTACHE | D=TRAMADOL | K=CONSTIPATION | M=DOCUSATENA | Q=ITCHING | S=OTHER MED | V=OTHER | W=HALDOL |
| E=EARACHE | E=ACETAMIN W/CODIENE | L=STOMACH CRAMPS | N=KAOPECTATE | R=OTHER | | PROBLEM | X=OTHER PSYCH MEDICATION |
| F=JOINT PAIN | F=ECASA | M=OTHER PROBLEMS | O=OTHER GI MEDICATION | | | | |
| G=OTHER PAIN | G=MIDRIN | | | | | | |
| | H=DARVOCET N100 | | | | | | |
| | I=OTHER MEDICATION | | | | | | |

YEAR 2007

RESPONSE CODES    A=NO RELIEF    B=MODERATE RELIEF    C=NO FURTHER PROBLEMS

| DATE | TIME | PROBLEM | MEDICATION | RESPONSE | INITIALS | DATE | TIME | PROBLEM | MEDICATION | RESPONSE | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7-27 | 1200 | A | A | C | JR | 8-27 | 12 | A | A | C | JJ |
| 7/31 | 1700 | A | A | C | JB | 8-28 | 1700 | A | A | C | JB |
| 8/2 | 2100 | A+N | A+P | C | JB | 8-30 | 1700 | A | A | C | JB |
| 8-3 | 200 | A+H | A+M | C | JR | 9-3 | 1200 | A | A | C | JR |
| 8-7 | 1200 | A+H | A+H | C | JR | 9-7 | 1700 | A | A | C | JB |
| 8-7 | 1700 | A+H | A | C | JR | 9-14 | 1300 | A | A | C | JR |
| 8-8 | 0200 | A+N | A+P | C | JB | 9/15 | 17 | A | A | C | NS |
| 8-10 | 2100 | A | A | C | JB | 9/16 | L-1 | A | A | C | MS |
| 8-3 | 1300 | A | A | C | JR | 9-16 | 80 | A | B | C | NS |
| 8-17 | 0800 | N | B | C | NS | 9-24 | 17 | B | B | C | NS |
| 8-17 | | A | A | C | JM | 9-26 | 03 | B | B | C | JJ |
| 8/14 | 1800 | A | A | C | JR | 10-25 | 1200 | B | B | C | JR |
| 8/19 | 1600 | A | A | C | JM | 10/2 | 1200 | B | B | C | JR |
| 8-25 | 1200 | A | A | C | JR | 10/10 | 1700 | B | B | C | JB |

RESIDENT Lenberger, Michael    ID# 65-4463    ALLERGIES NKA

# PRN MEDICATION PROGRESS NOTES

PLEASE ENTER THE CODE FOR THE PROBLEM, MEDICATION AND RESPONSE IN THE APPROPRIATE COLUMN

**PAIN**
A=HEADACHE
B=MUSCLE ACHE
C=BACK PAIN
D=TOOTACHE
E=EARACHE
F=JOINT PAIN
G=OTHER PAIN

**PAIN MEDICATION**
A=ACETAMINOPHEN
B=IBUPROFEN
C=NAPROXEN
D=TRAMADOL
E=ACETAMIN W/CODIENE
F=ECASA
G=MIDRIN
H=DARVOCET N100
I=OTHER MEDICATION

**GI PROBLEMS**
H=STOMACH ACHE
I=INDIGESTION
J=DIARRHEA
K=CONSTIPATION
L=STOMACH CRAMPS
M=OTHER PROBLEMS

**GI MEDICATION**
J=MAALOX
K=MYLANTA
L=DICYCLOMINE
M=DOCUSATENA
N=KAOPECTATE
O=OTHER GI MEDICATION

**COLD/ALLERGY**
N=CONGESTION
O=RASH
P=COUGH
Q=ITCHING
R=OTHER

**COLD/ALLERGY MEDICATION**
P=CYPROHEPTADINE
Q=DIPHENHYDRAMINE
R=GUAIFENESEN
S=OTHER MED

**PSYCH/SLEEP**
S=AGITATION
T=INSOMNIA
U=ANXIETY
V=OTHER PROBLEM

**PSYCH/SLEEP MEDICATION**
T=TRAZADONE
U=LORAZEPAM
V=ALPRAZOLAM
W=HALDOL
X=OTHER PSYCH MEDICATION

YEAR 2007

C=NO FURTHER PROBLEMS

RESPONSE CODES: A=NO RELIEF   B=MODERATE RELIEF

| DATE | TIME | PROBLEM | MEDICATION | RESPONSE | INITIALS | | DATE | TIME | PROBLEM | MEDICATION | RESPONSE | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/11 | 1200 | B | B | C | R | | 11/18 | 1200 | B | B | C | R |
| 01/13 | 13 | B | B | C | JA | | 11/19 | 08 | B | B | C | JA |
| 10/14 | 12 | B | B | C | R | | 11/20 | 0800 | B | B | C | R |
| 10/19 | 0800 | B | B | C | R | | 11/21 | 0800 | B | B | C | R |
| 10/20 | 1200 | B | B | C | R | | 11/23 | 08 | B | B | C | JA |
| 10/26 | 0800 | B | B | C | R | | 11/26 | 08 | B | B | C | JA |
| 11/27 | 1200 | B | B | C | m | | 12/3 | 21 | B | B | C | JOS |
| 10/30 | 1200 | B | B | C | R | | 12/4 | 08 | B | B | C | R |
| 11/2 | 1200 | B | B | C | m | | 12-1 | 08 | B | B | C | JA |
| 11/4 | 0800 | B | B | C | R | | 12-13 | 08 | B | B | C | R |
| 11/7 | 1400 | B | B | C | m | | 12-31 | 0800 | b | b | C | m |
| 11/8 | 0800 | B | b | C | m | | 1-5 | 0800 | A | A | C | S |
| 11/11 | 05 | B | B | C | JA | | 1-14 | 0110 | B | B | C | OB |
| 11/15 | 1200 | B | B | C | R | | | | | | | |

RESIDENT _Lemberger, Michael_   ID# _651442_   ALLERGIES _NKA_



State of Illinois
Department of Human Services

PROGRESS NOTES

Each note must be dated and signed including title of recorder.

12/12/06  10:50am Dental Note Resident seen for exam & xray _____

12/22/06  To see Dr. Ngu for admit HEP
wt. 208    See HEP

1-3-06  To see Dr. Anspower
wt 215.3         MD Note
B/p 145/78   S, C/o pain in the knee
P  105          hx of injury many years
T 98.0         used to wear knee sleeve
R 20           for support

O) Rt knee — ⊕ Subluxation
   ⊕ Crepitations ⊕ Swelling
   ⊕ transmission

A) Hx of Post Traumatic DJD
   Elevated/Pre HTN

P→ monitor B/p q wkly x 4wks
   Submit to mo review
   ⊕ Avoid added salt intake
   Use analgesics prn
   knee sleeve x6mo

Individual
Dat   Lemberger, Michael
      DOB 07/01/61
ID #  ID # 654462
      Rushville TDF SVP
Facility

Subunit

1-31-07 Res c/o e to HCU for P's cheek, while here was explaining to nurse about a knee injury the previous day. Upon observing his ® knee, there was swelling around the knee, et tenderness. Res instructed to keep it elevated et place ice pack on the swollen area. K Rhoades Cpn

1-31-07 1540 STA called over stated res c/o's of knee pain wanted something for it encouraged them to have res come to med line @ 1600 to get PRN and let writer see. —J Brown RN

1-31-07 1630 Res came to med line c/o's of having pain in ® Knee states area swollen unable to raise pant leg for writer to see refused any PRN @ this time, res agitated states wants Dr. to see his knee informed res that Dr. was not @ facility @ this time res voiced understanding this but wants us to document in his chart that he was having pain in knee, explained to res that writer would try to see later if needed PRN for pain to notify @ HCU, encouraged to elevate area and applied ice to affected area —J Brown RN

1-31-07 2200 Writer over to A3 and looked at residents ® Knee while there noted some swelling to area above knee cap and to side of lateral knee area, Ø discoloration noted res able to walk c slight limp noted to ® extremity res able to do AROM voiced pain ç bends leg back to far but able to extend forward s̄ any pain, Pedal Pulses 2+, Ø shortening noted Ø rotation of extremity noted, offered resident PRN Ibuprofen res states "Not already have 3 Tylenol Order" then voiced "I just want someone to note the condition of my knee", informed res to notify HCU ç swelling increased or if any numbness or decreased ability to move noted. ——— J Brown RN

1-31-07 2310 Notified STA to please give res plastic bag ç ice and have resident apply to ® knee and remind to keep leg elevated as previously instructed ——— J Brown RN

*[handwritten top right:]* 1 emberger 22
2/2/07
2115

## TREATMENT PROTOCOL

## FRACTURES, DISLOCATIONS, SPRAINS

I.  Ask the resident:
   A. When did the injury occur and how did it happen? *[handwritten:]* last Tuesday
   B. Did it swell right away? *[handwritten:]* Yes
   C. Describe the type of pain and the intensity of the pain. *[handwritten:]* Sharp pain in joint
   D. Any previous injury to the same site? *[handwritten:]* Area that shoots down
   *[handwritten:]* Not that he knows this leg

II. Examine the resident:
   A. Vital signs. *[handwritten:]* T 97 3 BP 139/77 P 56 R 16
   B. Assess for deformity, alteration in ROM, swelling, discoloration, numbness, and temperature. *[handwritten:]* Noted some swelling but has decreased
   C. Check for loss of functions. *[handwritten:]* c̄ pain when attempts to bend knee back
   D. Check pertinent pulses. *[handwritten:]* c̄ sharp pain c̄ some numbness tofo

   *[handwritten left margin:]* res able to ambulate slight limp today Ⓡ extremity

   *[handwritten:]* Pedal Pulse 2+

III. Treatment by HCU staff:
   A. Cold compresses for twenty four (24) hours.
   B. Ibuprofen 400 mg PO TID PRN for seventy two (72) hours
              OR
      Acetaminophen 650 mg PO QID PRN for seventy two (72) hours.
   C. Apply sling or immobilizer. *[handwritten:]* re enforced need to wear immobilizing

IV. Refer to Physician: *[handwritten:]* Knee sleeve previously recommended
   A. Any deformity, severe pain or swelling, discoloration, limited ROM, lack of warmth to touch, or absent or diminished pulses.

IV. Resident teaching:
   A. Medication use.
   B. Application of cold compresses.
   C. Keep area immobilized and elevated.
   D. Ace type wrap in applicable. *[handwritten:]* Knee sleeve
   E. If any injury could have been prevented, safety measures to prevent recurrence.
   F. Importance of follow up with physician if pain is not relieved by medication, swelling increases, and / or numbness develops.

*[handwritten signature:]* S Brown LPN

12-01-02                                    Page 1 of 2

PROTOCOL:
TREATMENT & DETENTION FACILITY
JOLIET, ILLINOIS 60432

TREATMENT PROTOCOL:
### FRACTURES, DISLOCATIONS, AND SPRAINS

1. Ibuprofen 400 mg PO TID for seventy two (72) hours.
                        OR
2. Acetaminophen 650 mg PO TID for seventy two (72 hours.

2. No participation in sports for seven (7) days or until cleared by the
   physician.

ADDUS HEALTH CARE

JOVITA C. ANYANWU, MEDICAL DIRECTOR                    12/16/02
                                                       DATE

LORIE COLCLASURE, REGIONAL MANAGER                     12/16/02
                                                       DATE

CAROL A. VANCE, DIRECTOR, HEALTH CARE                  12-16-02
                                                       DATE



**State of Illinois
Department of Human Services**

## PROGRESS NOTES

Each note must be dated and signed including title of recorder.

2-5-07    to see Dr. Anyanwu
Wt- 214.1    MD Note
BP- 143/79    S, Patient with history of previous
P- 62    knee injury - while running &
R- 16    twisted knee had swelling and ⊕
T- 96.7    C/O pain in the joint- last tuesday
no need for x-ray    on the 30th. States he can work in laundry
O) Rt knee - minimal swelling
⊖ valus ⊖ vilgus
⊖ anterior drawers ⊕ posterior
drawers

noted/swelling    A, Rt Knee Sprain

P, X-ray of Rt Knee
motrin/Mobic ⊘ Tns PRN
Zantac 150mg po BID  × 2wks

Individual
Lemberger, Michael
DOB 07/01/61
ID # 654462
Rushville TDF SVP

Date
ID #
Facility
Subunit

Enter individual's identification above

(formerly DMHDD-38)
IL462-0038 (R-5-00)

2/8/07

(S) Patient presented for Podiatry
foot care

(O) Decrease plantar calcaneal
angle
Medial arch pain + tenderness
Decrease foot dorsiflexion
pain + tenderness over the
plantar aspect of the arch region
(R) Foot - (invert severe)

(A) Pes Planus

(P) Podiatry foot examination
Rx Medial arch support
for Pes planus arch pain

_Ernest ___ [signature]_

2/10/07 3:30p Dis-pol note. Resident pen won't fully
evacuation system not working, pt on last when equipment
working. ___

2/14/07 2120 Res to HCU to try medial arch supports. (Bilat)
Tried on, fit in shoes with no complaints. N Neuman RN

2/20/07          MD NOTE
Wt 215        S, Flu  Rt knee states swelly
T 97.9           is reduced but still gets
P 76          Pain when he walks
R 16
B/P 129/79    O> Knee - ⊖ effusion  ⊖ bulge sign
                  ⊕ ballottement
                 From

              A> Resolving knee sprain +/- possible
                 DJD
              P> motrin 600 p tid Pain x 3 wks
                 Zantac 150 p q90 x 2 wks
                 f/u ___ 2 wks ___

*Lemberger, Michael 3/2/17*
*Bruns Rn*

TREATMENT PROTOCOL

HEMORRHOIDS:

I. Ask the resident:
   A. Past history of hemorrhoids, constipation, rectal intercourse? *humorrhoids in past*
   B. Duration of symptoms? *3-4 days*
   C. Any bleeding. blood in stools, itching, rectal pain, protrusions from the rectum? *Burning & itching*
   D. Bowel habits? Any recent changes? *No changes noted*

II. Examine the resident:
   A. Assess the anal orifice.
   B. Note any bleeding or protruding external hemorrhoids. *NO internal*

III. Treatment by HCU staff:
   A. Warm compresses topically to the rectum QID for three (3) days. ✓
   B. Hemorrhoid cream topically for QID for three (3) days. ✓

IV. Refer to Physician:
   A. Severe engorgement, distention, and / or rectal bleeding.
   B. Unresponsive to treatment.

V. Resident teaching:
   A. Perianal area should be cleansed with soap and water daily. ✓
   B. Instruct on medication usage. ✓
   C. Increase fluids. Eat vegetables, fruit, and cereal. ✓
   D. After acute period participate in physical activity to help prevent constipation.
   E. Avoid straining at stool. ✓ *↗ Fluids*
   F. Return to HCU if symptoms persist or worsen after two (2) weeks. ✓

12-01-02                                                      Page 1 of 2

PROTOCOL
TREATMENT & DETENTION FACILITY
JOLIET, ILLINOIS 60432

TREATMENT PROTOCOL:
                    HEMORRHOIDS

1. Hemorrhoid cream topically QID for three (3) days.

2. Warm compresses.

3. If constipation is present:
   Colace 100 mg; one tablet BID for three (3) days *None*
   Milk of Magnesia (MOM) 1 tablespoon BID for three 3) days. *None*

4. Advise patient to avoid any strenuous or straining activity. No
   weight lifting or push – ups for ten (10) days.

ADDUS HEALTH CARE

_____          12/16/02
JOVITA C. ANYANWU. MEDICAL DIRECTOR       DATE

_____          12/16/02
LORIE COLCLASURE REGIONAL MANAGER         DATE

_____          12-16-02
CAROL A. VANCE, DIRECTOR, HEALTH CARE     DATE

I 201-02



State of Illinois
Department of Human Services

PROGRESS NOTES

Each note must be dated and signed including title of recorder.

3-12-07    to see Dr Anyanwu
Wt. 213.9         MD NOTE
Bl. 143/86    S) C/o knee pain eaten working fast
P- 63              requesting for medication for
R-16              nasal congestion
T- 97.0      O)   Nasal Congestion

                 Knee - unchanged
                 X ray of knee - wnl.
             A)- Chronic nasal Congestion
                 Knee Sprain
             P)  motrin 600mg po TID PRN X 30 days
                 Periactin 4mg po BID Prn
                 Knee sleeve

3-19-07  IW  To see Dr Anyanwu
Wt. 214
B/P 137/84         Refused to see MD
P    66
R 18
T 98.2

Individual Michael Lemberger
Date of birth 7-1-61    Sex M
ID # 65446Z
Facility RDF
Subunit
Enter individual's identification above

3-17-07 To see Dr. Anyanwu

MD NOTE

Wt 213.9

B/P 131/81  S, patient c/o acid reflux with

P 68  motrin  c/o back, knee pain

T 98.2  and shoulder pain)

R 20

O) Shoulder — FROM + crepitations

Back — Tr. SLR negative

bilaterally

A) Hx of multiple joint

Pain

P, D/c motrin

Tramadol 100mg PO

BID PRN (per resident

request)

Exercise

Flu x 30 days

Bottom Bunk x 3 mths

Noted/#Han

---

4-10-07 1640 To be seen by Dr. Anyanwu

MD NOTE

Wt 214.0

B/P 134/81  S, F/u 11y o shoulder lower back

R 18  knee — states tramadol makes

P 61  him nauseous also has cystic

T 97.7  lesion

O) Rt nasal area has 2x1 cm

cystic lesion

P, — unchanged

A) Hx of joint pain

cystic acne

P  Doxycycline 100mg PO BID

D/c tramadol X 2 wks, then 100gPO BID

x 30 days.

Noted/Owusu



**State of Illinois**
**Department of Human Services**

## PROGRESS NOTES

Each note must be dated and signed including title of recorder. *4-12-01 Seen by Di-Nwani*

4/12/07  (S)  Patient presented for
routine foot care and pain
& tenderness medial
longitudinal arch region

(O)  Pain & tenderness
medial longitudinal
arch region BIL
Hyperkeratotic skin tissue
medial plantar aspect of
the hallux toe DVP

(A)  Pinch Callus
Arch pain

(P)  Debride hyperkeratotic
plantar lesion BIL
Dispense Arch Support
bilaterally to alleviate
his foot pain ( Shoe Insole
size 13)

| Individual | Lemberger, Michael |
|---|---|
| Date of birth | 7-1-61   Sex   **Male** |
| ID# | 65-4462 |
| Facility | Rushville  ~~Joliet~~ TDF |
| Subunit | |

Enter individual's identification above

(formerly DMHDD-38)
IL462-0038 (R-5-00)          **PROGRESS NOTES**



**State of Illinois**
**Department of Human Services**

**PROGRESS NOTES**

Each note must be dated and signed including title of recorder.

4/25/07  0930  Resident given knee sleeve c̄ open
patella area c̄ instruction on use. Verbalizes
understanding.                            Dougherty RN

| Individual | | |
|---|---|---|
| Date of birth | Sex | **Male** |
| ID# | | |
| Facility | | **Joliet TDF** |
| Subunit | | |

Enter individual's identification above

(formerly DMHDD-38)
IL462-0038 (R-5-00)

**PROGRESS NOTES**

*Lemberger*
*4-26-07*
*2150*

## TREATMENT PROTOCOL

## DERMATITIS

### DEFINITION:

Inflammatory condition of the skin; various cutaneous eruptions occur and may be unique to a particular allergen, disease, or infection.

I.      Ask the resident:
   A. How long has this been bothering you? *2 monthes*
   B. Any similar episodes in the past? If so, how was it resolved and was it effective? *Has ~~scones~~ area suspicious    psoriasis*
   C. Were you in any contact with any known or new irritant, i.e., soap, different foods, environmental exposures. etc.? *NO*
   D. Any history of allergies? *No*
   E. Experiencing itching? *Yes*

II.     Examine the resident:
   A. Note location of rash or skin lesions. type of rash, and size. *® Shin sm 1 cm irregular circular area c̄ itching*
   B. Check for any associated secondary infections.

III.    Treatment by HCU staff:
   A. Cleanse skin well.
   B. Apply Hydrocortisone 0.1 % cream BID for ten (10) days.
   C. If itching is intense, Benadryl 25 mg PO QID PRN for three (3) days.

IV.     Refer to Physician:
   A. Shingles or suspected condition with elevated vital signs.
   B. Skin conditions resistant to treatment protocol after two (2) weeks.
   C. Associated secondary infections.

V.      Resident teaching:
   A. Avoid substance causing problem.
   B. Medication use.
   C. Keep the involved area clean and dry.
   D. Importance of follow up in HCU if no improvement is seen with treatment after two (2) weeks or if symptoms worsen.

*Informed*

PROTOCOL
TREATMENT & DETENTION FACILITY
JOLIET, ILLINOIS 60432

TREATMENT PROTOCOL:
                    DERMATITIS

1.  Hydrocortisone 0.1 % cream to affected areas BID for three (3) days.
2.  Benadryl 25 mg PO QID PRN for three (3) days, for itching only.

ADDUS HEALTH CARE

JOVITA C. ANYANWU, MEDICAL DIRECTOR                     12/16/02
                                                        DATE

Lorie Colclasure RN.                                   12/16/02
LORIE COLCLASURE, REGIONAL MANAGER                      DATE

Carol A. Vance, DOHC                                   12-16-02
CAROL A. VANCE, DIRECTOR, HEALTH CARE                   DATE

                                                    -  Page 2 of 2

12-01-02



**State of Illinois**
**Department of Human Services**

**PROGRESS NOTES**

Each note must be dated and signed including title of recorder. 5-15-07 JD see Dr Cazquice

wt 219.2              mo Note

B/p 113/70      S, Patient q generalised pain

P 61              c/o reflux _ but states that

T 97.7            the refluxs has resolved

R-22

O/ Pe — unchanged

noted HTN      A) ~~Arthritis~~ Myalgis,
consptn         Resolved GERD
5/15/07         P) Flu Pm
                 Use andgesics Prn
                 Excercise

---

<u>DATE:</u> 5/31/07

MULTIDISCIPLINARY STAFFING

RESIDENT: _____

ATTENDED ____X____

REFUSED _____

STAFF: Cm

6/23/07 10:00p Dental note Resident seen for Exm
has sunken sores given oralvase c benzocaine

6/24/07 2:30p Dental note Resident seen for clen. 2 PA

7/1/07 3:30p Dental note Resident seen for Extractn
signed Consent Fax currently his Rx Naproxen 500 Prn

| Individual | Lemberger, Michael |
| Date of birth | 4-1-61 | Sex M |
| ID # | 054462 |
| Facility | RTDF |
| Subunit | |

Enter individual's identification above

(formerly DMHDD-38)
IL462-0038 (R-5-00)

**PROGRESS NOTES**

7/8/07                 OPTOMETRY NOTE

11.25 Am       (S) Dispense Eyeglasses

              (O) (L) eye blurry

                     old Rx   +100
                            +125-75x25 +250 20/20+
                                               20/20-

                     new Rx  +050
                            +50-50x022 +150 20/40
                                               20/60

              (A) Apparently incorrect Rx.

              (P) RTC 7/26/07 for recheck refraction

                          P. H. Kehoe, OD, FAAO

Lemberger
8-25-07
1400

TREATMENT PROTOCOL

HEMORRHOIDS:

132/73
D- 47
R 20

I.    Ask the resident:
      A.  Past history of hemorrhoids, constipation, rectal intercourse?
      B.  Duration of symptoms? 1 week
      C.  Any bleeding. blood in stools, itching, rectal pain, protrusions from the
          rectum?
      D.  Bowel habits?  Any recent changes?

II.   Examine the resident:
      A.  Assess the anal orifice.
      B.  Note any bleeding or protruding external hemorrhoids.  done

III.  Treatment by HCU staff:
      A.  Warm compresses topically to the rectum QID for three (3) days.  } done
      B.  Hemorrhoid cream topically for QID for three (3) days.

IV.   Refer to Physician:
      A.  Severe engorgement, distention, and / or rectal bleeding.
      B.  Unresponsive to treatment.

V.    Resident teaching:
      A.  Perianal area should be cleansed with soap and water daily.     done
      B.  Instruct on medication usage.
      C.  Increase fluids.  Eat vegetables, fruit, and cereal.
      D.  After acute period participate in physical activity to help prevent
          constipation.
      E.  Avoid straining at stool.
      F.  Return to HCU if symptoms persist or worsen after two (2) weeks.

K Rhoades Lpn



**State of Illinois**
**Department of Human Services**

## PROGRESS NOTES

Each note must be dated and signed including title of recorder.

9-20-07   1400

**MD NOTE**

Wt. 202

B/P 123/75

P 91

Re: Arthritis

R 20    S. Hx chronic arthritis

T 97°    knees for many years. States

that Rt knee pops a lot.

Hx he does richart cardio

per day. Takes 5 miles per

day. Rt knee c sharp pain

in medial side. Also c/o

pimples chin + jaw.

O. Skin: face c numerous

dry pustules + papules.

Left Rt knee s swelling

Mild tenderness medially

and at patellar tegement.

Anserine bursae Rt knee for

for. Lachman neg. Able to hyper

flex Rt knee completely s

tenderness.    xray neg

1) Rt knee pain

2) Acne

[signature] RICHARD M.D.

**Individual**

Da  Lemberger, Michael
DOB 07/01/61

ID  ID # 654462

Fac  Rushville TDF SVP

Subunit

Enter individual's identification above

(formerly DMHDD-38)
IL462-0038 (R-5-00)

**PROGRESS NOTES**

9/28/07
2:20 PM

① O Motrin 800mg TID
PRN

② Benzoyl Peroxide
10% Lotion BID
x30d

③ Cont exercise
+ brace

④ Keep face clean

N Nemer RN

J. ORCHARD, M.D.

10/27/07 11:10pm Dental note Resident seen for exam
needs filling + extraction no anesthetic available
[signature]



**State of Illinois**
**Department of Human Services**

### PROGRESS NOTES

Each note must be dated and signed including title of recorder.

11-6-07  1415  to see md
Wt. 203        of Complains of
B/P 139/79     congestion, post Nasal
P  47          Drip, pressure Behind
R  18          eyes, R tyckle in throat
T  97²         Rx Claritin 10mg
               Consider addition
               of ~~decongestion~~
               SR Du Bed
               F/u Dr. Lorhand
               RE: R lower leg
               lesion

OPTOMETRY NOTE
11-8-07   SEE IDOC 0081
          SRx order

| Individual | |
| --- | --- |
| Date | Lemberger, Michael |
|      | DOB 07/01/61 |
| ID # | ID # 654462 |
| Fac  | Rushville TDF SVP |
| Subunit | |

(formerly DMHDD-38)
IL462-0038 (R-5-00)

Enter Individual's identification above

**PROGRESS NOTES**

**MD NOTE**

11/13/07   0930
wt 202.0
B/P 136/86
P 54
R 16
T 97.5

S. Rash x 1yr ® ant lower leg — much itching. _Re (R) lower leg rash_ — states rash has never gone away.

O. ® ant lower leg & knee and minimally erythematous scaly rash.

① HTN ② Knee pain & injuries ③ Dermatitis ® lower leg

P. ① Triamcinolone 0.1% cream BID x 30d & wash hand after use
② F/U 30d rash & knee
③ ® knee brace renew

H. LOCHARD M.D.

11·27·07   P.T. Eval — Pt states not sure why he's here — Reports use elliptical machine for 6 miles multiple x / week — Reports no difficulty use Knee — just occ "clicking Perhaps" — Reports wears knee brace during exercise — No indication for skilled P.T. at this time — No P.T. F/U planned — 2° pt's high level of ® knee use — Thank you for this referral —
Cathy J. Nill, P.T.



**State of Illinois**
**Department of Human Services**

**PROGRESS NOTES**

Each note must be dated and signed including title of recorder.

12-11-07  1400

wt. 201

B/P 135/82

P 57

R 18

T 97°

MD NOTE

Re- (R) knee pain

Rosh (R) leg

S. States (R) knee still hurts.
States he uses elliptical machine
daily. No wt lifting at all.
Takes Aleve BID for pain regularly.

O. skin: (R) lower leg c mild
rash mid region

Ext (R) knee + swelling. Ballot-
man neg. Hyperflexion (R) knee
c mild tenderness. No joint
line tenderness.

A) ① mild dermatitis - better
② (R) knee pain - chronic

P) ① cont Steroid cream
② cont exercise
③ f/u prn
④ get old IDOC records for
review

_____ M.D.

| Individual | |
|---|---|
| D | Lemberger, Michael |
| I | DOB 07/01/61 |
| | ID # 654462 |
| F | Rushville TDF SVP |
| Subunit | |

Enter individual's identification above

(formerly  DMHDD-38)
IL462-0038 (R-5-00)

**PROGRESS NOTES**

12/30/07 0130 Resident c/o H/A, ⊝ able to sleep, wants BP rv'd To Resident. POB B/P 157/84, Skin pink, warm & dry. PRN Tylenol for H/a given, instructed if symptoms worsen to let HCU know & to put HCU request in. _____

1-4-08 "PT for ® knee pain" PT notified 11/8/07 by K. Caron
                                                    B. Coil MRC

## OPTOMETRY NOTE
Date: 1-9-08
### Eyeglasses Dispensed
By: _____

1/12/08 8:30pm Dental note Resident seen for Exam & x-rays _____

| PHLEBOTOMY | |
|---|---|
| Date | 2-8-08 |
| Labs Drawn | # |
| Refused | |
| Staff | _____ |



**State of Illinois**
**Department of Human Services**

**PROGRESS NOTES**

Each note must be dated and signed including title of recorder.    2-19-08   1115

wt 209.6

**MD NOTE**

BP 138/82

P 54          *Spouse*

R 22          S. Says he can't breathe

T 97.1        through his nose, nostrils

              mostly / gets under lying

              tired a lot. Pts oldest brother

              died during and made more

              bleed.

              O. Heart- max sinus into ten-

              der to percussion

              Nasal mucosa erythema &

              dripping

              med t apple

                    Cem

              Heart Brady

              Abd Ø

              Ht informed of labs done M. 2-8-08

              (1) ) Chronic Rhinitis

              ) No Maxillary Sinusitis

              2) Sinus X-Rays

              3) Ocean Spray NS  ī  ii squirts

              each nostril  BID PRN x 30 Ø

              3) RTC 30 Ø

                              M. Lochard M.D.

Individual

Lemberger, Michael
DOB 07/01/61
ID # 654462
Rushville TDF SVP

Enter individual's identification above

(formerly DMHDD-38)
IL462-0038 (R-5-00)

**PROGRESS NOTES**

**MD NOTE**

2/22/08
252PM

S. CA

O. Sinus films reveal max & ethmoid [illegible]

A. Sinusitis

P. 1) Bactrim DS BID x10d
2) Robitussin 10cc TID prn x10d
3) Please inform pt at medline that his xray shows a sinus infection and needs antibiotics

[signature] M.D.

Noted 2-22-08 L. Phillips LPN

**MD NOTE**

3/3/08
337PM

S. chart review

O. Pt reports constipation while on Seroquel

A. Constipation

P. Docusate 100mg BID PRN [illegible]

[signature] M.D.

Noted 1600 [illegible] RN

*Lemberger*
*2/28/08*
*2/30.*

TREATMENT PROTOCOL

CONSTIPATION

I .Ask the resident:
    A.  When was your last bowel movement? *scant amt last night No good BM x 4 days*
    B.  Any pain, nausea, vomiting, and / or abdominal distention? *States cramping*
    C.  Check current medication.
    D.  Any similar episodes in the past?  Was there treatment? *NO,*
    E.  What is your current level of physical activity? *very active*

II. Treatment by HCU staff:
    A.  Milk of Magnesia, 30 cc for one (1) dose PO with two (2) glasses of warm
        water, for five (5) days as needed.

*T 97° BP 124/77 P 56 R 16*

III.   Refer to Physician:
    A.  Temperature over 101 F.
    B.  Pain, nausea, vomiting.
    C.  No bowel sounds.
    D.  Symptoms persist for more than five (5) days.

IV.   Resident teaching:
    A.  Medication instructions.
    B.  Increase oral fluid intake.
    C.  Increase level of physical activity if able.
    D.  Establish regular elimination schedule.
    E.  Importance of follow up for clinic call if symptoms worsen or persist after five
    (5) days.

*L Brown LPN*

12-01-02

PROTOCOL
TREATMENT & DETENTION FACILITY
JOLIET, ILLINOIS 60432


TREATMENT PROTOCOL:
                    CONSTIPATION

1.  Milk of magnesia (MOM) 30 cc PO with two (2) glasses of
    warm water for five (5) days.


ADDUS HEALTH CARE

_____     12/16/02
JOVITA C. ANYANWU, MEDICAL DIRECTOR          DATE

_Lorie Colclasure RN_                        12/16/02
LORIE COLCLASURE, REGIONAL MANAGER           DATE

_____     12-16-02
CAROL A. VANCE, DIRECTOR, HEALTH CARE        DATE

12-01-02



**State of Illinois**
**Department of Human Services**

**PROGRESS NOTES**

Each note must be dated and signed including title of recorder.    DATE 3-18-08 0900

Lot 207.

BP 131/78

P 57

T 97.7

R 22

Flu Sinuses

S. states that nasal mucosa stuff and has a hard time breathing, long h/x sinus problems. ocean spray not help.

O. Sinus x-rays on 2-21-08 - sinusitis max antra + ethmoid

Heart Sinus antra nontender. nasal mucosal erythema + edema

ears normal

Clear

Heart Brady

Abd ⊘

A. chronic sinusitis / rhinitis

P. 1) Triamcinolone Nasal Spray # squirts each nostril qd x 1 bottle

2) cont pain meds as prescribed

H. LOCHARD M.D.

(Noted Your picture)

| Individual |
|---|
| Date |
| Lemberger, Michael |
| ID DOB 07/01/61 |
| ID # 654462 |
| Fac Rushville TDF SVP |
| Sub... |

Enter individual's identification above

(formerly DMHDD-38)
IL462-0038 (R-5-00)

**PROGRESS NOTES**

## SVP-TDF PSYCHIATRIC PROGRESS NOTE

Date: 1/18/07    Time:    Name: Lemberger    #

Reason for evaluation: ▫ Medication Evaluation ▫ Psychotropic follow up 1 2 3 6 month
▫ Per staff or resident request

**Subjective**

Pt reports ↓ sleep and agitated. Pt has H/o suicide attempt and H/o drug and alcohol abuse. Pt reports his attorney told him not take any Psych med before his court date Jan 23. Pt has been on

**Objective**

General Appearance: ▫ Appropriate ▫ Meticulous ▫ Hygiene poor ▫ Bizarre

Attitude: ▫ Cooperative ▫ Uncooperative ▫ Friendly ▫ Hostile ▫ Passive ▫ evasive

Psychomotor activity: ▫ Appropriate ▫ agitation ▫ Slowed ▫ Involuntary movements

Mood: ▫ Euthymic ▫ Depressed ▫ Anxious ▫ Irritable ▫ Dysphoric ▫ Euphoric ▫ Expansive ▫ Labile

Affect: ▫ Appropriate (mood congruent) ▫ Labile ▫ Dramatic ▫ Constricted ▫ Blunted

Speech: ▫ Fluent ▫ Rapid ▫ Pressured ▫ Vague ▫ Slowed ▫ Unspontaneous ▫ Poverty of content

Thought process: ▫ Goal oriented ▫ Circumstantial ▫ Tangential ▫ Flight of ideas/Racing
▫ Loosening of associations

Thought Content: ▫ Suicidal/ideation/plan ▫ Homicidal/ideation/plan ▫ Auditory hallucination
▫ Visual hallucination ▫ Delusions ▫ Paranoid ideation ▫ obsessions ▫ Compulsions
▫ Ideas of reference ▫ Depressive ruminations ▫ Sexual deviant fantasies

Ⓢ SI Ⓗ HI

Insight: ▫ Good ▫ Fair ▫ Poor ▫ Impaired

Judgement: ▫ Good ▫ Fair ▫ Poor ▫ Impaired

MMSE (if indicated)

Relevant lab data:

*(right margin handwriting: Zoloft, Paxil, Provac in the past)*

*(handwriting: Pt also reports H/o li Depakote)*

**Assessment**

Condition: ▫ Improving ▫ Stable ▫ Unstable ▫ Partial remission ▫ Full remission

Diagnosis:                    Differential Diagnosis:

Polysubst Abuse - R/o Subst induced mood d/o.

**Treatment Plan**

Targeted symptoms/goals

↓ Depressive Sx.

Medications:    Current:                    Changes/new meds:

~~Start Zoloft~~

Will obtain more history before initiating.

▫ Psychotherapeutic intervention/Follow up from clinical staff required:

▫ Risks/ benefits of above plan effectively communicated to resident

▫ Alternative treatments discussed/ offered

▫ Resident informed of possible side effects of medications proposed ▫ In writing

Follow up: ▫ PRN    ▫ 1 2 3 6 Months  ▫ Other:    ▫ Consults:

RTC 1 week    Abd ⟨signature⟩ MD-

## Diagnostic Psychiatric Interview

Date: 1/24/07                    Patient name: Lemberger Michael.
Chief complaint:  New Admit    ID#

History of present illness:  Pt is a new admit from Big.
Muddy. Pt reports h/o of non compliance c̄ Meds.
He would spit his Meds. Pt reports he is committed to SVP
& has K.a history of Benzo abuse. Pt has read information from TDF
Impairment of functioning:    PDR to mix drugs to get high
Duration of current symptoms:    Pt reports Ho anger problem.

Past psychiatric history:
Hospitalizations/ Suicide attempts:    Age 15, OD on phenobarb Madden Hosp 6
Medication trials:    month  3 other hosp. at Madden & cut
    his wrist for attention.
Psychotherapy:    Has been on Mellaril, Elavil Paxil 20/20/11
    Lithium Depakote Haldol —n CC Jail

Review of psychiatric symptoms (not covered in history of present illness)
Sleep:  6 - 7 hr / night        Appetite:  Ok.
Energy level:  fair        Weight changes:
Concentration:  Ok        Binging/purging:  ∅
Anhedonia:  ∅        Anorexia:  ∅
Anxiety/ panic symptoms:  ∅
obsessions/ compulsions:  ∅
Manic symptoms:  ∅        Psychotic symptoms:  ∅
Other:

Medications:  None.        Drug Allergies:  NKDA

Medical History:  COPD  3 spont pneumothorax c̄ chest tube. Arthritis ℗ Trauma to head —
    Acid Reflux.
Criminal history:  X3    ① Age 19    Agg Criminal Sex assault rape
        of a girl 15-16 yr. 3yr out of 6 yrs
    ② Age 22    Agg Crim. Sex assault rape
        of a girl 15 yr.  5yr out of 10yrs
    ③ Age 33    Agg crim sex abuse  2 girls 13 yr.
        11yr 9 month out of 24 yr sent.

Sexual Deviant History:

Family Psychiatric History:

⊕ father alcoholic

Paraphilia

Pedophilia    Teenage girls.

S. ually attracted to: Males   Females  (Both)

Limited to incest    Exclusive    Nonexclusive   did ask his sister to shown him

Exhibitionism   (Fetishism)   Frotteurism   voyeurism   her breast when he was 16 sh

Sexual Sadism         → prosthetic penises.   was 13 yr
                    ⊖

Social history
                              / Utah  42
    siblings:   2 sister  ⟨          h/o childhood physical abuse
                              \ Washington 39.        by his father.
    Parents:   Married   (Divorced)              pt estranged from
    Mother:  ↑ 65 yr   Utah                      family.
    Father:  ↓ 2001 66 yr   Kidney Cancer
    Marital status:  M  (S)   Separated       D
    Children:   No kids
    Living environment prior to incarceration:  Brookfield IL.
    Education:   10th grade.  got kicked out of house ⊕ GED
    Work history:  Dishwasher roofer fast food warehouse.
    Tobacco:   PPD  Years      ETOH:        Illicits: from 12 – 33 yr of age
              Quit smking      started at 12yr    ⊕ marijuana age 12
              in 2000.         problem at age 15 yrs   ⊕ prescription drug
                    **Mental status exam**      ⊕ PCP  ⊕ Cocaine ⊕ heroin
                    used to drank till he was        No IVDA.
                    wasted.

General Appearance: ☑Appropriate  ☐Meticulous  ☐Hygiene poor  ☐Bizarre
Attitude: ☑Cooperative  ☐Uncooperative  ☐Friendly  ☐Hostile  ☐Passive  ☐evasive   last drink 1995
Psychomotor activity: ☑Appropriate  ☐agitation  ☐Slowed  ☐Involuntary movements   day. Use in pmn
Affect: ☑Appropriate (mood congruent)  ☐Labile  ☐Dramatic  ☐Constricted  ☐Blunted   2001.
Mood: ☑Euthymic ☐Depressed ☐Anxious ☐Irritable ☐Dysphoric ☐Euphoric ☐Expansive ☐Labile
Speech: ☑Fluent ☐Rapid ☐Pressured ☐Vague ☐Slowed ☐Unspontaneous ☐Poverty of content
Thought process: ☑Goal oriented  ☐Circumstantial  ☐Tangential  ☐Flight of ideas/Racing
                 ☐Loosening of associations
Thought Content: ☐Suicidal/ideation/plan  ☐Homicidal/ideation/plan  ☐Auditory hallucination
⊖ SI ⊖ HI ☐Visual hallucination  ☐Delusions  ☐Paranoid ideation  ☐obsessions
                 ☐Compulsions  ☐Ideas of reference  ☐Depressive ruminations  ☐Sexual deviant
Insight: ☑Fair ☐Poor ☐Impaired                              fantasies
Judgement: ☑Fair ☐Poor ☐Impaired         Masturbates
MMSE (if indicated):                     1x a Month.

## Diagnostic Impression

Axis I   Paraphilia NOS.

Axis II   Anti-social traits, Borderline traits

Axis III   COPD   Arthritis

Axis IV   Mild -

Axis V   70 -80

## Interventions

Medications:  None indicated at this time.
Pt informed of Meds to help c̄ Mood & Anxiety

Psychotherapy:  — Pt wants to get involved c̄ group

Follow Up:

Consults:

- ☑ Risks/ benefits of above  treatment plan discussed
- ☑ Side effects of above medications communicated
- ☑ Patient informed of confidentiality and offered release of information consent to relevant parties
- ☑ Discussed pharmacotherapy of paraphilias including SSRIs and antihormonal agents

Abdi ___ MD
1/24/07

Michael P Bednarz MD
Psychiatry & Internal Medicine

SVP-TDF PSYCHIATRIC PROGRESS NOTE

Time:                          Name: Lemberger Michael #

Date: 3/8/07

Reason for evaluation: □ Medication Evaluation □ Psychotropic follow up 1 2 3 6 month
□ Per staff or resident request

**Subjective**

Pt report feeling down. Having angry outburst against group members ↓ interest, Pt reports taking zoloft before and it helped him. Pt denied any manic sx in the past except when on methamph.

**Objective**

General Appearance: □ Appropriate □ Meticulous □ Hygiene poor □ Bizarre

Attitude: □ Cooperative □ Uncooperative □ Friendly □ Hostile □ Passive □ evasive

Psychomotor activity: □ Appropriate □ agitation □ Slowed □ Involuntary movements

Mood: □ Euthymic □ Depressed □ Anxious □ Irritable □ Dysphoric □ Euphoric □ Expansive □ Labile

Affect: □ Appropriate (mood congruent) □ Labile □ Dramatic □ Constricted □ Blunted

Speech: □ Fluent □ Rapid □ Pressured □ Vague □ Slowed □ Unspontaneous □ Poverty of content

Thought process: □ Goal oriented □ Circumstantial □ Tangential □ Flight of ideas/Racing
□ Loosening of associations

Thought Content: □ Suicidal/ideation/plan □ Homicidal/ideation/plan □ Auditory hallucination
⊘ SI ⊘ HI □ Visual hallucination □ Delusions □ Paranoid ideation □ obsessions □ Compulsion
□ Ideas of reference □ Depressive ruminations □ Sexual deviant fantasies

Insight: □ Good □ Fair □ Poor □ Impaired

Judgement: □ Good □ Fair □ Poor □ Impaired

MMSE (if indicated)

Relevant lab data:

**Assessment**            fair

Condition: □ Improving □ Stable □ Unstable □ Partial remission □ Full remission

Diagnosis:                          Differential Diagnosis:

Dysthymia    no MDD

**Treatment Plan**

Targeted symptoms/goals

↓ Depressive Sx.

Medications: Current:              Changes/new meds:

None                  Start Zoloft 50 mg Qam
                     for 1 week then 100 mg Qam

□ Psychotherapeutic intervention/Follow up from clinical staff required:

□ Risks/ benefits of above plan effectively communicated to resident

□ Alternative treatments discussed/ offered                □ In writing

□ Resident informed of possible side effects of medications proposed

Follow up: □ PRN  □ 1 2 3 6 Months  □ Other:  □ Consults:

[signature] MD

## SVP-TDF PSYCHIATRIC PROGRESS NOTE

Date: 3/15/07    Time:    Name: Michael Lemberger    #

Reason for evaluation: ☐Medication Evaluation  ☐Psychotropic follow up 1 2 3 6 month
☑Per staff or resident request

**Subjective**

Pt report he stopped his Zoloft because his BP
was elevated and he had headaches. Pt reports that
he does not need it. Report he had mild depression
Pt report No ocular migraines

**Objective**

General Appearance: ☑Appropriate ☐Meticulous ☐Hygiene poor ☐Bizarre
Attitude: ☑Cooperative ☐Uncooperative ☐Friendly ☐Hostile ☐Passive ☐Evasive
Psychomotor activity: ☑Appropriate ☐Agitation ☐Slowed ☐Involuntary movements
Mood: ☑Euthymic ☐Depressed ☐Anxious ☐Irritable ☐Dysphoric ☐Euphoric ☐Expansive ☐Labile
Affect: ☑Appropriate (mood congruent) ☐Labile ☐Dramatic ☐Constricted ☐Blunted
Speech: ☑Fluent ☐Rapid ☐Pressured ☐Vague ☐Slowed ☐Unspontaneous ☐Poverty of content
Thought process: ☑Goal oriented ☐Circumstantial ☐Tangential ☐Flight of ideas/Racing
☐Loosening of association
Thought Content: ☐Suicidal/ideation/plan ☐Homicidal/ideation/plan ☐Auditory hallucination
⊖SI ⊖HI ☐Visual hallucination ☐Delusions ☐Paranoid ideation ☐Obsessions ☐Compulsions
☐Ideas of reference ☐Depressive ruminations ☐Sexual deviant fantasies
Insight: ☐Good ☑Fair ☐Poor ☐Impaired
Judgement: ☐Good ☑Fair ☐Poor ☐Impaired
MMSE (if indicated)
Revelant lab data:

**Assessment**

Condition: ☐Improving ☑Stable ☐Unstable ☐Partial remission ☐Full remission
Diagnosis:                          Differential Diagnosis:

Dysthymia     no MDD

**Treatment Plan**

Targeted symptoms/goals

↓ depressive Sx

Medications:    Current:                    Changes/new meds:

Zoloft 50 mg PO QD              D/c Zoloft

☐Psychotherapeutic intervention/Follow up from clinical staff required:
☑Risks/benefits of above plan effectively communicated to resident
☑Alternative treatments discussed/offered
☑Resident informed of possible side effects of medications proposed ☐In writing
Follow up: ☑PRN ☐1 2 3 6 Months ☐Other ☐Consults

Abdi Omwalla  M.D              Psychiatry



**State of Illinois**
**Department of Human Services**
**CONSENT TO MEDICATION**

05 ILCS 5/2 - 107, 2-107.1

| **NOTICE TO INDIVIDUAL:** PLEASE READ THIS CAREFULLY AND ASK QUESTIONS IF YOU DO NOT UNDERSTAND ANY PART OF IT. |
| --- |

## MEDICATION COUNSELING

I have been told about and have been given written information about the following recommended medicine(s):

RECOMMENDED MEDICINE(S)          _Zoloft 50 - 200 mg_
(inlcude dosage range for each)

I understand that the dosage of the medicine(s) may change based on my condition. The physician has talked with me about the following:

- what medicine(s) I will be taking;
- what the medicine(s) are intended to do for me;
- whether the medicine(s) chosen for me requires periodic blood testing;
- the possible side effects of the medicine(s). If the medicine(s) I will be taking can cause tardive dyskinesia, the physician has explained this side effect to me;
- any food-drug interactions which may occur with the medicine(s);
- other treatments and their effectiveness, availability and risks; and
- the availability of a pharmacist to counsel me about any medicine(s) the doctor orders at the time of discharge.

I understand that I have a right to refuse to take medicine(s) and what can happen if I refuse.

## CONSENT

[✓] I agree to take the medicine(s) listed above.

[ ] I **do not** agree to take the medicine(s) listed above. If my refusal to take medicine(s) results in my being in imminent danger to myself or others, I understand that I may be given medicine(s) under emergency conditions which must be re-evaluated at least every 24 hours. I also understand that a court order may be sought to give me medicine(s). If there is a court order, I understand that the medicine(s) will be given to me over my refusal.

I UNDERSTAND THAT THIS CONSENT IS VALID UNTIL _____1 Year_____. I UNDERSTAND THE CONSENT
(Calendar date no longer than one year)
IS ONLY GOOD FOR THE MEDICINE(S) LISTED ON THIS FORM. I ALSO UNDERSTAND THAT I CAN REVOKE THIS CONSENT AT ANY TIME.

_M. Lemberger_                          _Abdi Tinwalla  MD_ M.D.
Individual's signature                   Physician's signature

_____                  [ ] Check here if individual gives verbal consent but refuses to sign
Date

_____                  _____
Guardian's signature (if applicable)      Witness' signature (required for verbal consents only)

| Individual's Name _Lemberger Michael_ |
| --- |
| Date of Birth                    Sex |
| ID # |
| Facility's Name |
| Unit/Subunit                     Date |

(Formerly DMHDD-12.1)
IL462-0012MA (R-11-99)

**CONSENT TO MEDICATION**

Enter individual's identification number above

Crime: ACSAb

D.O.B 7/1/61

# SVP-TDF PSYCHIATRIC PROGRESS NOTE

Date: 5/31/07          Time:          Name: Lemberger #
                                      Michael

Reason for evaluation: ☐Medication Evaluation ☐Psychotropic follow up 1 2 3 6 month
3/15/07          ☐Per staff or resident request

**Subjective** Stopped Zoloft. DX Dysthymia r/o MDD

Attends CoC groups. No rule
infraction but sometimes appears intimidating
Feels he is not getting the proper
medical attention. Seems angry/vulnerable.

**Objective** Has been filing grievances.

General Appearance: ☒Appropriate ☐Meticulous ☐Hygiene poor ☐Bizarre
Attitude: ☒Cooperative ☐Uncooperative ☐Friendly ☐Hostile ☐Passive ☐Evasive
Psychomotor activity: ☒Appropriate ☐Agitation ☐Slowed ☐Involuntary movements
Mood: ☒Euthymic ☒Depressed ☐Anxious ☐Irritable ☐Dysphoric ☐Euphoric ☐Expansive ☐Labile
Affect: ☒Appropriate (mood congruent) ☐Labile ☐Dramatic ☐Constricted ☐Blunted
Speech: ☒Fluent ☐Rapid ☐Pressured ☐Vague ☐Slowed ☐Unspontaneous ☐Poverty of content
Thought process: ☒Goal oriented ☐Circumstantial ☐Tangential ☐Flight of ideas/Racing
          ☐Loosening of association   Obsessional
Thought Content: ☐Suicidal/ideation/plan ☐Homicidal/ideation/plan ☐Auditory hallucination
          ☐Visual hallucination ☐Delusions ☐Paranoid ideation ☐Obsessions ☐Compulsions
          ☐Ideas of reference ☐Depressive ruminations ☐Sexual deviant fantasies

Insight: ☐Good ☒Fair ☐Poor ☐Impaired
Judgement: ☐Good ☒Fair ☐Poor ☐Impaired          Allergy  NKA
MMSE (if indicated)          COPD   C
Revelant lab data:          GERD

## Assessment

Condition: ☐Improving ☒Stable ☐Unstable ☐Partial remission ☐Full remission
Diagnosis:          Differential Diagnosis:
Paaphlia
Personalty Disorder ? per Dr. Quadenbush
Dysthymia  per Psychiatry

## Treatment Plan

Targeted symptoms/goals

Medications:          Current:          Changes/new meds:

None

☐Psychotherapeutic intervention/Follow up from clinical staff required:
☐Risks/benefits of above plan effectively communicated to resident
☐Alternative treatments discussed/offered
☐Resident informed of possible side effects of medications proposed ☐In writing
Follow up: ☐PRN ①2 3 6 Months ☐Other ☐Consults

K. THAMPY MD   MM          Psychiatry

## SVP-TDF PSYCHIATRIC PROGRESS NOTE

Date: 12/20/07    Time:    Name: Lemberger M.    #

Reason for evaluation: ☐ Medication Evaluation ☐ Psychotropic follow up 1 2 3 6 month
☐ Per staff or resident request

**Subjective**

Pt seen in Tx team meeting
Twenty ETTE. participate in group.

**Objective**

General Appearance: ☑Appropriate ☐Meticulous ☐Hygiene poor ☐Bizarre

Attitude: ☑Cooperative ☐Uncooperative ☐Friendly ☐Hostile ☐Passive ☐evasive

Psychomotor activity: ☑Appropriate ☐agitation ☐Slowed ☐Involuntary movements

Mood: ☑Euthymic ☐Depressed ☐Anxious ☐Irritable ☐Dysphoric ☐Euphoric ☐Expansive ☐Labile

Affect: ☑Appropriate (mood congruent) ☐Labile ☐Dramatic ☐Constricted ☐Blunted

Speech: ☑Fluent ☐Rapid ☐Pressured ☐Vague ☐Slowed ☐Unspontaneous ☐Poverty of content

Thought process: ☑Goal oriented ☐Circumstantial ☐Tangential ☐Flight of ideas/Racing
☐Loosening of associations

Thought Content: ☐Suicidal/ideation/plan ☐Homicidal/ideation/plan ☐Auditory hallucination
☐Visual hallucination ☐Delusions ☐Paranoid ideation ☐obsessions ☐Compulsions
☐Ideas of reference ☐Depressive ruminations ☐Sexual deviant fantasies

Insight: ☐Good ☑Fair ☐Poor ☐Impaired

Judgement: ☐Good ☑Fair ☐Poor ☐Impaired

MMSE (if indicated)

Relevant lab data:

**Assessment**

Condition: ☐Improving ☑Stable ☐Unstable ☐Partial remission ☐Full remission

Diagnosis:    Differential Diagnosis:

Paraphilia    Dysthymia

**Treatment Plan**

Targeted symptoms/goals

Medications:    Current:    Changes/new meds:

None

☐Psychotherapeutic intervention/Follow up from clinical staff required:

☐Risks/ benefits of above plan effectively communicated to resident

☐Alternative treatments discussed/ offered

☐Resident informed of possible side effects of medications proposed ☐In writing

Follow up: ☐PRN    ☐1 2 3 6 Months ☐Other:    ☐Consults:

## SVP-TDF PSYCHIATRIC PROGRESS NOTE

Date: 1/16/08    Time:    Name: M. Lemberger #

Reason for evaluation: ☐ Medication Evaluation ☐ Psychotropic follow up 1 2 3 6 month
☐ Per staff or resident request

**Subjective**

Reports 4 hr of sleep in the past 48 hours
⊕ racing thought · ⊕ paranoia. Concerned
about having some physical problem
Report these sx have occurred 3-4 times a week during his

**Objective**    life time

General Appearance: ☑ Appropriate ☐ Meticulous ☐ Hygiene poor ☐ Bizarre
Attitude: ☑ Cooperative ☐ Uncooperative ☑ Friendly ☐ Hostile ☐ Passive ☐ evasive
Psychomotor activity: ☑ Appropriate ☐ agitation ☐ Slowed ☐ Involuntary movements
Mood: ☑ Euthymic ☐ Depressed ☐ Anxious ☐ Irritable ☐ Dysphoric ☐ Euphoric ☐ Expansive ☐ Labile
Affect: ☑ Appropriate (mood congruent) ☐ Labile ☐ Dramatic ☐ Constricted ☐ Blunted
Speech: ☑ Fluent ☐ Rapid ☐ Pressured ☐ Vague ☐ Slowed ☐ Unspontaneous ☐ Poverty of content
Thought process: ☑ Goal oriented ☐ Circumstantial ☐ Tangential ☐ Flight of ideas/Racing
☐ Loosening of associations

Thought Content: ☐ Suicidal/ideation/plan ☐ Homicidal/ideation/plan ☐ Auditory hallucination
Ⓢ SI Ⓗ HI    ☐ Visual hallucination ☐ Delusions ☐ Paranoid ideation ☐ obsessions ☐ Compulsions
☐ Ideas of reference ☐ Depressive ruminations ☐ Sexual deviant fantasies

Insight: ☐ Good ☑ Fair ☐ Poor ☐ Impaired
Judgement: ☐ Good ☑ Fair ☐ Poor ☐ Impaired
MMSE (if indicated)
Relevant lab data:

Reports in Dixon he was started
on Paxil and reports he felt like he
was on crack "bouncing N the
wall" 24 hour high

**Assessment**

Condition: ☑ Improving ☐ Stable ☐ Unstable ☐ Partial remission ☐ Full remission
Diagnosis:    Differential Diagnosis:

Mood Disorder NOS r/o Bipolar.

**Treatment Plan**

Targeted symptoms/goals

improve sleep  mood.    ✓ Lipid profile
✓ CBC  ✓ CMP

Medications:    Current:    Changes/new meds:

Start Seroquel 50 mg    Trazodone 50 mg PO Qhs
Qhs · Trazodone 50 mg    Depakote  ✓ CBC  ✓ CMP
PRN    will start Depakote when results

☐ Psychotherapeutic intervention/Follow up from clinical staff required: Come back
☑ Risks/ benefits of above plan effectively communicated to resident
☑ Alternative treatments discussed/ offered
☑ Resident informed of possible side effects of medications proposed ☐ In writing
Follow up: ☑ PRN  ☐ 1 2 3 6 Months  ☐ Other:  ☐ Consults:

Abdi Tinwalla MD    RTC 1 week

State of Illinois
Department of Human Services

# CONSENT TO MEDICATION     405 ILCS 5/2-107, 2-107.1



**NOTICE TO INDIVIDUAL:** PLEASE READ THIS CAREFULLY AND ASK QUESTIONS IF YOU DO NOT UNDERSTAND ANY PART OF IT.

## MEDICATION COUNSELING

I have been told about and have been given written information about the following recommended medicine(s):

RECOMMENDED MEDICINE(S)
(include dosage range for each)

*Seraquel 50 - 1000 mg Dly*
*ML Trazodone 50 - 150 mg AT eUor*

I understand that the dosage of the medicine(s) may change based on my condition. The physician has talked with me about the following:

* what medicine(s) I will be taking;
* what the medicine(s) are intended to do for me;
* whether the medicine(s) chosen for me requires periodic blood testing;
* the possible side effects of the medicine(s). If the medicine(s) I will be taking can cause tardive dyskinesia, the physician has explained this side effect to me;
* any food-drug interactions which may occur with the medicine(s)
* other treatments and their effectiveness, availability and risks; and
* the availability of a pharmacist to counsel me about any medicine(s) the doctor orders at this time of discharge.

I understand that I have a right to refuse to take medicine(s) and what can happen if I refuse.

## CONSENT

☑ I agree to take the medicine(s) listed above.

☐ I **do not** agree to take the medicine(s) listed above. If my refusal to take medicine(s) results in my being in imminent danger to myself or others, I understand that I may be given medicine(s) under emergency conditions which must be re-evaluated at least every 24 hours. I also understand that a court order may be sought to give me medicine(s). If there is a court order, I understand that the medicine(s) will be given to me over my refusal.

I UNDERSTAND THAT THIS CONSENT IS VALID UNTIL ___1 year___    I UNDERSTAND THE CONSENT

(Calendar date no longer than one year)

IS ONLY GOOD FOR THE MEDICINE(S) LISTED ON THIS FORM. I ALSO UNDERSTAND THAT I CAN REVOKE THIS CONSENT AT ANY TIME.

_Lemberg_ _____          _Abdi Ginuailla_ M.D.
Individual's signature                            Physician's signature

☐ Check here if individual gives verbal consent but refuses to sign

Date:
X  1/16/08                                 _____
Guardian's signature (if applicable)        Witness' signature (required for verbal consents only)

| | |
|---|---|
| Individual | *Lemberger Mr* |
| Date of Birth: | Sex: |
| Identification Number: | |
| Facility: | |
| Subunit: | |

IL 462-0012MA (R-11-99)    (Formerly DMHDD-12.1)                    Page 1 of 1

## SVP-TDF PSYCHIATRIC PROGRESS NOTE

Date: 1/30/07    Time:    Name: Lemberger M.

Reason for evaluation: ☐ Medication Evaluation ☐ Psychotropic follow up 1 2 3 6 month
☐ Per staff or resident request

**Subjective**

Reports Seraquel helping ē sleep for 1st 3 nights
Now 5½ - 6 hour a night. improvement in Mood
↓ racing thought Still has irritability ↓ paranoia.
↓ Anxiety

**Objective**

General Appearance: ☑Appropriate ☐Meticulous ☐Hygiene poor ☐Bizarre
Attitude: ☐Cooperative ☐Uncooperative ☑Friendly ☐Hostile ☐Passive ☐evasive
Psychomotor activity: ☑Appropriate ☐agitation ☐Slowed ☐Involuntary movements
Mood: ☑Euthymic ☐Depressed ☐Anxious ☐Irritable ☐Dysphoric ☐Euphoric ☐Expansive ☐Labile
Affect: ☑Appropriate (mood congruent) ☐Labile ☐Dramatic ☐Constricted ☐Blunted
Speech: ☑Fluent ☐Rapid ☐Pressured ☐Vague ☐Slowed ☐Unspontaneous ☐Poverty of content
Thought process: ☑Goal oriented ☐Circumstantial ☐Tangential ☐Flight of ideas/Racing
☐Loosening of associations
Thought Content: ☐Suicidal/ideation/plan ☐Homicidal/ideation/plan ☐Auditory hallucination
Ⓢ SI Ⓗ HI ☐Visual hallucination ☐Delusions ☐Paranoid ideation ☐obsessions ☐Compulsions
☐Ideas of reference ☐Depressive ruminations ☐Sexual deviant fantasies
Insight: ☐Good ☑Fair ☐Poor ☐Impaired
Judgement: ☐Good ☑Fair ☐Poor ☐Impaired
MMSE (if indicated)
Relevant lab data:

**Assessment**

Condition: ☑Improving ☐Stable ☐Unstable ☐Partial remission ☐Full remission
Diagnosis:                                    Differential Diagnosis:

Bipolar d/o

**Treatment Plan**
Targeted symptoms/goals

Medications:    Current:                    Changes/new meds:

Seraquel 50 mg PO Qhs              ↑ Seraquel 100 mg PO Qhs
                                    D/C Trazodone

☑Psychotherapeutic intervention/Follow up from clinical staff required: Anger Mgt
☑Risks/ benefits of above plan effectively communicated to resident
☐Alternative treatments discussed/ offered
☑Resident informed of possible side effects of medications proposed ☐In writing
Follow up: ☐PRN    ☐1 2 3 6 Months ☐Other:    ☐Consults:

Abdi Tinwalla

## SVP-TDF PSYCHIATRIC PROGRESS NOTE

Date: 2/7/08     Time:     Name: Lemberger M     #

Reason for evaluation: ▢ Medication Evaluation ▢ Psychotropic follow up 1 2 3 6 month
▢ Per staff or resident request

**Subjective**

Reports Seraquel helping with his mood
sleep improved 5 – 6 hr / night
No racing thought · No paranoia

**Objective**

General Appearance: ▣ Appropriate ▢ Meticulous ▢ Hygiene poor ▢ Bizarre

Attitude: ▣ Cooperative ▢ Uncooperative ▢ Friendly ▢ Hostile ▢ Passive ▢ evasive

Psychomotor activity: ▣ Appropriate ▢ agitation ▢ Slowed ▢ Involuntary movements

Mood: ▣ Euthymic ▢ Depressed ▢ Anxious ▢ Irritable ▢ Dysphoric ▢ Euphoric ▢ Expansive ▢ Labile

Affect: ▣ Appropriate (mood congruent) ▢ Labile ▢ Dramatic ▢ Constricted ▢ Blunted

Speech: ▣ Fluent ▢ Rapid ▢ Pressured ▢ Vague ▢ Slowed ▢ Unspontaneous ▢ Poverty of content

Thought process: ▣ Goal oriented ▢ Circumstantial ▢ Tangential ▢ Flight of ideas/Racing
▢ Loosening of associations

Thought Content: ▢ Suicidal/ideation/plan ▢ Homicidal/ideation/plan ▢ Auditory hallucination
▢ Visual hallucination ▢ Delusions ▢ Paranoid ideation ▢ obsessions ▢ Compulsions
▢ Ideas of reference ▢ Depressive ruminations ▢ Sexual deviant fantasies

Insight: ▢ Good ▣ Fair ▢ Poor ▢ Impaired

Judgement: ▢ Good ▣ Fair ▢ Poor ▢ Impaired

MMSE (if indicated)

Relevant lab data:

**Assessment**

Condition: ▣ Improving ▢ Stable ▢ Unstable ▢ Partial remission ▢ Full remission

Diagnosis:     Differential Diagnosis:

Bipolar d/o

**Treatment Plan**

Targeted symptoms/goals

↓ irritability   improve mood & sleep

Medications:   Current:     Changes/new meds:

Seraquel 100 mg PO Qhs     ↑ Seraquel to 200 mg

▢ Psychotherapeutic intervention/Follow up from clinical staff required: Anger Mgt
▢ Risks/ benefits of above plan effectively communicated to resident
▣ Alternative treatments discussed/ offered
▢ Resident informed of possible side effects of medications proposed ▢ In writing

Follow up: ▢ PRN   ▢ 1 2 3 6 Months ▢ Other: ▢ Consults:

Abdi Tinwalla. MD

# SVP-TDF PSYCHIATRIC PROGRESS NOTE

Date: 3/26/08    Name: _Lemberger M._    #    DOB
DOA

Reason for evaluation: ☐Medication Evaluation ☐Psychotropic follow up 1 2 3 6 month
☐Per staff or resident request

**Subjective**
Pt expressed concern about his LDL level ↑ from 118-
129. But pt admitted eating Cholates and high cal.
food. was started on Seraquel 1/16/08. labs done 2/8/08
showed Chol level of 130. sleep - 'good' Appetite
good. No paranoia. No racing thoughts

**Objective**
General Appearance: ☑Appropriate ☐Meticulous ☐Hygiene poor ☐Bizarre
Attitude: ☑Cooperative ☐Uncooperative ☐Friendly ☐Hostile ☐Passive ☐Evasive
Psychomotor activity: ☑Appropriate ☐Agitation ☐Slowed ☐Involuntary movements
Mood: ☑Euthymic ☐Depressed ☐Anxious ☐Irritable ☐Dysphoric ☐Euphoric ☐Expansive ☐Labile
Affect: ☑Appropriate (mood congruent) ☐Labile ☐Dramatic ☐Constricted ☐Blunted
Speech: ☑Fluent ☐Rapid ☐Pressured ☐Vague ☐Slowed ☐Unspontaneous ☐Poverty of content
Thought process: ☑Goal oriented ☐Circumstantial ☐Tangential ☐Flight of ideas/Racing
☐Loosening of association
Thought Content: ☐Suicidal/ideation/plan ☐Homicidal/ideation/plan ☐Auditory hallucination
Ⓝ☑Ⓢ Ⓘ Ⓒ ☑ＨＩ ☐Visual hallucination ☐Delusions ☐Paranoid ideation ☐Obsessions ☐Compulsions
☐Ideas of reference ☐Depressive ruminations ☐Sexual deviant fantasies
Insight: ☐Good ☑Fair ☐Poor ☐Impaired
Judgement: ☐Good ☑Fair ☐Poor ☐Impaired
MMSE (if indicated)
Relevant lab data:

**Assessment**
Condition: ☐Improving ☐Stable ☐Unstable ☐Partial remission ☐Full remission
Diagnosis:    Bipolar d/o    Differential Diagnosis:

**Treatment Plan**
Targeted symptoms/goals

Medications:    Current:    D/C Trazodone    Changes/new meds:
Seraquel 200 mg PO Qhs    Explained to pt that all
atyp. Antpsy can cause
wt gain, ↑ Chol ↑ HTN
↑ Blood sugar. pt agrees to
☐Psychotherapeutic intervention/Follow up from clinical staff required: continue c̄ meds
☑Risks/benefits of above plan effectively communicated to resident
☑Alternative treatments discussed/offered
☑Resident informed of possible side effects of medications proposed ☐In writing
Follow up: ☐PRN ☐1 2 3 6 Months ☐Other ☐Consults

Abdi _____ MD    Psychiatry

**DHS**

IL462-0044A (R-7-02)

**State of Illinois**
**Department of Human Services**

**MEDICATION ORDERS**

LAB          DIETARY          X-RAY          EEG
HOME VISIT          DISCHARGE          ETC.

NAME: _Lemberger, Michael_          **3**

ID: _654462_          UNIT: _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

SIGNED: _____ MD DATE/TIME: _____

D/c Trazodone

NAME: _Lemberger Michael_          **2**

ID: _654462_          UNIT: _____

DX: _____

SIGNED: _____ R Brown RN MD DATE/TIME: 3/26/08

REVIEWED: _____ RN DATE/TIME: 3/26/08

SIGNED: _Abd  Gill_ MD DATE/TIME: 3/26/08

Triamcinolone Nasal
AQ spray II
squirts each nostril
qd x 1 bottle

NAME: _Lemberger, Michael_          **1**

ID: _654462_          UNIT: _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _Daugherty RN_ DATE/TIME: 3/18/08

SIGNED: _____ MD DATE/TIME: 3/18/08

**WRITE ORDERS BEGINNING AT BOTTOM.**

PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)

**DHS**

IL462-0044A (R-7-02)

**State of Illinois
Department of Human Services**

## MEDICATION ORDERS

LAB        DIETARY        X-RAY        EEG
HOME VISIT        DISCHARGE        ETC.

**3**

NAME: LEMBERGER    MICHAEL

ID: 654462 _____ UNIT: 7352

DX: _____

PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)

Q252 QUETIAPINE 200MG TAB                PRN  DUR: 28
DOSE: 200 MG    SIG: 21        START: 02/07/08
ADM: DAILY        PO            STOP: 03/29/08
  SIG: ONGOING
DISCONTINUE [__] RENEW [__]DUR: ____    NO ACT:[__]
DATE: _____ EFFECTIVE DATE: _____

SIGNED: _____ MD DATE/TIME: 3/19/08

SIGNED: _____ MD DATE/TIME: _____
REVIEWED: _____ RN DATE/TIME: 3-20-08

T438 TRAZODONE 50MG TAB                PRN  DUR: 28
DOSE: 50 MG     SIG: 21        START: 01/16/08
ADM: DAILY        PO            STOP: 03/29/08
  SIG: ONGOING PRN
DISCONTINUE [__] RENEW [__]DUR: ____    NO ACT:[__]
DATE: _____ EFFECTIVE DATE: _____

S030 SODIUM CHLORIDE 0.65% NASAL SOLN PRN DUR: 30
DOSE:        SIG: 08 21        START: 02/20/08
ADM: DAILY        NSL            STOP: 03/21/08
  SIG: PRN  / 1 TO 2 SPRAYS
DISCONTINUE [__] RENEW [__]DUR: ____    NO ACT:[__]
DATE: _____ EFFECTIVE DATE: _____

A025 ACETAMINOPHEN TAB  325MG          PRN  DUR: 28
DOSE: 650 MG    SIG: 08 12 21  START: 10/19/07
ADM: DAILY        PO            STOP: 03/29/08
DISCONTINUE [__] RENEW [__]              NO [__]
STOP        DURATION:              ACTION
DATE: _____ EFFECTIVE DATE: _____

SIGNED: _____ MD DATE/TIME: 3/14/08

**2**

NAME: LEMBERGER    MICHAEL
654462                7352

ID: _____ UNIT: _____

DX: _____

PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)

SIGNED: _____ MD DATE/TIME: _____
REVIEWED: _____ RN DATE/TIME: 3-15-08

D657 DOCUSATE SOD CAP 100MG            PRN  DUR: 28
DOSE: 100 MG    SIG: 08 21     START: 03/03/08
ADM: DAILY        PO            STOP: 03/31/08
  SIG: ONGOING
DISCONTINUE [__] RENEW [__]DUR: ____    NO ACT:[__]
DATE: _____ EFFECTIVE DATE: _____

M001 MG HYDROXIDE 200MG/AL HYDROXIDE  PRN  DUR: 28
DOSE: 30 ML     SIG: 08 12 21  START: 10/19/07
ADM: DAILY        PO            STOP: 03/29/08
  SIG: 225MG SUSP
DISCONTINUE [__] RENEW [__]DUR: ____    NO ACT:[__]
DATE: _____ EFFECTIVE DATE: _____

I014 IBUPROFEN TAB 800MG              PRN  DUR: 28
DOSE: 800 MG    SIG: 08 12 21  START: 09/20/07
ADM: DAILY        PO            STOP: 03/29/08
  SIG: ONGOING PRN
DISCONTINUE [__] RENEW [__]DUR: ____    NO ACT:[__]
DATE: _____ EFFECTIVE DATE: _____

SIGNED: _____ MD DATE/TIME: 3/14/08

**1**

NAME: LEMBERGER    MICHAEL
654462                7352

ID: _____ UNIT: _____

DX: _____

PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)

SIGNED: _____ MD DATE/TIME: _____
REVIEWED: _____ RN DATE/TIME: 3-15-08

**WRITE ORDERS BEGINNING AT BOTTOM.**

**State of Illinois**
**Department of Human Services**

IL462-0044A  (R-7-02)

## MEDICATION ORDERS

| LAB | DIETARY | X-RAY | EEG |
|---|---|---|---|
| HOME VISIT | | DISCHARGE | ETC. |

**3**

NAME: LEMBERGER    MICHAEL

ID:  654462 _____  UNIT:  7352

DX: _____

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

SIGNED: _____ MD DATE/TIME: _____

---

NAME: LEMBERGER    MICHAEL  **2**
     654462              7352

ID: _____  UNIT: _____

DX: _____

```
Q252 QUETIAPINE 200MG TAB              DUR: 28
DOSE: 200 MG     SIG: 21        START: 02/07/08
ADM: DAILY          PO          STOP: 03/01/08
   SIG: ONGOING
DISCONTINUE [__] RENEW [ ]DUR:     NO ACT:[__]
DATE: _____ EFFECTIVE DATE: _____

T438 TRAZODONE 50MG TAB          PRN  DUR: 28
DOSE: 50 MG      SIG: 21        START: 01/16/08
ADM: DAILY          PO          STOP: 03/01/08
   SIG: ONGOING PRN
DISCONTINUE [__] RENEW [ ]DUR:     NO ACT:[__]
DATE: _____ EFFECTIVE DATE: _____
```

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: 3-8-08

---

```
A025 ACETAMINOPHEN TAB     325MG  PRN  DUR: 28
DOSE: 650 MG     SIG: 06 12 21  START: 10/19/07
ADM: DAILY          PO          STOP: 03/01/08
DISCONTINUE [__] RENEW [ ]           NO [ ]
STOP         DURATION:              ACTION
DATE: _____ EFFECTIVE DATE: _____

M001 MG HYDROXIDE 200MG/AL HYDROXIDE PRN DUR: 28
DOSE: 30 ML      SIG: 08 12 21  START: 10/19/07
ADM: DAILY          PO          STOP: 03/01/08
   SIG: 225MG SUSP
DISCONTINUE [__] RENEW [ ]DUR:     NO ACT:[__]
DATE: _____ EFFECTIVE DATE: _____

I014 IBUPROFEN TAB 800MG           PRN  DUR: 28
DOSE: 800 MG     SIG: 08 12 21  START: 09/20/07
ADM: DAILY          PO          STOP: 03/01/08
   SIG: ONGOING PRN
DISCONTINUE [__] RENEW [ ]DUR:     NO ACT:[__]
DATE: _____ EFFECTIVE DATE: _____
```

SIGNED: _____ MD DATE/TIME: _____

NAME: LEMBERGER    MICHAEL  **1**
     654462              7352

ID: _____  UNIT: _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: 2-13-07

DATE AND TIME PRODUCED: 02/13/2008   08:27

## WRITE ORDERS BEGINNING AT BOTTOM.

**State of Illinois**
**Department of Human Services**

IL462-0044A  (R-7-02)

### MEDICATION ORDERS

| LAB | DIETARY | · X-RAY | EEG |
| HOME VISIT | DISCHARGE | | ETC. |

NAME: _Lemberger, Michael_  **3**

ID: _65446?_ _____ UNIT: _____

DX: _____

PHYSICIAN'S ORDERS
(ORIGINAL FOR CHART)

Dox *Do unnote*
*100 mg BIDPRN*
*ongoing*

SIGNED: _Hzel_ MD DATE/TIME: _3/3/08_

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _N Kim C_ RN DATE/TIME: _3/3_

2/28/08 *per constipation protocol*
*MOM 30cc PO c̄ 2 glasses*
*warm water x 5 days*
*as needed.*

NAME: _Lemberger, Michael_  **2**

ID: _65446?_ _____ UNIT: _____

DX: _____

PHYSICIAN'S ORDERS
(ORIGINAL FOR CHART)

SIGNED: _Hzell_ MD DATE/TIME: _3/1/08_

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _J. Brown_ RN DATE/TIME: _2/28/08_

*Bactrim DS B/D x 10 d*
*Robitussin 1.0 cc*
*9cc PRN x 10 d*

NAME: _Lemberger, M_  **1**

ID: _65446 2_ _____ UNIT: _____

DX: _Sinus, bs_

*Please inform pt at*
*med line that*
*he has sinus infection*

PHYSICIAN'S ORDERS
(ORIGINAL FOR CHART)

SIGNED: _Hzell_ MD DATE/TIME: _2/12/08_

SIGNED: _Hzell_ MD DATE/TIME: _2/12/08_

REVIEWED: _L. Phillips LPN_ RN DATE/TIME: _2/12/08_
@ 1545

**WRITE ORDERS BEGINNING AT BOTTOM.**

**DHS**

IL462-0044A (R-7-02)

**State of Illinois**
**Department of Human Services**

## MEDICATION ORDERS

| LAB | DIETARY | X-RAY | EEG |
|---|---|---|---|
| HOME VISIT | | DISCHARGE | ETC. |

---

**3**

Ocean Spray NS
i̅ - i̅i̅ squirts each nostril
BID PRN x30d

NAME: Lemberger, Michael
ID: 654462    UNIT: ____
DX: _____

Sinus X-Rays
F/u 30d

SIGNED: Abdul ___ MD DATE/TIME: 2/19/08

SIGNED: Abdul    MD DATE/TIME: 2/19/08
REVIEWED: _____ RN DATE/TIME: 2/19/08

---

**2**

Increase Seraquel to
200 mg PO QHS

NAME: Lemberger, M
ID: 654462    UNIT: ____
DX: _____

SIGNED: Abd Ul    MD DATE/TIME: 2/7/08

SIGNED: ____ MD DATE/TIME: ____
REVIEWED: L Brown RN DATE/TIME: 2/7/08

---

**1**

Increase Seraquel to
100 mg PO QHS

NAME: Lemberger M
ID: 654462    UNIT: ____
DX: _____

SIGNED: Abdul    MD DATE/TIME: 1/30/08

SIGNED: ____ MD DATE/TIME: ____
REVIEWED: ____ RN DATE/TIME: 1/30

PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)

**WRITE ORDERS BEGINNING AT BOTTOM.**

**DHS**

IL462-0044A (R-7-02)

**State of Illinois**
**Department of Human Services**

**MEDICATION ORDERS**

| LAB | DIETARY | X-RAY | EEG |
|-----|---------|-------|-----|
| HOME VISIT | | DISCHARGE | ETC. |

**3**

NAME: LEMBERGER    MICHAEL

ID: 654462 _____ UNIT: 7352 _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

SIGNED: _____ MD DATE/TIME: _____

**2**

NAME: LEMBERGER    MICHAEL

ID: 654462 _____ UNIT: 7352

DX: _____

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

SIGNED: _____ MD DATE/TIME: _____

```
A025 ACETAMINOPHEN TAB    325MG        PRN  DUR: 28
DOSE: 650 MG    SIG: 08 12 21    START: 10/19/07
ADM: DAILY          PO              STOP: 02/02/08
DISCONTINUE [__] RENEW [__]              NO [__]
STOP             DURATION:               ACTION
DATE: _____    EFFECTIVE DATE: _____

M001 MG HYDROXIDE 200MG/AL HYDROXIDE  PRN  DUR: 28
DOSE: 30 ML    SIG: 08 12 21    START: 10/19/07
ADM: DAILY          PO              STOP: 02/02/08
  SIG: 225MG SUSP
DISCONTINUE [__] RENEW [__] DUR:      NO ACT:[__]
DATE: _____    EFFECTIVE DATE: _____

I014 IBUPROFEN TAB 800MG              PRN  DUR: 28
DOSE: 800 MG    SIG: 08 12 21    START: 09/20/07
ADM: DAILY          PO              STOP: 02/02/08
  SIG: ONGOING PRN
DISCONTINUE [__] RENEW [__] DUR:      NO ACT:[__]
DATE: _____    EFFECTIVE DATE: _____
```

**1**

NAME: LEMBERGER    MICHAEL

ID: 654462 _____ UNIT: 7352

DX: _____

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: 1-18-08

DATE AND TIME PRODUCED: 01/16/2000  08:10

SIGNED: _Hochard_ MD DATE/TIME: 1/18/08

**WRITE ORDERS BEGINNING AT BOTTOM.**

**State of Illinois**
**Department of Human Services**

IL462-0044A  (R-7-02)

## MEDICATION ORDERS

LAB        DIETARY        X-RAY        EEG
HOME VISIT        DISCHARGE        ETC.

**3**

NAME: _Lemberger_ _____

ID: _654462_ ____ UNIT: _____

DX: _____

PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

SIGNED: _____ MD DATE/TIME: _____

**2**

NAME: _Lemberger, M_ _____

ID: _654462_ ____ UNIT: _____

DX: _Antipsychotic Tx._

CBC CMP Lipid

profile — done

PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)

SIGNED: _Abdi Tinulla_ MD DATE/TIME: _1/16/08_

REVIEWED: _N Nenna_ RN DATE/TIME: _1/16_

Seraquel 50 mg PO
Qhs.
Trazodone 50 mg PO
Qhs PRN

SIGNED: _____ MD DATE/TIME: _____

**1**

NAME: _M. Lemberger M._ _____

ID: _654462_ ____ UNIT: _____

DX: _____

PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)

SIGNED: _Abdi Tinulla_ MD DATE/TIME: _1/16/08_

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _N Nenna_ RN DATE/TIME: _1/16_

**WRITE ORDERS BEGINNING AT BOTTOM.**

**DHS**

IL462-0044A (R-7-02)

**State of Illinois**
**Department of Human Services**

## MEDICATION ORDERS

| LAB | DIETARY | X-RAY | EEG |
| HOME VISIT | DISCHARGE | | ETC. |

1/11/08 D/c Loratadine 10mg
due to non-compliance

NAME: Lemberger Michael [3]
ID: 654462    UNIT: _____
DX: _____

SIGNED: Hodiall    MD DATE/TIME: 1/15/08

SIGNED: _____ MD DATE/TIME: _____
REVIEWED: ↗Brown RN RN DATE/TIME: 1/11/08

NAME: Lemberger, Michael [2]
ID: 654462    UNIT: _____
DX: (R) Knee pain
please get old
IDOC records
for review

SIGNED: Hull MD DATE/TIME: 12/11/07
REVIEWED: ___ RN DATE/TIME: 12/11/07

Triamcinolone 0.1%
cream BID x 30d

NAME: Lemberger, Michael [1]
ID: 654462    UNIT: _____
DX: _____
- Flu30d
- may have (R) knee
  xray/brace to replace
  old brace

SIGNED: Hodiall MD DATE/TIME: 11/13/07

SIGNED: Hodiall MD DATE/TIME: 11/13/07
REVIEWED: ___ RN DATE/TIME: 11/3/07

**WRITE ORDERS BEGINNING AT BOTTOM.**

PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)

**State of Illinois**
**Department of Human Services**

**DHS**

IL462-0044A  (R-7-02)

**MEDICATION ORDERS**

| LAB | DIETARY | X-RAY | EEG |
|-----|---------|-------|-----|
| HOME VISIT | | DISCHARGE | ETC. |

**3**

NAME: LEMBERGER    MICHAEL

ID: _____ 654462 _____    UNIT: _____ 7352 _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

**2**

NAME: LEMBERGER    MICHAEL

ID: _____ 654462 _____    UNIT: _____ 7352 _____

DX: _____

A025 ACETAMINOPHEN TAB    325MG    PRN  DUR: 28
DOSE: 650 MG    SIG: 08 12 21    START: 10/19/07
ADM: DAILY        PO        STOP: 01/05/08
DISCONTINUE [__] RENEW [✓]        NO [
STOP        DURATION: _____    ACTION
DATE: _____ EFFECTIVE DATE: _____

SIGNED: _Michael_ MD DATE/TIME: _200 DEC07_

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _12/28/07_

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

M001 MG HYDROXIDE 200MG/AL HYDROXIDE  PRN  DUR: 28
DOSE: 30 ML    SIG: 08 12 21    START: 10/19/07
ADM: DAILY        PO        STOP: 01/05/08
   SIG: 225MG SUSP
DISCONTINUE [__] RENEW [✓] DUR: _    NO ACT:[__
DATE: _____ EFFECTIVE DATE: _____

L538 LORATADINE 10MG TAB        DUR: 28
DOSE: 10 MG    SIG: 08    START: 11/08/07
ADM: DAILY        PO        STOP: 01/05/08
   SIG: ONGOING
DISCONTINUE [__] RENEW [✓] DUR: _    NO ACT:[__
DATE: _____ EFFECTIVE DATE: _____

I014 IBUPROFEN TAB 800MG        PRN  DUR: 28
DOSE: 800 MG    SIG: 08 12 21    START: 09/20/07
ADM: DAILY        PO        STOP: 01/05/08
   SIG: ONGOING PRN
DISCONTINUE [__] RENEW [✓] DUR: _    NO ACT:[__
DATE: _____ EFFECTIVE DATE: _____

SIGNED: _Michael_ MD DATE/TIME: _200 DEC07_

**1**

NAME: LEMBERGER    MICHAEL

ID: _____ 654462 _____    UNIT: _____ 7352 _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _12/28/07_

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

**WRITE ORDERS BEGINNING AT BOTTOM.**

DATE AND TIME PRODUCED: 12/19/2007  09:23

**DHS**

IL462-0044A   (R-7-02)

**State of Illinois**
**Department of Human Services**

## MEDICATION ORDERS

| LAB | DIETARY | X-RAY | EEG |
|-----|---------|-------|-----|
| HOME VISIT | | DISCHARGE | ETC. |

**3**

NAME: LEMBERGER    MICHAEL

ID: 654462 _____ UNIT: _____ 7323

DX: _____

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

SIGNED: _____ MD DATE/TIME: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

**2**

NAME: LEMBERGER    MICHAEL

ID: 654462 _____ UNIT: _____ 7323

DX: _____

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

I135 INFLUENZA VIRUS VACC TRIVAL 0.5        DUR: 01
        INTRAMUSCULAR

    EFFECTIVE DATE:_____

SIGNED: *Hrollrard* MD DATE/TIME: 03DEC07

SIGNED: _____ MD DATE/TIME: _____

REVIEWED *Warden* RN DATE/TIME: 12·4·9

**1**

NAME: LEMBERGER    MICHAEL

ID: 654462 _____ UNIT: _____ 7323

DX: _____

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

I136 INFLUENZA NASAL LIVE .5 ML        DUR: 01
    1/2 DOSE (.25ML)EACH NOSTRIL
    PATIENT MUST BE ERECT WHEN ADMIN
        EFFECTIVE DATE:_____

SIGNED: *Hrollrard* MD DATE/TIME: 03DEC07

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: 12·4·9

## WRITE ORDERS BEGINNING AT BOTTOM.

**State of Illinois**
**Department of Human Services**

IL462-0044A  (R-7-02)

## MEDICATION ORDERS

| LAB | DIETARY | X-RAY | EEG |
|---|---|---|---|
| HOME VISIT | | DISCHARGE | ETC. |

**3**

NAME: LEMBERGER    MICHAEL

654462                              7323

ID: _____  UNIT: _____

DX: _____

*PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)*

SIGNED: _____  MD DATE/TIME: _____

REVIEWED: _____  RN DATE/TIME: _____

SIGNED: _____  MD DATE/TIME: _____

---

**2**

NAME: LEMBERGER    MICHAEL

654462                              7323

ID: _____  UNIT: _____

DX: _____

*PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)*

A025 ACETAMINOPHEN TAB    325MG      PRN  DUR: 23
DOSE: 650 MG    SIG: 08 12 21    START: 10/19/07
ADM: DAILY          PO              STOP: 12/15/07
DISCONTINUE [__] RENEW [__]              NO [__]
STOP          DURATION:              ACTION
DATE: _____  EFFECTIVE DATE: _____

M001 MG HYDROXIDE 200MG/AL HYDROXIDE  PRN  DUR: 28
DOSE: 30 ML    SIG: 08 12 21    START: 10/19/07
ADM: DAILY          PO              STOP: 12/15/07
    SIG: 225MG SUSP
DISCONTINUE [__] RENEW [__]DUR:__    NO ACT:[__]
DATE: _____  EFFECTIVE DATE: _____

SIGNED: *Hochard*  MD DATE/TIME: *11/30/07*

REVIEWED: *[signature]*  RN DATE/TIME: *11-0*

---

**1**

NAME: LEMBERGER    MICHAEL

654462                              7323

ID: _____  UNIT: _____

DX: _____

*PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)*

L538 LORATADINE 10MG TAB              DUR: 28
DOSE: 10 MG    SIG: 08          START: 11/08/07
ADM: DAILY          PO              STOP: 12/15/07
    SIG: ONGOING
DISCONTINUE [__] RENEW [__]DUR:__    NO ACT:[__]
DATE: _____  EFFECTIVE DATE: _____

I014 IBUPROFEN TAB 800MG        PRN  DUR: 28
DOSE: 800 MG    SIG: 08 12 21    START: 09/20/07
ADM: DAILY          PO              STOP: 12/15/07
    SIG: ONGOING PRN
DISCONTINUE [__] RENEW [__]DUR:__    NO ACT:[__]
DATE: _____  EFFECTIVE DATE: _____

T465 TRIAMCINOLONE CR 0.1%            DUR: 30
DOSE: _____  SIG: 08 21    START: 11/14/07
ADM: DAILY          TOP              STOP: 12/14/07
    SIG: 30 DAY ORDER
DISCONTINUE [__] RENEW [__]DUR:__    NO ACT:[__]
DATE: _____  EFFECTIVE DATE: _____

SIGNED: *Hochard*  MD DATE/TIME: *11/30/07*

REVIEWED: *[signature]*  RN DATE/TIME: *12-5-07*

DATE AND TIME PRODUCED: 11/29/2007  09:25

## WRITE ORDERS BEGINNING AT BOTTOM.

**State of Illinois**
**Department of Human Services**

IL462-0044A  (R-7-02)

## MEDICATION ORDERS

| LAB | DIETARY | X-RAY | EEG |
|-----|---------|-------|-----|
| HOME VISIT | | DISCHARGE | ETC. |

**3**

NAME: LEMBERGER    MICHAEL
654462                              7323
ID: _____    UNIT: _____
DX: _____

PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)

SIGNED: _____ MD DATE/TIME: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

**2**

NAME: LEMBERGER    MICHAEL
654462                              7323
ID: _____    UNIT: _____
DX: _____

PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)

SIGNED: _____ MD DATE/TIME: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

```
A025 ACETAMINOPHEN TAB    325MG      PRN  DUR: 28
DOSE: 650 MG    SIG: 08 12 21    START: 10/19/07
ADM: DAILY        PO            STOP: 11/17/07
DISCONTINUE [__] RENEW [__]              NO [__]
STOP         DURATION:              ACTION
DATE: _____ EFFECTIVE DATE:_____

M001 MG HYDROXIDE 200MG/AL HYDROXIDE PRN DUR: 28
DOSE: 30 ML    SIG: 08 12 21    START: 10/19/07
ADM: DAILY        PO            STOP: 11/17/07
  SIG: 225MG SUSP
DISCONTINUE [__] RENEW [__]DUR:     NO ACT:[__]
DATE: _____ EFFECTIVE DATE:_____

I014 IBUPROFEN TAB 800MG             PRN  DUR: 28
DOSE: 800 MG    SIG: 08 12 21    START: 09/20/07
ADM: DAILY        PO            STOP: 11/17/07
  SIG: ONGOING PRN
DISCONTINUE [__] RENEW [__]DUR:     NO ACT:[__]
DATE: _____ EFFECTIVE DATE:_____
```

**1**

NAME: LEMBERGER    MICHAEL
654462                              7323
ID: _____    UNIT: _____
DX: _____

PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)

SIGNED: _____ MD DATE/TIME: _____ *(signature)*

SIGNED: _____ MD DATE/TIME: _____ *(signature)*

REVIEWED: _____ RN DATE/TIME: 11-9-07

DATE AND TIME PRODUCED: 10/31/2007  09:45

## WRITE ORDERS BEGINNING AT BOTTOM.

**State of Illinois**
**Department of Human Services**

**DHS**

IL462-0044A  (R-7-02)

## MEDICATION ORDERS

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

NAME: _Lemberger, Michael_ [3]

ID: __654462__ UNIT: _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

SIGNED: _____ MD DATE/TIME: _____

---

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

NAME: _Lemberger, Michael_ [2]

ID: __654462__ UNIT: _____

DX: _____

PHYSICAL therapy
(R) Knee pain

SIGNED: _____ MD DATE/TIME: 11/6/07
REVIEWED: _Daugherty_ RN DATE/TIME: 11/7/07

SIGNED: _____ MD DATE/TIME: _____

---

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

NAME: _Lemberger, Michael_ [1]

ID: __654462__ UNIT: _____

DX: _____

Loratadine 10mg
P.O. QD

D/C cyproheptadine

F/u Dr. Lochard
(R) leg lesion
? Biopsy

SIGNED: ___ MD DATE/TIME: 11/6/07
REVIEWED: _Daugherty_ RN DATE/TIME: 11/6/07

SIGNED: _____ MD DATE/TIME: 11/6/07

**WRITE ORDERS BEGINNING AT BOTTOM.**

**State of Illinois**
**Department of Human Services**

IL462-0044A  (R-7-02)

## MEDICATION ORDERS

| LAB | DIETARY | X-RAY | EEG |
|---|---|---|---|
| HOME VISIT | | DISCHARGE | ETC. |

**3**

Motrin 800m TID
PRN

Benzoyl Peroxide 10%
lotion BID × 30 Q

NAME: Lemberger, Michael

ID: 1054462 _____ UNIT: _____

DX: _____

*PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)*

SIGNED: _Lochard_ 9/20/07    MD DATE/TIME: _____

SIGNED: _____ MD DATE/TIME: _____
REVIEWED: _Nemenz_ DATE/TIME: 9/30

**2**

Hemorrhoid Cream
QID × 3 days per
protocol.
Dr. Lochard / K.Rhoades Rn

NAME: Lemberger, Michael

ID: 654462 _____ UNIT: _____

DX: _____

*PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)*

SIGNED: _Lochard_ 9/20/07    MD DATE/TIME: _____

SIGNED: _____ MD DATE/TIME: _____
REVIEWED: _Rhoades Rn_ RN DATE/TIME: 9-25-07

**1**

Naprosyn 500 mg BID, PRN
PO × 7 days
T.O. Dr. Lochard / B.Branson Rn

NAME: Lemberger, Michael

ID: 654462 _____ UNIT: _____

DX: _____

*PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)*

SIGNED: _Lochard_ 7/3/07    MD DATE/TIME: 1128 PM

SIGNED: _____ MD DATE/TIME: _____
REVIEWED: B Brans RN DATE/TIME: 7/1/7

**WRITE ORDERS BEGINNING AT BOTTOM.**

**State of Illinois**
**Department of Human Services**

IL462-0044A  (R-7-02)

## MEDICATION ORDERS

| LAB | DIETARY | X-RAY | EEG |
|---|---|---|---|
| HOME VISIT | DISCHARGE | | ETC. |

**3**

NAME: LEMBERGER    MICHAEL
654462                                    7323
ID: _____ UNIT: _____

DX: _____

PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

---

**2**

NAME: LEMBERGER    MICHAEL
654462                                    7323
ID: _____ UNIT: _____

DX: _____

PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)

SIGNED: _____ MD DATE/TIME: _____

A025 ACETAMINOPHEN TAB    325MG       PRN  DUR: 28
DOSE: 650 MG    SIG: 08 12 21    START: 12/27/06
ADM: DAILY         PO           STOP: 10/20/07
DISCONTINUE [__] RENEW [__]                NO [__]
STOP        DURATION:                     ACTION
DATE: _____ EFFECTIVE DATE: _____

SIGNED: _Willard_ MD DATE/TIME: _10/5/07_

REVIEWED: _Window_ RN DATE/TIME: _10-5-07_

---

M001 MG HYDROXIDE 200MG/AL HYDROXIDE  PRN  DUR: 28
DOSE: 30 ML    SIG: 08 12 21    START: 12/27/06
ADM: DAILY         PO           STOP: 10/20/07
DISCONTINUE [__] RENEW [__]                NO [__]
STOP        DURATION:                     ACTION
DATE: _____ EFFECTIVE DATE: _____

I014 IBUPROFEN TAB 800MG              PRN  DUR: 28
DOSE: 800 MG    SIG: 08 12 21    START: 09/20/07
ADM: DAILY         PO           STOP: 10/17/07
  SIG: ONGOING PRN
DISCONTINUE [__] RENEW [__]DUR:      NO ACT:[__]
DATE: _____ EFFECTIVE DATE: _____

B150 BENZOYL PEROXIDE 10%  GEL 42.5GM      DUR: 28
DOSE:          SIG: 08 21      START: 09/22/07
ADM: DAILY         TOP           STOP: 10/19/07
  SIG: 30 DAY ORDER
DISCONTINUE [__] RENEW [__]DUR:      NO ACT:[__]
DATE: _____ EFFECTIVE DATE: _____

SIGNED: _Willard_ MD DATE/TIME: _10/5/07_

**1**

NAME: LEMBERGER    MICHAEL
654462                                    7323
ID: _____ UNIT: _____

DX: _____

PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _Window_ RN DATE/TIME: _10-5-07_

DATE AND TIME PRODUCED: 10/05/2007  11:58

## WRITE ORDERS BEGINNING AT BOTTOM.

**State of Illinois**
**Department of Human Services**

IL462-0044A  (R-7-02)

## MEDICATION ORDERS

LAB          DIETARY        X-RAY        EEG
HOME VISIT               DISCHARGE        ETC.

**3**

NAME: LEMBERGER    MICHAEL

ID:   654462                          UNIT: 7323

DX:

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

**2**

NAME: LEMBERGER    MICHAEL
      654462                          7323

ID:                      UNIT:

DX:

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

SIGNED: _____ MD DATE/TIME: _____

**1**

NAME: LEMBERGER    MICHAEL
      654462                          7323

ID:                      UNIT:

DX:

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

```
A025 ACETAMINOPHEN TAB      325MG      PRN  DUR: 28
DOSE: 650 MG    SIG: 08 12 21      START: 12/27/06
ADM: DAILY          PO              STOP: 09/22/07
DISCONTINUE [__] RENEW [__]              NO [ ]
STOP            DURATION:              ACTION
DATE: _____  EFFECTIVE DATE:_____

M001 MG HYDROXIDE 200MG/AL HYDROXIDE  PRN  DUR: 28
DOSE: 30 ML     SIG: 08 12 21      START: 12/27/06
ADM: DAILY          PO              STOP: 09/22/07
DISCONTINUE [__] RENEW [__]              NO [ ]
STOP            DURATION:              ACTION
DATE: _____  EFFECTIVE DATE:_____
```

SIGNED: _Michael_ MD DATE/TIME: _9/9/07_

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ (RN) DATE/TIME: _9-9-07_
DATE AND TIME PRODUCED: 09/05/2007  10:52

## WRITE ORDERS BEGINNING AT BOTTOM.

**State of Illinois**
**Department of Human Services**

**DHS**

IL462-0044A   (R-7-02)

## MEDICATION ORDERS

| LAB | DIETARY | X-RAY | EEG |
|---|---|---|---|
| HOME VISIT | | DISCHARGE | ETC. |

**3**

NAME: LEMBERGER   MICHAEL

ID:   654462                              7323      UNIT: _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

PHYSICIAN'S ORDERS
(ORIGINAL FOR CHART)

**2**

NAME: LEMBERGER   MICHAEL

ID:   654462                              7323      UNIT: _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

PHYSICIAN'S ORDERS
(ORIGINAL FOR CHART)

SIGNED: _____ MD DATE/TIME: _____

**1**

NAME: LEMBERGER   MICHAEL

ID:   654462                              7323      UNIT: _____

DX: _____

PHYSICIAN'S ORDERS
(ORIGINAL FOR CHART)

```
A025 ACETAMINOPHEN TAB    325MG       PRN  DUR: 28
DOSE: 650 MG    SIG: 08 12 21        START: 12/27/06
ADM: DAILY           PO              STOP: 08/25/07
DISCONTINUE [__] RENEW [ ]                  NO [  ]
STOP              DURATION:               ACTION
DATE: _____  EFFECTIVE DATE: _____

M001 MG HYDROXIDE 200MG/AL HYDROXIDE  PRN  DUR: 28
DOSE: 30 ML    SIG: 08 12 21         START: 12/27/06
ADM: DAILY           PO              STOP: 08/25/07
DISCONTINUE [__] RENEW [ ]                  NO [  ]
STOP              DURATION:               ACTION
DATE: _____  EFFECTIVE DATE: _____
```

SIGNED: _____ MD DATE/TIME: 8/11/07

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: 8/11/07

DATE AND TIME PRODUCED: 08/08/2007  10:51

## WRITE ORDERS BEGINNING AT BOTTOM.

**State of Illinois**
**Department of Human Services**

IL462-0044A  (R-7-02)

## MEDICATION ORDERS

| LAB | DIETARY | X-RAY | EEG |
| HOME VISIT | DISCHARGE | | ETC. |

**3**

NAME: LEMBERGER    MICHAEL

654462                                    7323

ID: _____    UNIT: _____

DX: _____

PHYSICIAN'S ORDERS
(ORIGINAL FOR CHART)

SIGNED: _____  MD DATE/TIME: _____

REVIEWED: _____  RN DATE/TIME: _____

SIGNED: _____  MD DATE/TIME: _____

**2**

NAME: LEMBERGER    MICHAEL
654462                                    7323

ID: _____    UNIT: _____

DX: _____

PHYSICIAN'S ORDERS
(ORIGINAL FOR CHART)

SIGNED: _____  MD DATE/TIME: _____

REVIEWED: _____  RN DATE/TIME: _____

SIGNED: _____  MD DATE/TIME: _____

**1**

NAME: LEMBERGER    MICHAEL
654462                                    7323

ID: _____    UNIT: _____

DX: _____

PHYSICIAN'S ORDERS
(ORIGINAL FOR CHART)

```
A025 ACETAMINOPHEN TAB     325MG        PRN  DUR: 28
DOSE: 650 MG    SIG: 08 12 21       START: 12/27/06
ADM: DAILY           PO            STOP: 07/28/07
DISCONTINUE [__] RENEW [ ]              NO [ ]
STOP            DURATION:             ACTION
DATE: _____ EFFECTIVE DATE:_____

M001 MG HYDROXIDE 200MG/AL HYDROXIDE  PRN  DUR: 28
DOSE: 30 ML    SIG: 08 12 21       START: 12/27/06
ADM: DAILY           PO            STOP: 07/28/07
DISCONTINUE [__] RENEW [ ]              NO [ ]
STOP            DURATION:             ACTION
DATE: _____ EFFECTIVE DATE:_____
```

SIGNED: _____  MD DATE/TIME: _____

SIGNED: _____  MD DATE/TIME: _____

REVIEWED: _____  RN DATE/TIME: _____

DATE AND TIME PRODUCED: 07/11/2007  14:18

**WRITE ORDERS BEGINNING AT BOTTOM.**

**State of Illinois**
**Department of Human Services**

**DHS**

IL462-0044A   (R-7-02)

## MEDICATION ORDERS

| LAB | DIETARY | X-RAY | EEG |
|-----|---------|-------|-----|
| HOME VISIT | DISCHARGE | | ETC. |

**3**

NAME: LEMBERGER   MICHAEL

ID: 654462 _____ UNIT: 7323 _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

**2**

NAME: LEMBERGER   MICHAEL

ID: 654462 _____ UNIT: 7323 _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)

SIGNED: _____ MD DATE/TIME: _____

SIGNED: _____ MD DATE/TIME: _____

**1**

NAME: LEMBERGER   MICHAEL

ID: 654462 _____ UNIT: 7323 _____

DX: _____

A025 ACETAMINOPHEN TAB    325MG      PRN  DUR: 28
DOSE: 650 MG    SIG: 08 12 21     START: 12/27/06
ADM: DAILY           PO           STOP: 06/30/07
DISCONTINUE [__] RENEW [__]              NO [__]
STOP            DURATION:              ACTION
DATE: _____ EFFECTIVE DATE: _____

M001 MG HYDROXIDE 200MG/AL HYDROXIDE PRN  DUR: 28
DOSE: 30 ML     SIG: 08 12 21     START: 12/27/06
ADM: DAILY           PO           STOP: 06/30/07
DISCONTINUE [__] RENEW [__]              NO [__]
STOP            DURATION:              ACTION
DATE: _____ EFFECTIVE DATE: _____

SIGNED: _Hacher Q_ MD DATE/TIME: _6-16-07_ _875Am_

REVIEWED: _____ RN DATE/TIME: _10/1/07_

DATE AND TIME PRODUCED: 06/13/2007 10:17

**WRITE ORDERS BEGINNING AT BOTTOM.**

**DHS**

IL462-0044A  (R-7-02)

**State of Illinois**
**Department of Human Services**

## MEDICATION ORDERS

| LAB | DIETARY | X-RAY | EEG |
|---|---|---|---|
| HOME VISIT | | DISCHARGE | ETC. |

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

**3**

NAME: LEMBERGER    MICHAEL

ID: _____ 654462 _____ UNIT: _____ 7323 _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

---

SIGNED: _____ MD DATE/TIME: _____

A025 ACETAMINOPHEN TAB    325MG      PRN  DUR: 28
DOSE: 650 MG    SIG: 08 12 21    START: 12/27/06
ADM: DAILY        PO          STOP: 06/02/07
DISCONTINUE [__] RENEW [__]              NO [__]
STOP          DURATION:              ACTION
DATE: _____ EFFECTIVE DATE: _____

C760 CYCLOBENZAPRINE TAB  10MG          DUR: 28
DOSE: 10 MG   SIG: 08 12 21    START: 04/10/07
`DM: DAILY        PO          STOP: 05/15/07
  SIG: 8 WEEK ORDER
DISCONTINUE [__] RENEW [__]DUR:      NO ACT:[__]
DATE: _____ EFFECTIVE DATE: _____

M001 MG HYDROXIDE 200MG/AL HYDROXIDE PRN  DUR: 28
DOSE: 30 ML    SIG: 08 12 21    START: 12/27/06
ADM: DAILY        PO          STOP: 06/02/07
DISCONTINUE [__] RENEW [__]              NO [__]
STOP          DURATION:              ACTION
DATE: _____ EFFECTIVE DATE: _____

SIGNED: _____ MD DATE/TIME: 5/21/7

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

**2**

NAME:    LEMBERGER    MICHAEL

ID: _____ 654462 _____ UNIT: _____ 7323 _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: 5-3-0

---

D750 DOXYCYCLINE HY 100MG TAB/CAP        DUR: 30
DOSE: 100 MG    SIG: 08        START: 04/25/07
ADM: DAILY        PO          STOP: 05/15/07
  SIG: 30 DAY ORDER STARTING 4-25-07
DISCONTINUE [__] RENEW [__]DUR:      NO ACT:[__]
DATE: _____ EFFECTIVE DATE: _____

C770 CYPROHEPTADINE TAB 4MG            PRN  DUR: 28
DOSE: 4 MG    SIG: 08 21      START: 03/12/07
ADM: DAILY        PO          STOP: 06/02/07
  SIG: PRN  ONGOING
DISCONTINUE [__] RENEW [__]DUR:      NO ACT:[__]
DATE: _____ EFFECTIVE DATE: _____

N103 NAPROXEN 500MG TAB              PRN  DUR: 28
DOSE: 500 MG    SIG: 08 12 21    START: 04/10/07
ADM: DAILY        PO          STOP: 06/02/07
  SIG: 8 WEEK ORDER
DISCONTINUE [__] RENEW [__]DUR:      NO ACT:[__]
ATE: _____ EFFECTIVE DATE: _____

SIGNED: _____ MD DATE/TIME: 5/21/7

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

**1**

NAME: LEMBERGER    MICHAEL

ID: _____ 654462 _____ UNIT: _____ 7323 _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: 5-22-0

DATE AND TIME PRODUCED: 05/15/2007  15:35

**WRITE ORDERS BEGINNING AT BOTTOM.**

**State of Illinois**
**Department of Human Services**

IL462-0044A  (R-7-02)

## MEDICATION ORDERS

| LAB | DIETARY | X-RAY | EEG |
| HOME VISIT | | DISCHARGE | ETC. |

**3**

NAME: Lemberger, Michael

ID: 654462          UNIT: _____

DX: _____

PHYSICIAN'S ORDERS
(ORIGINAL FOR CHART)

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

SIGNED: _____ MD DATE/TIME: _____

**2**

NAME: Lemberger, Michael

ID: 654462          UNIT: _____

DX: _____

PHYSICIAN'S ORDERS
(ORIGINAL FOR CHART)

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

SIGNED: _____ MD DATE/TIME: _____

D/C Flexeril

D/C Doxycycline

**1**

NAME: Lemberger, Michael

ID: 654462          UNIT: _____

DX: _____

PHYSICIAN'S ORDERS
(ORIGINAL FOR CHART)

SIGNED: _____ MD DATE/TIME: _____

SIGNED: _____ MD DATE/TIME: 5/15/07

REVIEWED: _____ RN DATE/TIME: 5/15/07

**WRITE ORDERS BEGINNING AT BOTTOM.**

**DHS**

IL462-0044A  (R-7-02)

**State of Illinois**
**Department of Human Services**

**MEDICATION ORDERS**

| LAB | DIETARY | X-RAY | EEG |
| HOME VISIT | | DISCHARGE | ETC. |

HC 1% cream BID x 10 days

Benadryl 25 mg po QID
PRN x 3 days

per protocol / N Newman RN

SIGNED: _____ MD DATE/TIME: 4/29/07

---

**3**

NAME: Lemberger Michael

ID: 654462   UNIT:

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: N Newman RN DATE/TIME: 4/26/07

PHYSICIAN'S ORDERS
(ORIGINAL FOR CHART)

---

**2**

NAME: Lemberger Michael

ID: _____   UNIT:

DX: _____

Shoe Insole
Size # 13

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: Cnerth RN DATE/TIME: 4/1/07

PHYSICIAN'S ORDERS
(ORIGINAL FOR CHART)

---

SIGNED: _____ MD DATE/TIME: _____

Doxycycline 100 mg po BID x 2 wks
100 mg po QD x 30 days.

Flexeril 10 mg po TID x 8 wks

D/c Tramadol
Naprosyn 500 mg po TID PRN
x 8 wks

SIGNED: _____ MD DATE/TIME: 4/10/07

---

**1**

NAME: Lemberger Michael

ID: _____   UNIT:

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: BBruno RN DATE/TIME: 4-10-06

PHYSICIAN'S ORDERS
(ORIGINAL FOR CHART)

**WRITE ORDERS BEGINNING AT BOTTOM.**

**State of Illinois**
**Department of Human Services**

**DHS**
IL462-0044A  (R-7-02)

### MEDICATION ORDERS

| LAB | DIETARY | X-RAY | EEG |
|---|---|---|---|
| HOME VISIT | DISCHARGE | | ETC. |

**3**

NAME: LEMBERGER    MICHAEL

ID: 654462 _____    UNIT: _____ 7333

DX: _____

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

S149 SERTRALINE HCL 100MG TAB      DUR: 28
DOSE: 100 MG    SIG: 08      START: 03/16/07
ADM: DAILY      PO        STOP: 04/14/07
  SIG: ONGOING
DISCONTINUE [__] RENEW [__]DUR: ____    NO ACT: ✓
DATE: _____    EFFECTIVE DATE: _____

SIGNED: Abdi Timulb MD DATE/TIME: 4/4/07

SIGNED: _____    MD DATE/TIME: _____

REVIEWED: _____ (RN) DATE/TIME: 4/7/07

---

T422 TRAMADOL HCL 50MG TAB      PRN DUR: 28
DOSE: 100 MG    SIG: 08 21     START: 03/27/07
ADM: DAILY      PO        STOP: 04/14/07
  SIG: GIVE 2 / ONGOING
DISCONTINUE [__] RENEW [✓]DUR: ____    NO ACT: [__]
DATE: _____    EFFECTIVE DATE: _____

A025 ACETAMINOPHEN TAB    325MG   PRN DUR: 28
DOSE: 650 MG    SIG: 08 12 21   START: 12/27/06
ADM: DAILY      PO        STOP: 04/14/07
DISCONTINUE [__] RENEW [__]      NO [__]
STOP        DURATION:        ACTION
DATE: _____    EFFECTIVE DATE: _____

M001 MG HYDROXIDE 200MG/AL HYDROXIDE  PRN DUR: 28
DOSE: 30 ML    SIG: 08 12 21    START: 12/27/06
ADM: DAILY      PO        STOP: 04/14/07
DISCONTINUE [__] RENEW [✓]      NO [__]
STOP        DURATION:        ACTION
DATE: _____    EFFECTIVE DATE: _____

SIGNED: _____    MD DATE/TIME: 4/5/07

**2**

NAME: LEMBERGER    MICHAEL

ID: 654462 _____    UNIT: _____ 7333

DX: _____

SIGNED: _____    MD DATE/TIME: _____

REVIEWED: _____ (RN) DATE/TIME: 4/7/07

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

---

C770 CYPROHEPTADINE TAB 4MG      PRN DUR: 28
DOSE: 4 MG    SIG: 08 21      START: 03/12/07
ADM: DAILY      PO        STOP: 04/14/07
  SIG: PRN  ONGOING
DISCONTINUE [__] RENEW [✓]DUR: ____    NO ACT: [__]
DATE: _____    EFFECTIVE DATE: _____

T465 TRIAMCINOLONE CR 0.1%      DUR: 28
DOSE:      SIG: 08 21      START: 12/22/06
ADM: DAILY      TOP        STOP: 04/14/07
DISCONTINUE [__] RENEW [__]      NO ✓
STOP        DURATION:        ACTION
DATE: _____    EFFECTIVE DATE: _____

B150 BENZOYL PEROXIDE 10% GEL 42.5GM    DUR: 28
DOSE:      SIG: 08 21      START: 12/22/06
ADM: DAILY      TOP        STOP: 04/14/07
  SIG: APPLY TWICE DAILY
DISCONTINUE [__] RENEW [__]DUR: ____    NO ACT: [__]
DATE: _____    EFFECTIVE DATE: _____

SIGNED: _____    MD DATE/TIME: 4/5/07

**1**

NAME: LEMBERGER    MICHAEL

ID: 654462 _____    UNIT: _____ 7333

DX: _____

SIGNED: _____    MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: 4/7/07

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

DATE AND TIME PRODUCED: 03/28/2007  11:04

### WRITE ORDERS BEGINNING AT BOTTOM.

**E-FILED**
Wednesday, 30 April, 2008  04:32:48 PM
Clerk, U.S. District Court, ILCD

**DHS**

IL462-0044A  (R-7-02)

State of Illinois
Department of Human Services

## MEDICATION ORDERS

| LAB | DIETARY | X-RAY | EEG |
|-----|---------|-------|-----|
| HOME VISIT | DISCHARGE | | ETC. |

D/c motrin.

Tramadol 100mg
Po BID PRN

SIGNED: _____ MD DATE/TIME: 3/27/07

---

D/C Zoloft

SIGNED: _____ MD DATE/TIME: 3/15/07

---

Motrin 600mg po TID PRN
X 30 days

Periactin 4mg po BID PRN
B

SIGNED: _____ MD DATE/TIME: 3/11/07

**Right column (Physician's Orders — Original for Chart):**

NAME: Lemberger, Michael 3
ID: 654462    UNIT: _____
DX: _____

Bottom bunk x 3 months

SIGNED: _____ MD DATE/TIME: 3/27/07
REVIEWED: _____ RN DATE/TIME: 3/27/07

---

NAME: Lemberger, Michael 2
ID: 654462    UNIT: _____
DX: _____

Refer to ~~Dr Joe~~ Internist
for Mgt of Headaches
and elevation of BP

SIGNED: _____ MD DATE/TIME: 3/15/07
REVIEWED: Daugherty RN DATE/TIME: 3/15/07

---

NAME: Lemberger Michael 1
ID: 654462    UNIT: _____
DX: _____

Knee Sleeve c
Patella hole (large)
x Brace

SIGNED: _____ MD DATE/TIME: _____
REVIEWED: _____ RN DATE/TIME: 3/12/07

**WRITE ORDERS BEGINNING AT BOTTOM.**

**State of Illinois**
**Department of Human Services**

**DHS**
IL462-0044A  (R-7-02)

## MEDICATION ORDERS

| LAB | DIETARY | X-RAY | EEG |
|---|---|---|---|
| HOME VISIT | | DISCHARGE | ETC. |

**3**

NAME: LEMBERGER     MICHAEL

ID: _____ 654462 _____ UNIT: _____ 7333

DX: _____

PHYSICIAN'S ORDERS
(ORIGINAL FOR CHART)

---

A025 ACETAMINOPHEN TAB     325MG        PRN  DUR: 28
DOSE: 650 MG    SIG: 08 12 21    START: 12/27/06
ADM: DAILY          PO              STOP: 03/17/07
DISCONTINUE [__] RENEW [__]              NO [__]
STOP        DURATION:                    ACTION
DATE: _____    EFFECTIVE DATE: _____

SIGNED: _____ MD DATE/TIME: 3/6/07

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: 3/6/07

---

M001 MG HYDROXIDE 200MG/AL HYDROXIDE  PRN  DUR: 28
DOSE: 30 ML    SIG: 08 12 21    START: 12/27/06
ADM: DAILY          PO              STOP: 03/17/07
DISCONTINUE [__] RENEW [__]              NO [__]
STOP        DURATION:                    ACTION
DATE: _____    EFFECTIVE DATE: _____

RO30 RANITIDINE HCL TAB/CAP 150MG        DUR: 14
DOSE: 150 MG    SIG: 08        START: 02/21/07
ADM: DAILY          PO              STOP: 03/06/07
  SIG: 2 WEEK ORDER
DISCONTINUE [__] RENEW [__] DUR:    NO ACT:[__]
DATE: _____    EFFECTIVE DATE: _____

C770 CYPROHEPTADINE TAB 4MG          PRN  DUR: 28
DOSE: 4 MG    SIG: 08 21        START: 12/22/06
ADM: DAILY          PO              STOP: 03/17/07
  SIG: PO BID PRN
DISCONTINUE [__] RENEW [__] DUR:    NO ACT:[__]
DATE: _____    EFFECTIVE DATE: _____

SIGNED: _____ MD DATE/TIME: 3/6/07

**2**

NAME: LEMBERGER     MICHAEL

ID: _____ 654462 _____ UNIT: _____ 7333

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: 3/6/07

PHYSICIAN'S ORDERS
(ORIGINAL FOR CHART)

---

I012 IBUPROFEN TAB 600MG              PRN  DUR: 21
DOSE: 600 MG    SIG: 08 12 21    START: 02/20/07
ADM: DAILY          PO              STOP: 03/13/07
  SIG: 3 WEEK ORDER
DISCONTINUE [__] RENEW [__] DUR:    NO ACT:[__]
DATE: _____    EFFECTIVE DATE: _____

T465 TRIAMCINOLONE CR 0.1%               DUR: 28
DOSE:        SIG: 08 21        START: 12/22/06
ADM: DAILY          TOP              STOP: 03/17/07
DISCONTINUE [__] RENEW [__]              NO [__]
STOP        DURATION:                    ACTION
DATE: _____    EFFECTIVE DATE: _____

B150 BENZOYL PEROXIDE 10% GEL 42.5GM     DUR: 28
DOSE:        SIG: 08 21        START: 12/22/06
ADM: DAILY          TOP              STOP: 03/17/07
  SIG: APPLY TWICE DAILY
DISCONTINUE [__] RENEW [__] DUR:    NO ACT:[__]
DATE: _____    EFFECTIVE DATE: _____

SIGNED: _____ MD DATE/TIME: 3/6/07

**1**

NAME: LEMBERGER     MICHAEL

ID: _____ 654462 _____ UNIT: _____ 7333

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: 3/6/07

PHYSICIAN'S ORDERS
(ORIGINAL FOR CHART)

---

**WRITE ORDERS BEGINNING AT BOTTOM.**

DATE AND TIME PRODUCED: 02/28/2007  10:43

**State of Illinois**
**Department of Human Services**

**DHS**

IL462-0044A  (R-7-02)

**MEDICATION ORDERS**

| LAB | DIETARY | X-RAY | EEG |
|---|---|---|---|
| HOME VISIT | | DISCHARGE | ETC. |

**3**

NAME: Lemberger Michael

ID: 654462     UNIT: _____

DX: _____

PHYSICIAN'S ORDERS
(ORIGINAL FOR CHART)

Start Zoloft 50 mg PO
Qam for 1 week then
Zoloft 100 mg PO Qam
Ongoing

SIGNED: _____ MD DATE/TIME: 3/8/07

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: Dougherty RN DATE/TIME: 3/8/07

---

**2**

NAME: Lemberger Michael

ID: 654462     UNIT: _____

DX: _____

Hemorrhoids Protocol

Dr. Anyanwu / B Bruns RN

Hemorrhoids ~~Cream~~ Ointment
TUCKS
Apply QID x 3 days

SIGNED: _____ MD DATE/TIME: 3/5/07

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: B Bruns RN DATE/TIME: 3/2/17

---

**1**

NAME: Michael Lemberger

ID: 654462     UNIT: _____

DX: _____

PHYSICIAN'S ORDERS
(ORIGINAL FOR CHART)

Motrin 600 mg po Tris pen x
2 wks

Zantac 150 g po QD x 2 wks

SIGNED: _____ MD DATE/TIME: 2/20/07

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: B Bruns RN DATE/TIME: 2/20/07

**WRITE ORDERS BEGINNING AT BOTTOM.**

**DHS**

IL462-0044A  (R-7-02)

**State of Illinois**
**Department of Human Services**

## MEDICATION ORDERS

LAB          DIETARY        X-RAY        EEG
HOME VISIT        DISCHARGE              ETC.

NAME: LEMBERGER    MICHAEL                    **3**

          654462                    7333

ID: _____  UNIT: _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED:_____ RN DATE/TIME: _____

SIGNED: _____  MD DATE/TIME: _____

---

A025 ACETAMINOPHEN TAB    325MG      PRN  DUR: 28
DOSE: 650 MG    SIG: 08 12 21    START: 12/27/06
ADM: DAILY        PO            STOP: 02/20/07
DISCONTINUE [__] RENEW [ ✓]          NO [ ]
STOP          DURATION:            ACTION
DATE: _____ EFFECTIVE DATE: _____

M001 MG HYDROXIDE 200MG/AL HYDROXIDE  PRN  DUR: 28
DOSE: 30 ML    SIG: 08 12 21    START: 12/27/06
ADM: DAILY        PO            STOP: 02/20/07
DISCONTINUE [__] RENEW [ ✓]          NO [ ]
STOP          DURATION:            ACTION
DATE: _____ EFFECTIVE DATE: _____

R030 RANITIDINE HCL TAB/CAP150MG        DUR: 28
DOSE: 150 MG    SIG: 21        START: 01/30/07
ADM: DAILY        PO            STOP: 02/20/07
DISCONTINUE [ ✓] RENEW [ ]          NO [ ]
STOP          DURATION:            ACTION
DATE: _____ EFFECTIVE DATE: _____

SIGNED: _____ MD DATE/TIME: 2/5/07

NAME: LEMBERGER    MICHAEL                    **2**

          654462                    7333

ID: _____  UNIT: _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED:_____ RN DATE/TIME: 2-6-07

---

C770 CYPROHEPTADINE TAB 4MG      PRN  DUR: 28
DOSE: 4 MG    SIG: 08 21        START: 12/22/06
ADM: DAILY        PO            STOP: 02/20/07
  SIG: PO BID PRN
DISCONTINUE [__] RENEW [ ✓]DUR: __   NO ACT:[__]
DATE: _____ EFFECTIVE DATE: _____

T465 TRIAMCINOLONE CR 0.1%            DUR: 28
DOSE:        SIG: 08 21        START: 12/22/06
ADM: DAILY        TOP            STOP: 02/20/07
DISCONTINUE [__] RENEW [ ✓]          NO [ ]
STOP          DURATION:            ACTION
DATE: _____ EFFECTIVE DATE: _____

B150 BENZOYL PEROXIDE 10%  GEL 42.5GM    DUR: 28
DOSE:        SIG: 08 21        START: 12/22/06
ADM: DAILY        TOP            STOP: 02/20/07
  SIG: APPLY TWICE DAILY
DISCONTINUE [__] RENEW [ ]DUR: __   NO ACT:[__]
DATE: _____ EFFECTIVE DATE: _____

SIGNED: _____ MD DATE/TIME: 2/5/07

NAME: LEMBERGER    MICHAEL                    **1**

          654462                    7333

ID: _____  UNIT: _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED:_____ RN DATE/TIME: 2-6-07

**WRITE ORDERS BEGINNING AT BOTTOM.**

DATE AND TIME PRODUCED: 01/31/2007  13:35

PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)

**State of Illinois**
**Department of Human Services**

IL462-0044A  (R-7-02)

**MEDICATION ORDERS**

LAB     DIETARY     X-RAY     EEG
HOME VISIT     DISCHARGE     ETC.

NAME: _Lemberger, Michael_ **3**

ID: _654462_ UNIT: _____

DX: _____

PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)

Motrin 600 mg po TID
prn
Zantac 150 mg po Bid  } x 2 weeks

X ray of Right
Knee

SIGNED: _____ MD DATE/TIME: 2/5/07

SIGNED: _____ MD DATE/TIME: 2/5/07
REVIEWED: _____ RN DATE/TIME: 2/5/07

NAME: _Lemberger  Michael_ **2**

ID: _654462_ UNIT: _____

DX: _____

2-2-07   per protocol
Fractures, dislocations, sprains

Ibuprofen 400mg PO
TID PRN X 72 hours

SIGNED: _____ MD DATE/TIME: 2/5/07

SIGNED: _____ MD DATE/TIME: _____
REVIEWED: _LBrown RN_ RN DATE/TIME: 2/2/07

NAME: _Lemberger Michael_ **1**

ID: _654462_ UNIT: _7333_

DX: _____

D/c Am Zantac
due to non compliance

SIGNED: _____ MD DATE/TIME: 1/29/07

SIGNED: _____ MD DATE/TIME: _____
REVIEWED: _LBrown RN_ RN DATE/TIME: 1/29/07

**WRITE ORDERS BEGINNING AT BOTTOM.**

**DHS**

IL462-0044A   (R-7-02)

**State of Illinois**
**Department of Human Services**

## MEDICATION ORDERS

| LAB | DIETARY | X-RAY | EEG |
|-----|---------|-------|-----|
| HOME VISIT | DISCHARGE | | ETC. |

**3**

NAME: LEMBERGER   MICHAEL
654462                                      7333

ID: _____ UNIT: _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

SIGNED: _____ MD DATE/TIME: _____

A025 ACETAMINOPHEN TAB    325MG    PRN  DUR: 28
DOSE: 650 MG    SIG: 08 12 21    START: 12/27/06
ADM: DAILY    PO    STOP: 01/23/07
   DC [ ]    RENEW [ ] ✔    NO [ ]
STOP    DURATION:    ACTION
DATE:    EFFECTIVE DATE: _____

M001 MG HYDROXIDE 200MG/5L HYDROXIDE  PRN  DUR: 28
DOSE: 30 ML    SIG: 08 12 21    START: 12/27/06
ADM: DAILY    PO    STOP: 01/23/07
   DC [ ]    RENEW [ ] ✔    NO [ ]
STOP    DURATION:    ACTION
DATE:    EFFECTIVE DATE: _____

R030 RANITIDINE HCL TAB/CAP150MG    DUR: 28
DOSE: 150 MG    SIG: 08 21    START: 12/22/06
ADM: DAILY    PO    STOP: 01/19/07
   DC [ ]    RENEW [ ] ✔    NO [ ]
STOP    DURATION:    ACTION
DATE:    EFFECTIVE DATE: _____

SIGNED: _____ MD DATE/TIME: 1/8/07

**2**

NAME: LEMBERGER   MICHAEL
654462                                      7333

ID: _____ UNIT: _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: 1-9-07

C770 CYPROHEPTADINE TAB 4MG    PRN  DUR: 28
DOSE: 4 MG    SIG: 21    START: 12/22/06
ADM: DAILY    PO    STOP: 01/19/07
   SIG: PO BID PRN
   DC [ ]    RENEW [ ] ✔ DUR:    NO ACT:[ ]
DATE:    EFFECTIVE DATE: _____

T465 TRIAMCINOLONE CR 0.1%    DUR: 28
DOSE:    SIG: 08 21    START: 12/22/06
ADM: DAILY    TOP    STOP: 01/19/07
   DC [ ]    RENEW [ ] ✔    NO [ ]
STOP    DURATION:    ACTION
DATE:    EFFECTIVE DATE: _____

B150 BENZOYL PEROXIDE 10% GEL 42.5GM    DUR: 28
DOSE:    SIG: 08 21    START: 12/22/06
ADM: DAILY    TOP    STOP: 01/19/07
   SIG: APPLY TWICE DAILY
   DC [ ]    RENEW [ ] ✔ DUR:    NO ACT:[ ]
ATE:    EFFECTIVE DATE: _____

SIGNED: _____ MD DATE/TIME: 1/8/07

**1**

NAME: LEMBERGER   MICHAEL
654462                                      7333

ID: _____ UNIT: _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: 1-9-07

DATE AND TIME PRODUCED: 01-09-2007  14:34

## WRITE ORDERS BEGINNING AT BOTTOM.

PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)

**State of Illinois**
**Department of Human Services**

IL462-0044A   (R-7-02)

### MEDICATION ORDERS

| LAB | DIETARY | X-RAY | EEG |
| HOME VISIT | DISCHARGE | | ETC. |

NAME: Lemberger, Michael    **3**

ID: _____ UNIT: _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: _____

SIGNED: _____ MD DATE/TIME: _____

NAME: Lemberger, Michael    **2**

ID: _____ UNIT: _____

DX: _____

Kree sleeve X 6 months

SIGNED: _____ MD DATE/TIME: 1/3/07

REVIEWED: _____ RN DATE/TIME: 1/3/07

SIGNED: _____ MD DATE/TIME: _____

NAME: Lemberger, Michael    **1**

ID: _____ UNIT: _____

DX: _____

1. Tylenol 975 mg
   po II 5 prn X ongoing

2. Ranitidine 150mg
   po BID X3months

3. Benzoyl peroxide 15%
   apply BID X 3months

SIGNED: _____ MD DATE/TIME: 12/2/06

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: _____ RN DATE/TIME: 12/20/06

**WRITE ORDERS BEGINNING AT BOTTOM.**

PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)

**NHS**

IL462-0044A  (R-7-02)

**State of Illinois**
**Department of Human Services**

**MEDICATION ORDERS**

LAB          DIETARY          X-RAY          EEG
HOME VISIT          DISCHARGE          ETC.

1. Penicillin 4mg
   P.O BIDPRN X3mnths

2. Triamcinolone 0.1%cr
   apply BID X3m.

3. ~~Tylenol 500mg~~ ~~eer~~ ~~im~~
   II tab TIDPRN X3m.

SIGNED: _____ MD DATE/TIME: 12/22/06

Flu vaccine 0.5mL IM

SIGNED: _____ MD DATE/TIME: 10/22/06

Acetaminophen 650mg PO TID
PRN

Maalox 30 cc PO TID  PRN

SIGNED: _____ MD DATE/TIME: 12/27/?

**WRITE ORDERS BEGINNING AT BOTTOM.**

---

**PHYSICIAN'S ORDERS (ORIGINAL FOR CHART)**

NAME: Lemberger, Michael          **3**

ID: _____ UNIT: _____

DX: _____

✓ CBC
✓ Chem 24, Lipids
✓ PSA, RPR,
✓ H pylori

SIGNED: _____ MD DATE/TIME: 12/22/06

REVIEWED: _____ RN DATE/TIME: 12/22/06

NAME: Lemberger, Michael          **2**

ID: _____ UNIT: _____

DX: _____

SIGNED: _____ MD DATE/TIME: _____

REVIEWED: Newman RN DATE/TIME: 12/13/06

NAME: Lemberger, Michael          **1**

ID: _____ UNIT: _____

DX: _____

SIGNED: KRhoadeslpn MD DATE/TIME: 12-8-06

REVIEWED: _____ RN DATE/TIME: _____

**IDHS TREATMENT DETENTION FACILITY**
R. R. 1. Box 6A
Rushville, IL  62681

**University of Illinois Medical Center**
**Reference Laboratory**

840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Frederick Behm, MD Director

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|---|
| LEMBERGER, MICHAEL | | A254-654462 | 07/01/1961 | M | Final | D254 |
| PHYSICIAN | | COLLECT DATE & TIME | DATE OF SERVICE | | PRINTED ON | PAGE |
| TINWALLA, ABDI | | 02/08/2008  07:35 | 02/08/2008 23:00 | | 02/11/2008 07:44 | 3 |
| REQUISITION NO. | PT.LAB NO. | LAB REF NO. | | | | |
| A254.635 | | | | | | |

FASTING: Y

COMMENTS:    F68052:BC , CH12, DF, LPD

| | Result | | | |
|---|---|---|---|---|
| **Diagnostic Procedure** | In Range | Out of Range | Units | Reference Range |
| NEUTROPHIL | 3.2 | | K/UL | 1.3-7.5 |
| LYMPHOCYTE | 1.7 | | K/UL | 1.3-4.2 |
| MONOCYTE | 0.3 | | K/UL | 0.2-1.0 |
| EOSINOPHIL | 0.1 | | K/UL | 0.0-0.5 |
| BASOPHIL | 0.0 | | K/UL | 0.0-0.15 |
| METHOD | AUTOMATED DIFF | | | |

End of Report

DATE: 2-11-08
DR'S INITIALS: _____
STATUS _____ FILE _____
PULL CHART _____ SEE PATIENT _____

**IDHS TREATMENT DETENTION FACILITY**
R. R. 1. Box 6A
Rushville, IL  62681

**University of Illinois Medical Center**
**Reference Laboratory**

840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Frederick Behm, MD Director

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| **LEMBERGER, MICHAEL** | A254-654462 | 07/01/1961 | M | Final | D254 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| **TINWALLA, ABDI** | 02/08/2008 07:35 | 02/08/2008 23:00 | 02/11/2008 07:44 | 2 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| **A254.635** | | |

FASTING: Y

COMMENTS:  F68052:BC , CH12, DF, LPD

| Diagnostic Procedure | In Range | Out of Range | Units | Reference Range |
|---|---|---|---|---|
| | Result | | | |

```
------------------------------------------------------
LDL, Calculated(mg/dl):
              <100                 OPTIMAL
              100-129              NEAR OPTIMAL
              130-159              BORDERLINE HIGH
              160-189              HIGH
              >189                 VERY HIGH
------------------------------------------------------
LDL cannot be calculated when triglycerides are >400
mg/dL.The UIMCC Core Laboratory also offers direct
measurement of LDL which may be ordered separately
(LDL Cholesterol, Direct).
------------------------------------------------------
RISK CATEGORY              LDL GOAL(mg/dl)
  CHD or CHD risk equivalent[1]        <100
  Multiple (2+) risk factors[2]        <130
  Zero to one risk factor              <160
[1]CHD risk equivalents include diabetes, other forms of
   atherosclerotic disease and/or multiple risk factors
   that confer a 10-year risk for CHD >20%.
[2]Major Risk Factors:
    +1    Cigarette smoking
    +1    Hypertension(BP > or =140/90 mmHg or on
          antihypertensive meds)
    +1    Low HDL cholesterol (<40 mg/dL)
    +1    Family history of premature CHD
    +1    Age: men 45 years and older
               women 55 years and older
    -1    High HDL cholesterol (60 mg/dl or greater)
------------------------------------------------------
```

| Diagnostic Procedure | In Range | Out of Range | Units | Reference Range |
|---|---|---|---|---|
| **BLOOD COUNT** | | | | |
| WBC | 5.4 | | K/UL | 3.9-12.0 |
| RBC | 4.69 | | M/UL | 4.00-6.10 |
| HGB | 14.0 | | GM/DL | 13.2-18.0 |
| HCT | 41.5 | | % | 38.0-55.0 |
| MCV | 88.5 | | FL | 80.0-99.0 |
| MCH | 29.8 | | PG | 26.0-35.0 |
| MCHC | 33.7 | | GM/DL | 32.0-37.0 |
| RDW | 13.3 | | % | 11.6-15.0 |
| PLT | 184 | | K/UL | 150-450 |
| MPV | 10.4 | | FL | 6.5-11.0 |
| **DIFFERENTIAL** | | | | |
| % NEUTROPHIL | 59.5 | | % | 35.0-75.0 |
| % LYMPHOCYTE | 31.9 | | % | 19.0-56.0 |
| % MONOCYTE | 6.4 | | % | 2.0-12.0 |
| % EOSINOPHIL | 2.1 | | % | 0.0-6.0 |
| % BASOPHIL | 0.1 | | % | 0.0-2.0 |

Continued on next page

DATE: 2/11/08

| LEMBERGER, MICHAEL | 02/11/2008 07:44 | DR'S INITIALS: _____ D254. |
|---|---|---|

STATUS _____ FILE _____

PULL CHART _____ SEE PATIENT _____

**IDHS TREATMENT DETENTION FACILITY**
R. R. 1. Box 6A
Rushville, IL 62681

**University of Illinois Medical Center**
**Reference Laboratory**

840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Frederick Behm, MD Director

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| **LEMBERGER, MICHAEL** | **A254-654462** | **07/01/1961** | **M** | **Final** | **D254** |
| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | | PRINTED ON | PAGE |
| **TINWALLA, ABDI** | **02/08/2008  07:35** | **02/08/2008 23:00** | | **02/11/2008 07:44** | **1** |
| REQUISITION NO. **A254.635** | PT.LAB NO. | LAB REF NO. | | | |

FASTING: Y

COMMENTS:   F68052:BC , CH12, DF, LPD

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| **COMP METABOLIC PANEL** | | | | |
| BLOOD UREA NITROGEN | 11 | | MG/DL | 6-20 |
| SODIUM | 139 | | MMOL/L | 135-145 |
| POTASSIUM | 4.0 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 103 | | MMOL/L | 98-108 |
| GLUCOSE | 86 | | MG/DL | 65-110 |
| CREATININE | 1.0 | | MG/DL | 0.5-1.5 |
| CALCIUM | 9.4 | | MG/DL | 8.6-10.6 |
| TOTAL PROTEIN | 6.6 | | G/DL | 6.0-8.0 |
| ALBUMIN | 3.9 | | GM/DL | 3.4-5.0 |
| BILIRUBIN,TOTAL | 0.7 | | MG/DL | 0-1.2 |
| ALK PHOS | 87 | | U/L | 40-125 |
| AST | 25 | | U/L | 10-40 |
| CO2 CONTENT | 28 | | MMOL/L | 24-32 |
| ANION GAP | 8 | | MMOL/L | 3-11 |
| ALT | 20 | | U/L | 10-50 |
| BUN/CREAT RATIO | | 11.0      L | | 12-20 |
| **LIPIDS** | | | | |
| CHOLESTEROL | 199 | | MG/DL | 100-200 |
| (NOTE) | | | | |

----------------------------------------------------
```
Cholesterol(mg/dl):
               <200           DESIRABLE
               200-239        BORDERLINE HIGH
               >239           HIGH
```
----------------------------------------------------

| TRIGLYCERIDE | 139 | | MG/DL | 45-150 |
|---|---|---|---|---|
| (NOTE) | | | | |

----------------------------------------------------
```
Triglycerides (mg/dl):
               <150           NORMAL
               150-199        BORDERLINE HIGH
               200-499        HIGH
               >499           VERY HIGH
```
----------------------------------------------------
Triglyceride measurement must be performed on a specimen
obtained from a fasting individual.

| HDL | 41 | | MG/DL | 40-60 |
|---|---|---|---|---|
| (NOTE) | | | | |

----------------------------------------------------
```
HDL <40 mg/dl is low and constitutes a coronary
         heart disease risk factor.
HDL >59 mg/dl is a negative risk factor for
         coronary heart disease.
```
----------------------------------------------------

| LDL,CALCULATED | | 130      H | MG/DL | 50-129 |
|---|---|---|---|---|
| (NOTE) | | | | |

Continued on next page

| LEMBERGER, MICHAEL | 02/11/2008 07:44 | DR'S INITIALS |
|---|---|---|

DATE: 3-11-08
D254

STATUS _____  FILE _____

PULL CHART _____ SEE PATIENT _____

**IDHS TREATMENT DETENTION FACILITY**
R. R. 1. Box 6A
Rushville, IL 62681

**University of Illinois Medical Center**
**Reference Laboratory**

840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Frederick Behm, MD Director

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| LEMBERGER, MICHAEL | A254-70161 | 07/01/1961 | M | Final | D254 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| | 01/02/2007 08:00 | 01/02/2007 23:00 | 01/05/2007 07:04 | 3 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | |
|---|---|---|---|
| A254.2 | | | ANYANWU; ANYANWU; ANYANWU; ANYANWU; AN' |

COMMENTS:   T46542:BC , CH12, DF, HPAB, LPD, PSA, RPR

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| % EOSINOPHIL | 1.5 | | % | 0.0-6.0 |
| % BASOPHIL | 0.5 | | % | 0.0-2.0 |
| NEUTROPHIL | 3.1 | | K/UL | 1.3-7.5 |
| LYMPHOCYTE | 2.0 | | K/UL | 1.3-4.2 |
| MONOCYTE | 0.4 | | K/UL | 0.2-1.0 |
| EOSINOPHIL | 0.1 | | K/UL | 0.0-0.5 |
| BASOPHIL | 0.0 | | K/UL | 0.0-0.15 |
| METHOD | AUTOMATED DIFF | | | |
| RPR QUALITATIVE | NON REACTIVE | | | |
| H. PYLORI IGG AB | 0.1 | | EV | |

(NOTE)
REFERENCE INTERVAL:  Helicobacter Pylori Ab, IgG
    1.7 EV or Less .......... Negative: No significant level
                             of IgG antibody to H. pylori
                             detected.
    1.8 - 2.2 EV ............ Equivocal: Repeat testing in
                             10-14 days may be helpful.
    2.3 EV or Greater ....... Positive: IgG antibody to
                             H. pylori detected, suggestive
                             of previous exposure or active
                             infection.
Previously known as Campylobacter pylori, Helicobacter
pylori-specific antibodies are detectable in almost all
adult patients with duodenal ulcer and about 80% of
patients with gastric ulcer. The prevalence of H. pylori
antibodies increases with age and can be found in a
significant percentage of healthy individuals over the age
of 50. Positive results do not confirm the diagnosis of H.
pylori-associated gastritis or duodenal ulcer, but
negative results are strong evidence against these
diagnoses.
The above test was performed at: ARUP Laboratories,
500 Chipeta Way, SLC UT  84108  800-242-2787
www.aruplab.com

End of Report

DATE: 1/8/07

DR'S INITIALS: _____

STATUS _____ FILE _____

PULL CHART _____ SEE PATIENT _____

| IDHS TREATMENT DETENTION FACILITY<br>R. R. 1. Box 6A<br>Rushville, IL  62681 | | | | **University of Illinois Medical Center**<br>**Reference Laboratory**<br>840 South Wood Street,<br>Room 170 (M/C 750)<br>Chicago, Illinois 60612<br>Frederick Behm, MD Director | | |

| PATIENT NAME<br>**LEMBERGER, MICHAEL** | | | PATIENT ID<br>**A254-70161** | DOB<br>**07/01/1961** | SEX<br>**M** | STATUS<br>**Final** | DESTINATION<br>**D254** |
|---|---|---|---|---|---|---|---|
| PHYSICIAN | | | COLLECT DATE & TIME<br>**01/02/2007  08:00** | DATE OF SERVICE<br>**01/02/2007 23:00** | | PRINTED ON<br>**01/05/2007 07:04** | PAGE<br>**1** |
| REQUISITION NO.<br>**A254.2** | PT.LAB NO. | LAB REF NO. | **ANYANWU; ANYANWU; ANYANWU; ANYANWU; AN'** | | | | |

COMMENTS:  T46542:BC , CH12, DF, HPAB, LPD, PSA, RPR

| | Result | | | |
|---|---|---|---|---|
| **Diagnostic Procedure** | **In Range** | **Out of Range** | **Units** | **Reference Range** |
| COMP METABOLIC PANEL | | | | |
| BLOOD UREA NITROGEN | 12 | | MG/DL | 6-20 |
| SODIUM | 139 | | MMOL/L | 135-145 |
| POTASSIUM | 4.4 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 102 | | MMOL/L | 98-108 |
| GLUCOSE | 81 | | MG/DL | 65-110 |
| CREATININE | 0.9 | | MG/DL | 0.5-1.5 |
| CALCIUM | 9.6 | | MG/DL | 8.6-10.6 |
| TOTAL PROTEIN | 6.6 | | G/DL | 6.0-8.0 |
| ALBUMIN | 3.9 | | GM/DL | 3.4-5.0 |
| BILIRUBIN,TOTAL | 0.4 | | MG/DL | 0-1.2 |
| ALK PHOS | 94 | | U/L | 40-125 |
| AST | 22 | | U/L | 10-40 |
| CO2 CONTENT | 30 | | MMOL/L | 24-32 |
| ANION GAP | 7 | | MMOL/L | 3-11 |
| ALT | 28 | | U/L | 10-50 |
| BUN/CREAT RATIO | 13.3 | | | 12-20 |
| LIPIDS | | | | |
| CHOLESTEROL | 185 | | MG/DL | 100-200 |

(NOTE)
```
-------------------------------------------------
Cholesterol(mg/dl):
                <200          DESIRABLE
                200-239       BORDERLINE HIGH
                >239          HIGH
-------------------------------------------------
```

| TRIGLYCERIDE | 126 | | MG/DL | 45-150 |

(NOTE)
```
-------------------------------------------------
Triglycerides (mg/dl):
                <150          NORMAL
                150-199       BORDERLINE HIGH
                200-499       HIGH
                >499          VERY HIGH
-------------------------------------------------
Triglyceride measurement must be performed on a specimen
obtained from a fasting individual.
```

| HDL | 42 | | MG/DL | 40-60 |

(NOTE)
```
-------------------------------------------------
HDL <40 mg/dl is low and constitutes a coronary
            heart disease risk factor.
HDL >59 mg/dl is a negative risk factor for
            coronary heart disease.
-------------------------------------------------
```

| LDL,CALCULATED | 118 | | MG/DL | 50-129 |

Continued on next page

| **LEMBERGER, MICHAEL** | **01/05/2007 07:04** | **D254** |

DATE: 1/8/07

DR'S INITIALS: _____

STATUS _____ FILE _____

PULL CHART _____ SEE PATIENT _____

| **IDHS TREATMENT DETENTION FACILITY**<br>R. R. 1. Box 6A<br>Rushville, IL 62681 | | | | **University of Illinois Medical Center**<br>**Reference Laboratory**<br>840 South Wood Street,<br>Room 170 (M/C 750)<br>Chicago, Illinois 60612<br>Frederick Behm, MD Director | |

| PATIENT NAME<br>**LEMBERGER, MICHAEL** | | PATIENT ID<br>**A254-70161** | DOB<br>**07/01/1961** | SEX<br>**M** | STATUS<br>**Final** | DESTINATION<br>**D254** |
|---|---|---|---|---|---|---|
| PHYSICIAN | | COLLECT DATE & TIME<br>**01/02/2007 08:00** | DATE OF SERVICE<br>**01/02/2007 23:00** | | PRINTED ON<br>**01/05/2007 07:04** | PAGE<br>**2** |
| REQUISITION NO.<br>**A254.2** | PT. LAB NO. | LAB REF NO. | **ANYANWU; ANYANWU; ANYANWU; ANYANWU; AN** | | | |

COMMENTS:   T46542:BC , CH12, DF, HPAB, LPD, PSA, RPR

| Diagnostic Procedure | Result | | Units | Reference Range |
|---|---|---|---|---|
| | In Range | Out of Range | | |
| (NOTE) | | | | |
| ------------------------------------------------ | | | | |
| LDL, Calculated(mg/dl): | | | | |
| <100 | | | OPTIMAL | |
| 100-129 | | | NEAR OPTIMAL | |
| 130-159 | | | BORDERLINE HIGH | |
| 160-189 | | | HIGH | |
| >189 | | | VERY HIGH | |
| ------------------------------------------------ | | | | |
| LDL cannot be calculated when triglycerides are >400 mg/dL.The UIMCC Core Laboratory also offers direct measurement of LDL which may be ordered separately (LDL Cholesterol, Direct). | | | | |
| ------------------------------------------------ | | | | |
| RISK CATEGORY          LDL GOAL(mg/dl) | | | | |
| CHD or CHD risk equivalent[1]      <100 | | | | |
| Multiple (2+) risk factors[2]      <130 | | | | |
| Zero to one risk factor            <160 | | | | |
| [1]CHD risk equivalents include diabetes, other forms of atherosclerotic disease and/or multiple risk factors that confer a 10-year risk for CHD >20%. | | | | |
| [2]Major Risk Factors: | | | | |
| +1    Cigarette smoking | | | | |
| +1    Hypertension(BP > or =140/90 mmHg or on antihypertensive meds) | | | | |
| +1    Low HDL cholesterol (<40 mg/dL) | | | | |
| +1    Family history of premature CHD | | | | |
| +1    Age: men 45 years and older<br>            women 55 years and older | | | | |
| -1    High HDL cholesterol (60 mg/dl or greater) | | | | |
| ------------------------------------------------ | | | | |
| PROSTATE SPECIFIC AG | 0.5 | | NG/ML | 0.0-3.9 |
| BLOOD COUNT | | | | |
| WBC | 5.7 | | K/UL | 3.9-12.0 |
| RBC | 4.90 | | M/UL | 4.00-6.10 |
| HGB | 14.9 | | GM/DL | 13.2-18.0 |
| HCT | 43.3 | | % | 38.0-55.0 |
| MCV | 88.4 | | FL | 80.0-99.0 |
| MCH | 30.4 | | PG | 26.0-35.0 |
| MCHC | 34.4 | | GM/DL | 32.0-37.0 |
| RDW | 12.8 | | % | 11.6-15.0 |
| PLT | 187 | | K/UL | 150-450 |
| MPV | | 11.6    H | FL | 6.5-11.0 |
| DIFFERENTIAL | | | | |
| % NEUTROPHIL | 54.5 | | % | 35.0-75.0 |
| % LYMPHOCYTE | 35.8 | | % | 19.0-56.0 |
| % MONOCYTE | 7.7 | | % | 2.0-12.0 |

Continued on next page

| **LEMBERGER, MICHAEL** | **01/05/2007 07:04** | D254 |

DATE: 1/8/07

DR'S INITIALS: _____

STATUS _____ FILE _____

PULL CHART_____ SEE PATIENT _____

### SARAH D. CULBERTSON MEMORIAL HOSPITAL
### RUSHVILLE, IL 62681

#### RADIOLOGY REPORT

| | | | | | |
|---|---|---|---|---|---|
| Patient name: | LEMBERGER MICHAEL | | | Account No | 228648 |
| Age: | 46 | Sex: | M | Family Phys: | LOCHARD HU |
| Birthdate: | 07/01/1961 | Stay type: | O/P | Admit Phys: | LOCHARD HU |
| Admit date: | 02/21/08 | Room: | | Ordering Phys: | LOCHARD HU |
| Disch date: | 02/21/08 | Phone: | 217/322/3204 | Med Rec Num: | 121302 |
| Location: | | | | X-ray number: | 46036 |

DHS SINUSES        70220     COMPLETE:02/21/08 10:35 CMD 28307
Reason for Procedure: DIFFICULTY BREATHING FROM NOSE.    RM# OP

*** Unsigned transcriptions represent a preliminary report and do not reflect corrections, additions, and/or subtractions to the information contained in this report. ***

**DHS SINUSES: History:** Difficulty breathing through nose.

Three views.

Exam is somewhat limited due to overlap in shadows and some patient rotation. Allowing for this limitation there is a probable air fluid level in the right maxillary antrum and possible membrane thickening in the left maxillary antrum and ethmoidal air cells. The nasal septum is deviated. If clinically desired correlation with a CT of the paranasal sinuses may be helpful in better characterization.

**IMPRESSION:** Probable sinusitis in the maxillary antra and ethmoidal air cells. Deviation of the nasal septum.

Andrew D. Sherrick, M.D./dlk

D&T: 2-22-08

DATE: 2-22-08

DR'S INITIALS:
STATUS
PULL CHART            FILE
            SEE PATIENT

## SARAH D. CULBERTSON MEMORIAL HOSPITAL
### RUSHVILLE, IL 62681

_____RADIOLOGY REPORT_____

| | | | | | |
|---|---|---|---|---|---|
| Patient name: | LEMBERGER MICHAEL | | | Account No | 206939 |
| Age: | 45 | Sex: | M . | Family Phys: | ANYANWU JO |
| Birthdate: | 07/01/1961 | Stay type: | O/P | Admit Phys: | ANYANWU JO |
| Admit date: | 03/08/07 | Room: | Ordering Phys: | ANYANWU JO | |
| Disch date: | 03/08/07 | Phone: | 217/322/3204 | Med Rec Num: | 121302 |
| Location: | | | | X-ray number: | 46036 |

DHS KNEE 1-2VWS RT        73560RT    COMPLETE:03/08/07 10:46 SAS 14099
Reason for Procedure:  INJURY                  RM# OP

*** Unsigned transcriptions represent a preliminary report and do not reflect
corrections, additions, and/or subtractions to the information contained in this report. ***

**DHS RIGHT KNEE:** History: Injury with right knee pain.

Two view examination of the right knee without comparison demonstrates normal
radiographic anatomy without evidence of acute osseous abnormalities, arthritis or joint
effusion.

**IMPRESSION:** Normal right knee.

Kenneth Kraudel, M.D./dlk

D&T: 3-9-07

DATE: 3/12/07

DR'S INITIALS: _____

STATUS _____ FILE _____

PULL CHART_____SEE PATIENT_____

State of Illinois
Dep nent of Human Services

# MEDICATION ADMINISTRATION RECORD

IL 462-0032
(formerly DMHDD 32B
(R-1-99)

**CLIENT NAME** Michael kemper

**ID.**

**BIRTH** 7/11/ **SEX** M **DIAGNOSIS** 312.30

MONTH 2   YEAR 08

| MEDICATION | STOP | TT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bactrim DS BiD x 10 days 2/22/08 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Robitussin 10cc TID x 10 days 2/22/08 | 2/ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mom 30cc PO x3 2/27/08 | 08 | 1-7 2/ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| C. 2Glaxoscommunitys x 3 clays PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**DRUG ADVERSE REACTIONS:**

**NURSE ReVIEW:**

**R. PH. REVIEW:**

**MEDICAL ABNORMALITIES:**

**SPECIAL INFORMATION**

**UNIT**

**DATE**

**MONTH:** FEBRU....    **YEAR:** 2008

State of Illinois
Department, Human Services
**MEDICATION ADMINISTRATION RECORD** 454

**NURSE REVIEW:**
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

| MEDICATION | STOP | TT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

QUETIAPINE/200MG TAB
DSG: 100MG
SIG: PO    MD: 17
02/02/2008 ADM: DAILY
ONGOING/ ...

TRAZODONE 50MG TAB
DSG: 50MG
SIG: PO  PRN   MD: 17
02/02/2008 ADM: DAILY
ONGOING PRN

ACETAMINOPHEN TAB
325MG  DSG: 650MG
SIG: PO  PRN   MD: 21
02/02/2008 ADM: DAILY
ONGOING PRN

MG HYDROXIDE 200MG/AL
HYDROXIDE DSG: 30ML
SIG: PO  PRN   MD: 21
225MG SUSP
02/02/2008 ADM: DAILY
ONGOING PRN

IBUPROFEN TAB 800MG
DSG: 800MG
SIG: PO  PRN   MD: 21
02/02/2008 ADM: DAILY
ONGOING PRN

Quetiapine 200mg
PO QHS
(scraped)

(1)-LIFE THREAT.  (2)-CRITICAL  (3)-WARNING  (4)-SENSITIVE

**DRUG ADVERSE REACTIONS:** NO KNOWN DRUG

IL 462-0032 (R-7-02)    **CLIENT NAME**  LENBERGER  MICHAEL

**ID** 65462    **BIRTH** 07/01/1961    **SEX** M    **DIAGNOSIS** 312.30

**MEDICAL ABNORMALITIES:**

**SPECIAL INFORMATION**

**UNIT** 7352    **DATE** 01/24/2008

**SIGNATURE**

State of Illinois
Departmer  Human Services
**MEDICATION ADMINISTRATION RECORD** 456

**MONTH:** JANUAR.                    **YEAR:** 2008

NURSE REVIEW.
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

| MEDICATION | STOP | TT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN TAB DSG: .650MG 325MG SIG: PO PRN MD: 21 12/15/2007 ADM: DAILY | 01/31 | 21 | 08 12 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MG HYDROXIDE 200MG/AL HYDR3/IDE DSG: 30ML SIG: PO PRN MD: 21 12/15/2007 ADM: DAILY 225MG SUSP | 01/31 | 21 | 08 12 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LORATADINE 10MG TAB DSG: 10MG SIG: PO MD: 21 12/15/2007 ADM: DAILY ONGOING | 01/31 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBUPROFEN TAB 800MG DSG: 800MG SIG: PO PRN MD: 21 12/15/2007 ADM: DAILY ONGOING PRN | 01/31 | 21 | 08 12 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Seroquel 50mg po q hs | 1/31 | 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Truzadone 50 mg po q hs PRN | 1/31 | 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Seroquel 100mg PO QHS | 1/31 | 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

SIGNATURE

DRUG ADVERSE REACTIONS: NO KNOWN DRUG

(1)-LIFE THREAT, (2)-CRITICAL (3)-WARNING (4)-SENSITIVE

IL 462-0032 (R-7-02)

**CLIENT NAME**
LEMBERGER  MICHAEL

**ID.**
654462

**BIRTH**
07/01/1961

**SEX**
M

**DIAGNOSIS**
312.30

**MEDICAL ABNORMALITIES:**

**SPECIAL INFORMATION**

**UNIT**
7352

**DATE**
12/20/2007

State of Illinois
Department Human Services **DHS**
**MEDICATION ADMINISTRATION RECORD**

MONTH: DECEMBER   YEAR: 2007

NURSE REVIEW:

| MEDICATION | STOP | TT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN TAB 325MG DOSE: 65:MG SIG: PO PRN MD: DAILY 11/17/2007 ADM: DAILY | 12/31 | 21 | 09 12 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MS HYDRATINE 200MG/ML HYDROXIDE DOSE: 3:ML SIG: PO PRN MD: 21 11/17/2007 ADM: DAILY DOSE: GIVED | 12/31 | 21 | 09 12 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SERTRALINE 100MG TAB DOSE: 100MG SIG: PO MD: 21 11/17/2007 ADM: DAILY 100:MG | 12/31 | 08 | 08 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBUPROFEN TAB 800MG DOSE: 8:MG SIG: PO PRN MD: 21 11/17/2007 ADM: DAILY CONTINUE PRN | 12/31 | 21 | 09 12 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRIAMCINOLONE CR 0.1% DOSE: SIG: TOP MD: 21 11/17/2007 ADM: DAILY ON ANY AREAS | 12/15 | 08 | 08 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**DRUG ADVERSE REACTIONS:** NO KNOWN DRUG

(1)=LIFE THREAT. (2)=CRITICAL (3)=WARNING (4)=SENSITIVE

**MEDICAL ABNORMALITIES:**

| ID. | BIRTH | SEX | DIAGNOSIS | SPECIAL INFORMATION |
|---|---|---|---|---|
| 654462 | 07/01/1961 | M | 312.30 | |

IL 462-0032 (R-7-02) **CLIENT NAME** LEIBERGER   MICHAEL

**UNIT** 7323   **DATE** 11/20/2007

State of Illinois
Department of Human Services
**MEDICATION ADMINISTRATION RECORD**

MONTH: _____    YEAR: 2007

NURSE REVIEW: _____

| MEDICATION | STOP | TT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN TAB 325MG DSG: 650MG SIG: PO PRN 10/20/2007 ADM: DAILY | 11/2/7 | 21 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MG HYDROXIDE 200MG/AL HYDROXIDE DSG: 30ML SIG: PO PRN 225MG SUSP 10/20/2007 ADM: DAILY | 11/2/7 | 21 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBUPROFEN TAB 800MG DSG: 800MG SIG: PO PRN 10/20/2007 ADM: DAILY ONGOING PRN | 11/23/7 | 21 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Handwritten entries:

cyproheptadine 4mg PO BID PRN    11/30    07

loratadine 10mg po dly    11/7/07    08    21    when available

Triamcinolone C.90 cream VIP X30days IM131CP    12/13

Flu Vaccine 0.5ul

DRUG ADVERSE REACTIONS: NO KNOWN DRUG

(1)-LIFE THREAT, (2)-CRITICAL (3)-WARNING (4)-SENSITIVE

IL 462-0032 (R-7-02)

CLIENT NAME: LEIBERGER MICHAEL
ID.: 654462
BIRTH: 07/01/1961
SEX: M
DIAGNOSIS: 312.30

MEDICAL ABNORMALITIES:

SPECIAL INFORMATION:

UNIT: 7323
DATE: 10/23/2007

State of Illinois
Department of Human Services
## MEDICATION ADMINISTRATION RECORD 168

**MONTH:** OCTOBER     **YEAR:** 2007

NURSE REVIEW:
XXXXXR:PH:REVIEW:XXXXXXXXXXX

| MEDICATION | STOP | TT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN TAB 325MG  DSG:  650MG SIG: PO  PRN  MD: 11 09/22/2007 ADM: DAILY | 10/31 | 21 | 08 12 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MG HYDROXIDE 200MG/5AL HYDROXIDE DSG:  30ML SIG: PO  PRN  MD: 11 09/22/2007 ADM: DAILY 225MG SUSP | 10/31 | 21 | 08 12 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBUPROFEN TAB 800MG DSG:  600MG SIG: PO  PRN  MD: 21 09/20/2007 ADM: DAILY CAGING PRN | 10/31 | 21 | 08 12 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BENZOYL PERXIDE 10% GEL 42.56MG SIG: SIG: TOF  MD: 21 09/22/2007 ADM: DAILY 30 DAY ORDER | 10/31 | 21 | 08 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cyproheptadine 4mg PO o PRN | 10/31 | | 08 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DRUG ADVERSE REACTIONS: NO KNOWN DRUG

(1)-LIFE THREAT.  (2)-CRITICAL  (3)-WARNING  (4)-SENSITIVE

IL462-0039
Formerly DMHDD 328 (R-1-99)

**CLIENT NAME**
LEBBERGER  MICHAEL

**ID**
654462

**BIRTH**
07/01/1961

**SEX**
M

**DIAGNOSIS**
312.30

MEDICAL ABNORMALITIES:

SPECIAL INFORMATION

**UNIT**
7323

**DATE**
09/26/2007

State of Illinois
Department f Human Services
**MEDICATION ADMINISTRATION RECORD** 185

**MONTH:** SEPTₑₘₐₑᵣ  **YEAR:** 2007

NURSE REVIEW.
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

| MEDICATION | STOP | TT | HR |
|---|---|---|---|
| ACETAMINOPHEN TAB | 09/32 | 21 | 08 |
| 325MG  DSG:  650MG | | | 12 |
| SIG: PO  PRN  MD: 11 | | | 21 |
| 08/25/2007 ADM: DAILY | | | |
| MG HYDROXIDE 200MG/AL | 09/32 | 21 | 08 |
| HYDROXIDE DSG:  30ML | | | 12 |
| SIG: PO  PRN  MD: 11 | | | 21 |
| 08/25/2007 ADM: DAILY | | | |
| 225MG SUSP | | | |

Ibuprofen 4mg 10 9/30  PRN

Ibuprofen 800mg
po TID prn
9/30

Benzoyl Peroxide 10%
lotion bid x 30d
9/30

SIGNATURE

(1)-LIFE THREAT.  (2)-CRITICAL  (3)-WARNING  (4)-SENSITIVE

**DRUG ADVERSE REACTIONS:** NO KNOWN DRUG

IL 462-0032 (R-7-02) **CLIENT NAME**
LEMBERGER  MICHAEL

**ID.** 65446 2

**BIRTH** 07/01/1961

**SEX** M

**DIAGNOSIS** 312.30

**MEDICAL ABNORMALITIES:**

**SPECIAL INFORMATION**

**UNIT** 7323

**DATE** 08/24/2007

State of Illinois
Department of Human Services
**MEDICATION ADMINISTRATION RECORD**

**MONTH:** AUGUST    **YEAR:** 2007

NURSE REVIEW

| MEDICATION | STOP | TT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN TAB 325MG DSG: 650MG SIG: PO PRN MD: 11 07/28/2007 ADM: DAILY | 08/31/21 | | 08 12 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MG HYDROXIDE 200MG/AL HYDROXIDE DSG: 30ML SIG: PO PRN MD: 11 07/28/2007 ADM: DAILY | 08/31/21 | 08 | 08 12 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| cu diclopatria →0 4mg PRN | 8/31 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| clamar/Auticream QID × 5 days Y-035-07 | 8/31 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

SIGNATURE

**DRUG ADVERSE REACTIONS:** NO KNOWN DRUG

(1)-LIFE THREAT. (2)-CRITICAL. (3)-WARNING (4)-SENSITIVE

**MEDICAL ABNORMALITIES:**

**SPECIAL INFORMATION**

IL 462-0032 (R-7-02) **CLIENT NAME**
LEMBERGER    MICHAEL

| ID. | BIRTH | SEX | DIAGNOSIS | UNIT | DATE |
|---|---|---|---|---|---|
| 654462 | 07/01/1961 | M | 312.30 | 7323 | 07/26/2007 |

State of Illinois
Department of Human Services
**MEDICATION ADMINISTRATION RECORD** 189

**MONTH:** Jun                     **YEAR:** 2007

NURSE REVIEW: _____
XXXXXXXXXXXXXXXXXXXXXXXXX

| MEDICATION | STOP | TT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PERPHENAZINE TAB 25MG DSG: 25MG SIG: PO PRN MD: 11 06/30/2007 ADM: DAILY | 07/31 | E1 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| THIORIDAZINE 25MG/ML THIORIDZE DSG: 30ML SIG: PO PRN MD: 11 06/30/2007 ADM: DAILY 25MG SUSP | 07/31 | E1 | 08 12 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ⊕ monophadene 4mg per | 7/31 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nadosin 500mg BID Pen PO x 7 days 7/1/07 | 7/8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

(1)-LIFE THREAT, (2)-CRITICAL (3)-WARNING (4)-SENSITIVE

**MEDICAL ABNORMALITIES:**

| CLIENT NAME LAMBERGER MICHAEL | ID 654462 | BIRTH 07/01/1961 | SEX M | DIAGNOSIS 312.30 | SPECIAL INFORMATION | UNIT 7283 | DATE 06/25/2007 |

**DRUG ADVERSE REACTIONS:** NO KNOWN DRUG

IL 462-0032 (R-7-02)

State of Illinois
Department of Human Services

**MEDICATION ADMINISTRATION RECORD**

DHS

MONTH: JUNE    YEAR: 2007

NURSE REVIEW:

| MEDICATION | STOP | TT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN TAB 325MG DSG: 650MG SIG: PO PRN MD: 11 05/05/2007 ADM: DAILY | 06/02 | | 08 12 21 | | BS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MG HYDROXIDE 200MG/AL HYDROXIDE DSG: 30ML SIG: PO PRN MD: 11 05/05/2007 ADM: DAILY 225MG SUSP | 06/02 | | 08 12 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CYPROHEPTADINE TAB 4MG DSG: 4MG SIG: PO PRN MD: 13 05/05/2007 ADM: DAILY PRN ONGOING | 06/02 | | 08 12 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NAPROXEN 500MG TAB DSG: 500MG SIG: PO PRN MD: 13 05/05/2007 ADM: DAILY 8 WEEK ORDER | 06/06 | 12 | 08 12 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | SIGNATURE | | | | | |
|---|---|---|---|---|---|---|
| X | K Kadalyn | M Klumann Rn | RB Bonna Rn | | | |
| X | EWash | NS Wsten K N | BB D Brown RN | | | |

**DRUG ADVERSE REACTIONS:** NO KNOWN DRUG

(1)-LIFE THREAT, (2)-CRITICAL, (3)-...

IL 462-0032 (R-7-02) CLIENT NAME: LENBERGER MICHAEL

| ID. | BIRTH | SEX | DIAGNOSIS |
|---|---|---|---|
| 656462 | 07/01/1961 | M | 312.30 |

MEDICAL ABNORMALITIES:

SPECIAL INFORMATION

| UNIT | DATE |
|---|---|
| 7323 | 05/23/2007 |

MONTH: MAY     YEAR: 2007

St___ of Illinois
Departme___ f Human Services
**MEDICATION ADMINISTRATION RECORD**

DHS

NURSE REVIEW:

| MEDICATION | STOP | TT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN TAB 325MG DSG: 650MG SIG: PO PRN MD: 11 (04/28/2007 ADM: DAILY 8 WEEK ORDER | 05/28 | 2: 12 21 | | | | X | | | | | | | | | | | | | | JN | | | | | | | | | | | | | | |
| CYCLOBENZAPRINE TAB 10MG DSG: 10MG SIG: PO MD: 13 (04/28/2007 ADM: DAILY 8 WEEK ORDER | 05/28 | 21 12 21 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MG HYDROXIDE 200MG/AL HYDROXIDE DSG: 30ML SIG: PO PRN MD: 11 04/28/2007 ADM: DAILY 25MG SUSP | 05/28 | 21 | 08 21 | | | | | | | | | | | | | | | | | 5/15 DC | | | | | | | | | | | | | | |
| DOXYCYCLINE HY 100MG TAB/CAP DSG: 100MG SIG: PO MD: 13 04/10/2007 ADM: DAILY 14 DAY ORDER | 04/24 | 08 21 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DOXYCYCLINE HY 100MG TAB/CAP DSG: 100MG SIG: PO MD: 13 04/25/2007 ADM: DAILY 30 DAY ORDER STARTING 4-25-07 | 05/24 | 08 21 | 08 | | | | | | | | | | | | | | | | | 5/15 DC | | | | | | | | | | | | | | |
| CYPROHEPTADINE TAB 4MG DSG: 4MG SIG: PO PRN MD: 13 28/2007 ADM: DAILY PRN ONGOING | 05/28 | 21 | 08 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NAPROXEN 500MG TAB DSG: 500MG SIG: PO PRN MD: 13 04/28/2007 ADM: DAILY 8 WEEK ORDER | 05/28 | 12 21 | 08 12 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**DRUG ADVERSE REACTIONS:** NO KNOWN DRUG

(1)-LIFE THREAT (2)-CRITICAL (3)-WARNING (4)-SENSITIVE

| IL 462-0032 (R-7-02) CLIENT NAME LEBERGER MICHAEL | ID. 654462 | BIRTH 07/01/1961 | SEX M | DIAGNOSIS 312.30 |
|---|---|---|---|---|

**MEDICAL ABNORMALITIES:**

SPECIAL INFORMATION

UNIT 7311

DATE 04/23/2007

**MONTH:** May    **YEAR:** 07

State of Illinois
Department. Human Services
**MEDICATION ADMINISTRATION RECORD**

NURSE REVIEW: _irenettn_
R. PH. REVIEW:

| MEDICATION | STOP | TT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HCT 90 Cum BID X10d 4-36 | 56 | | | | | | | | | | | | | | | | | | | | | would 4-36-07 | | | | | | | | | | | |

_de K Phodston_    _BB B Brun RN_    _BB B Brown LPN_

**DRUG ADVERSE REACTIONS:**

IL 462-0032
Formerly DMHDD 32B (R-1-99)

**CLIENT NAME**

**ID.** _los 44l03_    **BIRTH**    **SEX**    **DIAGNOSIS**    **SPECIAL INFORMATION**    **UNIT**    **DATE** 03

**MEDICAL ABNORMALITIES:**

State of Illinois
Department of Human Services
**MEDICATION ADMINISTRATION RECORD**

**MONTH:** April  **YEAR:** 2007

NURSE REVIEW:
R. PH. REVIEW:

| MEDICATION | STOP | TT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tramadol 100 mg po BID prn 3/21/07 | 4/20 | | 08 | | | | | | | DC'd 4/20/07 | | | | | | | | | | | | | | | | | | | | | | | | |
| Doxycycline 100mg po BID x 2 wks 4/10/07 | 4/25 | | 08 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ↓ 2wks then L xycycline 100 mg po QD x 30 days 6/1/26 | 5/26 | | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Naproxen 500 mg po tid prn x 8 wks 4/10/07 | 6/5 | | prn | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cyclobenzaprine 10mg po tid x 8 wks 4/10/07 | 4/5 | | 08 12 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HC 1% cream BID x 10 days 4-26-07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 25 mg po QID prn x3days 4/24/07 | 4/29 | | 08 12 17 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DRUG ADVERSE REACTIONS:

**MEDICAL ABNORMALITIES:**

| | | | SPECIAL INFORMATION | | |
|---|---|---|---|---|---|
| 08 | KR Mueller Lpn | NN Numan rn | BB B Brown Rn | LL LyHopkins RN rn | umma rn |
| 20 | Sleah | 10 Sternel N | mn | BB L Braun LPN | M Slaughtery rl |

DIAGNOSIS    SPECIAL INFORMATION    UNIT    DATE

IL 462-0032
Formerly DMHDD 32B (R-1-99)

**CLIENT NAME** Lamberga, Michael
**ID.** 454462
**BIRTH** 7/11/61
**SEX** M

**State of Illinois**
**Department of Human Services**
**DHS**
**MEDICATION ADMINISTRATION RECORD** xxxxxxxxxxxxxxxxxxx

MONTH: _____    YEAR: 2007    NURSE REVIEW: xxxxxxxxxxxxx

| MEDICATION | STOP | T | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SERTRALINE HCL 100MG TAB DSG: 100MG SIG: PO NO: 17 03/17/2007 ADM: DAILY ONGOING | 04/14 | 08 | 08 | | | | | | | | | | | | | | | | DC 3/15/07 | | | | | | | | | | | | | | | |
| ACETAMINOPHEN TAB 325MG DSG: 650MG SIG: PO PRN NO: 11 03/17/2007 ADM: DAILY | 04/14 | 21 08 12 21 | 08 12 21 | | | | | | | 8 | | 8 | | | | | | | | | | | | | | | | | | | | | | |
| MG HYDROXIDE 200MG/AL HYDROXIDE DSG: 30ML SIG: PO PRN NO: 11 03/17/2007 ADM: DAILY 225MG SUSP | 04/14 | 21 | 08 21 | | | 8 | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CYPROHEPTADINE TAB 4MG DSG: 4MG SIG: PO PRN NO: 13 03/17/2007 ADM: DAILY PRN ONGOING | 04/14 | 21 | 08 21 | M | | 8 8 | | | | 8 | | | | | | | | | | | | M N | | | | | | | | | | | | |
| IBUPROFEN TAB 600MG DSG: 600MG SIG: PO PRN NO: 13 03/12/2007 ADM: DAILY 30 DAY ORDER | 04/19 | 21 08 12 21 | 08 12 21 | | | | | | | 3/11 DC | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRIAMCINOLONE CR 0.1% DSG: SIG: NO: 11 03/17/2007 ADM: DAILY | 04/14 | 08 21 | 08 21 | | | | | | | | | | | | | dc 3/22/07 | | | | | | | | | | | | | | | | | |
| BENZOYL PEROXIDE 10% GEL 42.5GM/OSS: SIG: TOP NO: 11 03/17/2007 ADM: DAILY APPLY TWICE DAILY | 04/14 | 08 | 08 21 | | | | | | | | | | | | | | | dcou 3/22/07 | | | | | | | | | | | | | | | |

(1)=LIFE THREAT, (2)=CRITICAL (3)=WARNING

| SIGNATURE | | | | |
|---|---|---|---|---|
| RPhillips LPN | IW Wilman RN | BB BBruno RN | JH Hutchinson LPN | IM coquette |
| Gfleg Ein | W Sutin RN | Idurell | DBrown LPN | jd Slaughter |

**DRUG ADVERSE REACTIONS:** NO KNOWN DRUG

IL 462-0032 (R-7-02)    **CLIENT NAME** LANGFER Michael    **ID.** 654462    **BIRTH** 07/01/1961 M    **SEX** 312.30    **DIAGNOSIS**    **SPECIAL INFORMATION** 7333    **UNIT** 03/22/2007    **DATE**

**MEDICAL ABNORMALITIES:**

State of Illinois
Department of Human Services
## MEDICATION ADMINISTRATION RECORD

**MONTH:** Mara    **YEAR:** 2007

**NURSE REVIEW:**
R. PH. REVIEW:

| MEDICATION | STOP | TT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tucks Hemmor ointment Apply QID x 3 days 3/2/07 | 3/5 | | | | | BB Given Refused | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sertraline 50 mg po q Am x 7.5 3/8/07 wk then | 3/15 | | 08 | | | | | | | | | | | | | | | | | 3/15 DC | | | | | | | | | | | | | |
| Sertraline 100mg 3/31 po q Am 3/8/07 | 3/31 | | 08 | | | | | | | | | | | | | ↑ | | | 3/15 AC | | | | | | | | | | | | | | |
| Ibuprofen 600mg PO TID PRN x 30 days 3/11/07 3/13/07 | 4/11 | | 08 13 21 | | | | | | | | | | | | | 13 JD RS | | 3 JD | | | | | 13 JD | 3 JD | | | | | | | | |
| Cyproheptadine 4mg PO BID PRN 3/13/07 | 4/30 | | 08 21 | | | | | | | | | | | | | 13 JD | | 3 JD | MS | | | | | 13 JD | 3 JD | | | | | | | | |
| Tramadol 100mg PO BID PRN 3/13/07 | 3/31 | | | | | | | | | | | | | | | | FB LA | | | | | | | | | | | | 12:2 1330 JD | | | | |

**PPD SKIN TEST**
Date Given 3/15  Initials BB
Lot# 3/25-5
Exp Date 10/17-5
Date Read _____ Results _____  Initials

**DRUG ADVERSE REACTIONS:**

IL 462-0032
Formerly DMHDD 32B **CLIENT NAME** Lonberger Michael
(R-1-99)

| | | | ID. 654462 | **BIRTH** 01/01/61 | **SEX** M | **DIAGNOSIS** 312.30 | | | **UNIT** 7333 |

| INIT | SIGNATURE | INIT | SIGNATURE |
|---|---|---|---|
| JS | J Smith RN | MN | M Newman RN |
| K.P.B. | K P Bernard | BB | B Braun RN |
| JD | | MN | M Newman RN |

**MEDICAL ABNORMALITIES:**     **SPECIAL INFORMATION**

BB B Braun RN   JD J Daughtredge

**DATE**



State of Illinois
Department of Human Services

# MEDICATION ADMINISTRATION RECORD 308

**MONTH:** MARCH     **YEAR:** 2007

| MEDICATION | STOP | TT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN TAB<br>325MG   DSG:   650MG<br>SIG: PO   PRN<br>02/11/2007 ADM: DAILY | 03/27 | 21 | 08<br>12<br>21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MG HYDROXIDE 200MG/AL<br>HYDROXIDE DSG:   30ML<br>SIG: PO   PRN   HO: 11<br>02/17/2007 ADM: DAILY<br>225MG SUSP | 03/27 | 21 | 08<br>12<br>21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RANITIDINE HCL TAB/CAP<br>150MG   DSG:   150MG<br>SIG: PO   HO: 13<br>02/21/2007 ADM: DAILY<br>1 WEEK ORDER | 03/08 | | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FUROSEMIDE TAB 40MG<br>DSG:   40MG<br>SIG: PO   PRN   HO: 11<br>02/17/2007 ADM: DAILY   x 3 moS | 03/08 | | 08<br>21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBUPROFEN TAB 800MG<br>DSG:   600MG<br>SIG: PO   PRN   HO: 13<br>02/20/2007 ADM: DAILY<br>1 WEEK ORDER | 03/13 | | 08<br>12<br>21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRIAMCINOLONE CR 0.1%<br>DSG:<br>SIG: TOP   HO: 11<br>--/11/2007 ADM: DAILY<br>x 3 moS | 03/27 | | 08<br>21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BENZOIL PEROXIDE 10%<br>GEL 42.5GM DSG:<br>SIG: TOP   HO: 11<br>02/11/2007 ADM: DAILY   x 3 moS<br>APPLY TWICE DAILY | 03/27 | | 08<br>21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

---

**SIGNATURE**    KK Newman RN   BB Bruns Rn<br>DS Miller RN   BBrown LPN

(1)-LIFE THREAT. (2)-CRITICAL (3)-CRITICAL

**DRUG ADVERSE REACTIONS:** NO KNOWN DRUG

IL 462-0032 (R-7-02) **CLIENT NAME**<br>LENBERGER   MICHAEL

| **ID.** | **BIRTH** | **SEX** | **DIAGNOSIS** |
|---|---|---|---|
| 654462 | 07/01/1961 | M | 312.30 |

**MEDICAL ABNORMALITIES**

**SPECIAL INFORMATION**

**UNIT** 1333    **DATE** 02/22/2007

NURSE REVIEW XXXXXXXXXXXXXXXXXXXX

Sta** of Illinois
Departmen.   Human Services
## MEDICATION ADMINISTRATION RECORD

**MONTH:** Feb     **YEAR:** 2007

| MEDICATION | STOP | TT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ibuprofen 600 mg po TID prn x 2wks 2/5/07 | 2/9 | | 13 | | | | | | JS | | BB | | | | | BB | | | | | | | | | | | | | | | | | | |
| | | | 21 | | | | | DS DB | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ranitidine 150 mg po BID x 2 wks 2/5/07 | 2/9 | | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| M Vial 600 mg PO 7x D prn x 2wks 2/20/07 | 3/13 | | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 14 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150 mg PO g D x 2 wks 2/20/07 | 3/6 | | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NURSE REVIEW:**
**R. PH. REVIEW:**

| | | | | |
|---|---|---|---|---|
| R K Rubidlaspn | M Newman RN | BB BB nurse | M Yearsman | in cwmitlin |
| AS RN Sutten RN | BB Burdnell | BB Brown RN | AB | AB Burd witgn |

**MEDICAL ABNORMALITIES:**

**SPECIAL INFORMATION:**

**DRUG ADVERSE REACTIONS:**

IL 462-0032
Formerly DMHDD 32B (R-1-99)

| CLIENT NAME | BIRTH | SEX | DIAGNOSIS | UNIT | DATE |
|---|---|---|---|---|---|
| Lemberger, Michael P. | 654402 7/11/61 | M | | 733 | |

St. of Illinois
Departm. of Human Services

**MEDICATION ADMINISTRATION RECORD**

NURSE REVIE...

MONTH: February    YEAR: 2007

| MEDICATION | STOP | TT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN TAB 650MG | 02/20 | | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DRUG ADVERSE REACTIONS: NO KNOWN DRUG

IL 462-0032 (R-7-02) CLIENT NAME
LEMBERGER  MICHAEL

| ID. | BIRTH | SEX | DIAGNOSIS |
|---|---|---|---|
| 654462 | 07/01/1961 | M | 312.30 |

(1) LIFE THREAT (2)-CRITICAL (3)-...

MEDICAL ABNORMALITIES:

SPECIAL INFORMATION

UNIT  1333

DATE  01/26/2007

Ibuprofun 400 mg
PO TID, prn x 72b
2/2/07

State of Illinois
Departmen. Human Services
**MEDICATION ADMINISTRATION RECORD**

MONTH: Jan  YEAR: 2007

| MEDICATION | STOP | TT | HR |
|---|---|---|---|
| Acetaminophen 975 mg po TID prn | 1/31 | | |
| Maalox 30 cc po TID prn | 1/31 | | |
| R. itidine 150 mg po BID X 3 mos  12/22/06 | 3/22 | | 08 / 21 |
| Cyproheptadine 4mg po BID prn X 3 mos  12/22/06 | 3/22 | | |
| Triamcinolone 0.1% cr BID X 3 mos  12/22/06 | 3/22 | | |
| Benroyl Peroxide 10% apply BID X 3 mos  12/22/06 | 3/22 | | |
| Knee Brace X 6 months  01/03/07 | 4/03 | | |

NURSE REVIEW:
R. PH. REVIEW:

given 12/22/06 to resident
given 12/22/6 to resident

| | | | SEX | DIAGNOSIS |
|---|---|---|---|---|
| W Newman RN | BB BBrunst | | M | |
| DB Sutton RN | | | | M |

DRUG ADVERSE REACTIONS:

IL 462-0032
Formerly DMHDD 32B CLIENT NAME  Lemberger, Michael  ID. 654462  BIRTH 7/11/61

MEDICAL ABNORMALITIES:                SPECIAL INFORMATION

UNIT  7333

DATE

State of Illinois
Department   Human Services
**MEDICATION ADMINISTRATION RECORD**

MONTH: Dec    YEAR: 20__

NURSE REVIEW:
R. PH. REVIEW:

| MEDICATION | STOP | TT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acetominophen 325mg PO TID PRN | 1/31 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/31/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benzoyl Peroxide 10% apply BID 3 months | 3/26/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/31/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**DRUG ADVERSE REACTIONS:**

IL 462-0032
Formerly DMHDD 32B  **CLIENT NAME** _____
(R-1-99)

| | | ID. | **BIRTH** | **SEX** | **DIAGNOSIS** | **SPECIAL INFORMATION** | **UNIT** |
|---|---|---|---|---|---|---|---|
| | | | 9-1-19 | | | | |

**MEDICAL ABNORMALITIES:**

DATE: 12/30/06

State of Illinois
Department of Human Services

## MEDICATION ADMINISTRATION RECORD

MONTH: November    YEAR: 2006

NURSE REVIEW:
R. PH. REVIEW:

### PPD SKIN TEST
Date Given: 12-5-06   Initials: LR
Lot #: C2746AA
Exp Date: 11-4-07
Date Read: 12-7-06   Results: 0mm   Initials: BR

| MEDICATION | STOP | TT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acetaminophen 650mg po TID PRN | 11/31 | OS | 2L | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12-5-06 Norflex 30ea po ", ID PRN | 14/31 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12-8-06 Flu vaccine 0.5 mL IM | 12/13 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12-13-06 Cyproheptadine 4mg po BID PRN X3mo | 3/30/07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Triamcinolone 0.1% cream apply BID X 3months | 3/30/07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ranitidine 150mg po BID X 3months | 3/30/07 | OS OH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DRUG ADVERSE REACTIONS: NKA

DMHDD 32B CLIENT NAME: Lum Dwyer M

ID.

| BIRTH | SEX | DIAGNOSIS | SPECIAL INFORMATION | UNIT | DATE |
|---|---|---|---|---|---|
| 7-1-61 | M | | | | |

MEDICAL ABNORMALITIES:

IL 462-0032
Formerly DMHDD 32B (R-1-99)

RUSHVILLE DHS Center

DOB: 7/1/61

☐ Baseline  ☑ Annual

Date: 7/30/07

Time: 9:55 am  ☐ a.m. ☐ p.m.

**Offender Information:**

Last Name: Lemburg

First Name: Michael

MI: ___

ID#: ___

Chief Complaint: SRx was wrong needs recheck / ord

**HPI:**
- Location: ___
- Duration: ___
- Onset: ___
- Severity: ___
- Timing: ___
- Modifiers: ___

**Ocular History:**
- ☐ Cataracts: ___
- ☐ Glaucoma: ___
- ☐ Disease: ___
- ☐ Trauma/Surgery: ___
- ☐ Strabismus: ___
- ☐ Amblyopia: ___

**Medical History:** ☐ NIDDM  ☐ IDDM  ☐ Hypertension  ☐ Other: ___

**Visual Acuity:**
Uncorrected Distance: ☐ OD 20/ ☐ OS 20/ ☐ OU 20/
Uncorrected Near: ☐ OD 20/ ☐ OS 20/ ☐ OU 20/

| | | | | |
|---|---|---|---|---|
| **Habitual Rx:** OD | +1.00 DS | 20/20 | Type: ☐ SV ☐ Bifocal | |
| OS | +0.25-0.75 x 030   +2.50 add | 20/30 | Date: / / | |
| **Refraction:** OD | +0.75 DS | 20/20 | Type: ☐ SV ☐ Bifocal | |
| OS | +1.00-0.75 x 030 | 20/20 | Date: / / | |
| **Near:** OD | | 20/ | Type: ☐ SV ☐ Bifocal | |
| OS | | 20/ | Date: / / | |

**Pupils:** ☐ Round ☐ Equal ☐ Responds to Light/Accommodation ☐ APD
**Motilities:** ☐ Full ☐ Abnormal  **Confrontational Fields:** ☐ Full ☐ Abnormal
**Tonometry:** ☐ Applanation ☐ Tonopen ☐ NCT OD ___ OS ___ Time: ___

| Cover Test: | Distance | Near | Slit Lamp Exam: | WNL | ABNL |
|---|---|---|---|---|---|
| Eso | | | Cornea | | |
| Exo | | | Conjuctiva | | |
| Tropia | | | Iris/Ant. Chamber | | |
| Phoria | | | Lens | | |
| Ortho | | | Lids/Lashes | | |

| Opthalmoscopy: | WNL | ABNL | Right | Left | Method: |
|---|---|---|---|---|---|
| Disc | | | | | ☐ Direct |
| Vessels | | | | | ☐ BIO |
| Macula | | | | | ☐ 78D |
| Periphery | | | | | ☐ 3 mirror |
| Vitreous | | | | | ☐ Other: |

Cup to disc: OD ___ OS ___  Cup Depth: ☐ Deep ☐ Moderate ☐ Shallow  PE 2.5%. Trop 1%

**Assessment/Plan:**
1. (1) Simply Hypermetropia OD
2. Compound Hypermetropia Astigmia OS
3.
4.
5.

(1) No SRx chage
Pt wants to accept
full plus do not
try and push minus.

**Medications Ordered:** ___

**Eyeglasses Ordered:** Frame: ___ Size: ___ Color: ___

Rx: OD ___ Add: ___ Seg Height: ___
OS ___ ☐ SV ☐ FT28 ☐ Reading Only PD ___

**Anthony Carter, OD**

Print Doctor's Name

Doctor's Signature

Follow-Up: 7/09

Printed on Recycled Paper

DOC 0081 (Eff. 9/2002)

STATE OF ILINOIS
**DEPARTMENT OF CORRECTIONS**

AGENCY OFD # _____

4-1 ___ 20 7

## OPTICAL PRESCRIPTION ORDER

VENDOR

Illinois Correctional Industries
P.O. Box 809
Dixon, Illinois 61021

SUBMIT STATE OF ILLINOIS C-13 INVOICE-VOUCHER
WHEN SHIPMENT IS MADE.

| INSTITUTION | | |
|---|---|---|
| ADDRESS | | |
| CITY | STATE | ZIP |
| INMATE NAME (First, MI, Last) *Lemberger M* | | REGISTER NO. |
| BILL TO | | |

ACCT. NO.          OBJECT CODE          AGENCY PHONE NO. _____

| POWER | | | |
|---|---|---|---|
| | +50 | | |
| L | +75 SPHERE | ~75 CYLINDER | 25 AXIS |

| PRISM | | | |
|---|---|---|---|
| | | | |
| IN | OUT | UP | DOWN |

| | DPD | NPD |
|---|---|---|
| | 60 | 57 |
| O.C. | | |

| SEGMENT | | |
|---|---|---|
| R +150 | 18 | |
| L +150 ADD | 8 HEIGHT | BASE CURVE |

| | | |
|---|---|---|
| DEC. | INSET | TOTAL |

MISCELLANEOUS

*Rush — Thanks!*

| R | FT-25 | |
|---|---|---|
| L | | LENS STYLE |

CHECK ONE
Glass ☐
Plastic ☑          LENS MATERIAL

| MFG. | FRAME NAME  1109 | FRONT/CHASSIS COLOR  *Brn Fade* |
|---|---|---|
| EYE  52 | DBL  18 | TRIM STYLE | TRIM COLOR |
| TPL SIZE R 170 | TPL SIZE L 170 | TEMPLE STYLE | TEMPLE COLOR |

| DELIVERY:   COMPLETE ☐   INCOMPLETE ☐ | | |
|---|---|---|
| INVOICE NO. | DATE - MERCHANDISE RECEIVED | DATE - CHECKED AGAINST INVENTORY |

The merchandise or service billed above has been received and complies with our specifications
or requests.

AUTHORIZATION NO. _____

RECEITED BY

STATE OF ILINOIS
DEPARTMENT OF CORRECTIONS

# OPTICAL PRESCRIPTION ORDER

AGENCY OFD # _____

2-11 20 7

| VENDOR | | INSTITUTION | | | |
|---|---|---|---|---|---|

Illinois Correctional Industries
P.O. Box 809
Dixon, Illinois 61021

| ADDRESS |
|---|

| CITY | STATE | ZIP |
|---|---|---|

| INMATE NAME (First, MI, Last) | REGISTER NO. |
|---|---|
| Lemberger, M | |

| BILL TO |
|---|

**SUBMIT STATE OF ILLINOIS C-13 INVOICE-VOUCHER WHEN SHIPMENT IS MADE.**

| ACCT. NO. | OBJECT CODE | AGENCY PHONE NO. _____ |
|---|---|---|

## POWER

| | | | |
|---|---|---|---|
| R | +50 +75 | | |
| L | +75 SPHERE | -75 CYLINDER | 25 AXIS |
| | +75 | | |

## PRISM

| | | | |
|---|---|---|---|
| | | | |
| IN | OUT | UP | DOWN |

| DPD | NPD |
|---|---|
| 60 | 57 |
| O.C. | |

## SEGMENT

| | | |
|---|---|---|
| R | | |
| L ADD | HEIGHT | BASE CURVE |

| | | |
|---|---|---|
| DEC. | INSET | TOTAL |

| R | |
|---|---|
| L | LENS STYLE |

| CHECK ONE | |
|---|---|
| Glass ☐ | |
| Plastic ☑ | LENS MATERIAL |

MISCELLANEOUS

| MFG. | FRAME NAME | | FRONT/CHASSIS COLOR |
|---|---|---|---|
| | 1109 | | |
| EYE 52 | DBL 18 | TRIM STYLE | TRIM COLOR |
| TPL SIZE R /40 | TPL SIZE L /40 | TEMPLE STYLE | TEMPLE COLOR |

| DELIVERY: COMPLETE ☐ INCOMPLETE ☐ | | |
|---|---|---|
| INVOICE NO. | DATE - MERCHANDISE RECEIVED | DATE - CHECKED AGAINST INVENTORY |
| The merchandise or service billed above has been received and complies with our specifications or requests. | | |

REQUESTED BY _____

APPROVED _____

AUTHORIZATION NO. _____

4-1-7 Were to have Deen bifocals - reordered as bifocals

DC 288 (3/86)
IL 426-7206

☐ Baseline  ☐ Annual

Date: 2,11,7
Time: 9A  ☐ a.m. ☐ p.m.

**Offender Information:**
Last Name: Lemberger   First Name: Michael   MI:   IDF:

**Chief Complaint:** I wear bifocals, age 45

**HPI:**
Location: has Ocular Migrain
Duration: _____
Onset: _____
Severity: _____
Timing: _____
Modifiers: _____

**Ocular History:**
☐ Cataracts:   NO
☐ Glaucoma:
☐ Disease:
☐ Trauma/Surgery:
☐ Strabismus:
☐ Amblyopia:      NO

**Medical History:** ☐ NIDDM   ☐ IDDM   ☐ Hypertension   ☐ Other:

| Visual Acuity: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Uncorrected Distance: | ☑ OD 20/40 | ☑ OS 20/40 | ☐ OU 20/ | | | | |
| Uncorrected Near: | ☐ OD 20/ | ☐ OS 20/ | ☐ OU 20/ | | | | |

**Habitual Rx:** OD _____ 20/   Type: ☐ SV ☐ Bifocal
OS _____ 20/   Date: / /   Type: ☐ SV ☐ Bifocal
fraction: OD -75 _____ 20/20   Type: ☐ SV ☐ Bifocal
OS 100 -75 x25   20/20   Date: / /
Near: OD _____ 20/   Type: ☐ SV ☐ Bifocal
OS _____ 20/   Date: / /

**Pupils:** ☑ Round  ☑ Equal  ☐ Responds to Light/Accommodation  ☐ APD
**Motilities:** ☐ Full  ☐ Abnormal
**Tonometry:** ☑ Applanation  ☐ Tonopen   **Confrontational Fields:** ☐ Full ☐ Abnormal ☐ NCT  OD 12  OS 12  Time:

| Cover Test: | Distance | Near | Slit Lamp Exam: | WNL | ABNL |
|---|---|---|---|---|---|
| Iso | | | Cornea | | |
| Exo | | | Conjuctiva | | |
| Tropia | | | Iris/Ant. Chamber | | |
| Phoria | | | Lens | | |
| Ortho | | | Lids/Lashes | | |

DFE Rfused — was dilated when diagnosed c ocular Migrain

| Ophthalmoscopy: | WNL | ABNL | Right | Left | Method: |
|---|---|---|---|---|---|
| Disc | ✓ | | | | ☐ Direct |
| Vessels | ✓ | | | | ☐ BIO |
| Macula | ✓ | | | | ☐ 78D |
| Periphery | ✓ | | | | ☐ 3 miror |
| Vitreous | ✓ | | | | ☐ Other: |

**Cup to disc:** OD 3  OS 3   **Cup Depth:** ☐ Deep ☐ Moderate ☐ Shallow ☐ PE 2.5% Trop 1%

**Assessment/Plan:**
1. Hyperop /Presbyop
2. _____
3. _____
4. _____
5. _____

**Medications Ordered:** _____
**Eyeglasses Ordered:** Frame: 1109   Size: 52-18-140   Color: Brn Fade
Rx: OD _____   Add: _____   Seg Height: 18
OS _____   ☐ SV ☐ FT28 ☐ Reading Only  PD 60

W Moore
Print Doctor's Name          Doctor's Signature

**Follow-Up:** / /  Date

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0061 (Eff. 9/2002)

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Health Status Transfer Summary

**Transferring Facility:** BMRCC Center

**Offender Information:** Lamberger Michael    ID#: N10028
Last Name    First Name    MI

**Date:** 12/6/06    **Time:** 1235pm    ☐ a.m. ☒ p.m.

**Transfer Screening** (completed by transferring facility health care staff):

Allergies: NKDA    Food Handler Approved: FHA

Current / Acute Conditions / Problems: Ø

Chronic Conditions / Problems: Ø

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: Ø

Chronic Long-term: Ø

Chronic Psychotropic: Ø

Current Treatments: None SD Ø tx

Therapeutic Diets: Regular

Follow-Up Care: Psych Flu

Chronic Clinics: Ø

Specialty Referrals: Ø

Significant Medical History: STR Gerel    Hx Suicide Attempt x6-7 Phenobarb OD x1 '87
SHx Hx Asthma anemia    Dx mood Disorder/Personality Disorder

Physical Disabilities / Limitations: Ø

Assistive Devices / Prosthetics: Ø    ☐ Glasses    ☐ Dentures

Mental Health Issues: ☒ Hx Suicide Attempt: Date: ___/___/ '87  ☒ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☐ Alcohol ☒ Drugs

**R & C Use Only:** ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other: _____    ☐ Packet Complete

T. Giacomo RN    T. Giacomo RN    12/6/06
Print Name and Title    Signature    Date

**Reception Screening** (completed by receiving facility health care staff):

Facility: _____    Date: ___/___/___    Time: _____  ☐ a.m. ☐ p.m.

**Subjective:**    **Assessment:**

Current Complaint: _____

Current Medications/Treatment: _____

**Objective:**    **Plan: Disposition:**

Physical Appearance/Behavior: _____    ☐ Health Information Given    ☐ Emergency Referral: _____
☐ Sick Call:  Urgent / Routine
☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics

Deformities: Acute/Chronic: _____    ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): _____

T: _____  P: _____  R: _____  B/P: ___/___    ☐ Infirmary Placement: _____
☐ Other (specify): _____

Printed Name and Title    Signature    Date

**For adult transition center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature    Date    Time    ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility    DOC 0090 (Eff. 9/2002)

DEPARTMENT OF HUMAN SERVICES
TREATMENT AND DETENTION FACILITY
RUSHVILLE, ILLINOIS

AUTHORIZATION FOR TREATMENT

I __Lemberger, Michael__ GIVE PERMISSION FOR DR. _Mitchell_

TO _____ Ext # 17 _____
         *(Name of Procedure)*

THE PROCEDURE AND THE RISKS HAVE BEEN EXPLAINED TO ME. I HAVE HAD AN

OPPORTUNITY TO ASK QUESTIONS AN DI HAVE RECEIVED AN ACCEPTABLE

ANSWER. I AM SIGNING THIS UNDER MY OWN WILL AND HAVE NOT BEEN

FORCED INTO SIGNING AGAINST MY WILL.


X _Lemberger_____    7-1-07
  *(Resident Signature)*          *(Date)*

_Jacquelyn Mitchell_____    7/1/07
  *(Dr. Signature)*               *(Date)*

_M. Maloney_____    7-1-07
  *(Witness Signature)*           *(Date)*



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name _____ Lemberger _____ Date __ 2-22-08 __

Unit _____ E-2 _____ Room # __ 8 __

Describe Health Care Problem _____ Attention: DR. TINWALLA Luthanol
I would like to discuss the Results of my blood test
And the fact that my BAD Cholesterol is ELEVATED.
1 point Above NORMAL As Apposed to the Results of my
last blood test And the fact that my BAD Cholesterol was
well below the bad level And how much this medication
may or may not be playing A Role.

Resident Signature _____ M. Lemberger _____

**Do Not Write Below This Line**

Date Received _____ Time Received _____

Resolution: _____
_____ error
Seen by MD 3-18-08 _____

_____ Date Completed _____
HCU Staff Name (Signature and Print)

IL462-5400 (N-7-04)



### State of Illinois
### Department of Human Services
### Treatment and Detention Facility

## HEALTH CARE REQUEST

Resident Name _____Lemberger_____          Date ___3-1-08___

Unit _____E 2_____          Room # ___8___

Describe Health Care Problem ___Doctor: I have been on Antibiotics and I still cant breath oqt of my Nose - I am still having sinus head aches.___

Resident Signature ___Lemberg___

**Do Not Write Below This Line**

Date Received _____          Time Received _____

Resolution: ___Seen by MD   3-18-08___

HCU Staff Name (Signature and Print) _____          Date Completed _____

IL462-5400  (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name ___Michael Lemberger___          Date ___2-28-08___

Unit ___E-2___                                          Room # ___8___

Describe Health Care Problem ___I AM severly constipated — I have not had a bowel movement in 4 days I take Seroquell and I think thats the REASON why___

Resident Signature ___M. Lember___

### Do Not Write Below This Line

Date Received ___2/28/08___          Time Received _____

Resolution: ___Seen in HCU___

Date Completed _____

HCU Staff Name (Signature and Print)

IL462-5400 (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name ___Lemberger___          Date __1-6-0 8__

Unit ___E 2___          Room # __8__

Describe Health Care Problem ___EYE DOCTOR - I AM still WAITING for my GLASSES - when will I Recieve them?___

Resident Signature ___Lemberg___

**Do Not Write Below This Line**

Date Received _____          Time Received _____

Resolution: ___SRx dsp___

_Anthony Carter, OD_

HCU Staff Name (Signature and Print)          Date Completed __1-9-08__

IL462-5400  (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name _Michael Lemberger_     Date _2-28-08_

Unit _E-2_     Room # _8_

Describe Health Care Problem _I AM sevArly constipated — I HAve not had a bowel movement in 4 days I take Seroquell ANd I think thats the REASON why,_

Resident Signature _M. Lemberg_

### Do Not Write Below This Line

Date Received _2/28/08_     Time Received _____

Resolution: _Seen in HCU_

Date Completed _____

HCU Staff Name (Signature and Print)

IL462-5400 (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name __Lemberger__                     Date __2-1-08__

Unit __E-2__                     Room # __8__

Describe Health Care Problem __I need to see the Doctor About__
__my Allergies. The other stuff I was on Did Not__
__work And it made my nose bleed.__

Resident Signature __Lemberger__

### Do Not Write Below This Line

Date Received _____    Time Received _____

Resolution: __New order 2/22/08__

_____

_____

Date Completed _____

HCU Staff Name (Signature and Print)

1L462-5400  (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

*Ps,chiatrist*
*Dr. Tinwalla*

# HEALTH CARE REQUEST

*Dr. Tinwalla*

Resident Name _____*Lemberger*_____ Date _*1-25-08*_

Unit _____*E-2*_____ Room # _*8*_

Describe Health Care Problem _*On 1-17-08 I saw you - you ordered blood work and said that you would see me in one week for a follow up and medication increase. Nither one has happened - I still would like to see you, and I still need blood work.*_

Resident Signature _____*Lemberger*_____

### Do Not Write Below This Line

Date Received _____ Time Received _____

Resolution: _*Pt seen by MD 1/30/08*_

Date Completed _____

HCU Staff Name (Signature and Print)

IL462-5400 (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name _Lemberger_  Date _1-14-08_

Unit _E-2_  Room # _8_

Describe Health Care Problem _I need to see the doctor About my Allergies- The clairidan does not work - AND I WAS D/c from my medication for No reason._

Resident Signature _Lemberger_

**Do Not Write Below This Line**

Date Received _____  Time Received _____

Resolution: _Meds stopped it not taken it. put it on MDSC line_

HCU Staff Name (Signature and Print) _____  Date Completed _1/31/08_

IL462-5400 (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

PSYCHIATRIST

Resident Name ___Lemberger___          Date ___1-16-08___

Unit ___E-2___                    Room # ___8___

Describe Health Care Problem ___I feel extreamly anxious, I have only slept 2 hours in the past 48 ~~hrs~~ hours, I feel paranoid, afraid blured vision, dry mouth racing thoughts, I cant shut off my thoughts when I try and sleep. this has been on going for aprox 3 weeks — I have talked to Dr. Proctor and my primary on 3 seprate occasions. I am also suffering frequent head aches.___

Resident Signature ___Lemberg___

**Do Not Write Below This Line**

Date Received_____          Time Received_____

Resolution: ___Pt seen by MD 1/16/08___

_____          Date Completed_____
HCU Staff Name (Signature and Print)

IL462-5400 (N-7-04)



**State of Illinois
Department of Human Services
Treatment and Detention Facility**

# HEALTH CARE REQUEST

DOCTOR

Resident Name _Lemberger_        Date _1-16-08_

Unit _E 2_        Room # _8_

Describe Health Care Problem _I AM HAVING BLURY VISION DRY MOUTH DIZZY, I HAVERENT slept more than 2 Hours in the past 48 hours AND I Do Not feel well_

Resident Signature _Lemberg_

**Do Not Write Below This Line**

Date Received _____        Time Received _____

Resolution: _1/16 seen by psych MD_

Date Completed _____

HCU Staff Name (Signature and Print) _____

IL462-5400 (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name _____ *Lemberger* _____    Date _____ 10-13-07 _____

Unit _____ D-3 _____    Room # _____ 15 _____

Describe Health Care Problem _____ EyE DoctoR — My LENz is
Scracthed and is effecting my vision _____

Resident Signature _____ *Lemberg* _____

**Do Not Write Below This Line**

Date Received _____    Time Received _____

Resolution: _____ SRx ordd _____

_____ **Anthony Carter, OD** _____    Date Completed _____ 11-8-07 _____
HCU Staff Name (Signature and Print)

IL462-5400 (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name _____*Lemberger*_____          Date __10-13-07__

Unit _____*D-3*_____          Room # __15__

Describe Health Care Problem _*Eye Doctor — My Lenz is*_
_*Scracthed and is Effecting my vision*_

Resident Signature _____*Lemberg*_____

**Do Not Write Below This Line**

Date Received _____          Time Received _____

Resolution: ___*SK order*___

HCU Staff Name (Signature and Print) ___**Anthony Carter, OD**___          Date Completed __11-8-07__

IL462-5400  (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name_____Lemberger_____      Date____10-8-07____

Unit_____D-3_____      Room #____15____

Describe Health Care Problem___DENTIST - when Are you going to fill my cavities - I have been here since Dec. 8TH of 06 and I AM still waiting - Also, Are you still going to extract my other wisdom tooth.

Resident Signature_____Lemberger_____

### Do Not Write Below This Line

Date Received____10/27/07____      Time Received__11:05pm__

Resolution:___Resident seen for Exm needs filling + Extration, No anesthetic Available.

_J.F.Mitchell J.Mitchell_____      Date Completed__10/27/07__
HCU Staff Name (Signature and Print)

IL462-5400 (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name ___Lemberger___  Date ___10-4-07___

Unit ___D-3___  Room # ___15___

Describe Health Care Problem ___I would like to see the Doctor about my allergies — the medication I am currently taking does not work — I have been complaining about this since April—___

Resident Signature ___Lemberg___

**Do Not Write Below This Line**

Date Received _____  Time Received _____

Resolution: _____
___Seen by MD 11/6/07___

HCU Staff Name (Signature and Print) _____  Date Completed _____

IL462-5400 (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name _Lemberger_          Date _6-29-07_

Unit _____D-3_____          Room # _15_

Describe Health Care Problem _I need to SEE the doctor About my Left Shoulder, Right Knee AND Allergies I HAVE put Requests iN And have been waiting for Two months I AM IN PAIN!_

Resident Signature _Lemberg_

### Do Not Write Below This Line

Date Received _____          Time Received _____

Resolution: _____

_Seen by md 9-20-07_

HCU Staff Name (Signature and Print)          Date Completed _____

IL462-5400 (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name _Lemberger_                    Date _6-2-07_

Unit _D-3_                            Room # _15_

Describe Health Care Problem _The antihistamine I am currently takeing does not work very well at all - it only releives my sinus symptons for an hour or two, it does not help my eyes, it does not help my breathing it makes me tired and restless - my eyes still itch and my nose still itches and the back of my throat still itches - if I take more of the antihistamine it only makes me more tired, and makes my legs feel restless, it also does not clear up my ears, my ears are constantly poping and feel closed_

Resident Signature _M. Lemberger_

**Do Not Write Below This Line**

Date Received _____    Time Received _____

Resolution: _____
_Seen by md 9-20-07_
_____

_____    Date Completed _____
HCU Staff Name (Signature and Print)

IL462-5400 (N-7-04)

*Pull file Only*



### State of Illinois
### Department of Human Services
### Treatment and Detention Facility

# HEALTH CARE REQUEST

Resident Name _Lemberger_    Date 5-28-07

Unit  D-3    Room # 15

Describe Health Care Problem _I would like to know if AND when I will get the glasses (Bifocals) that were ordered on 2-10-07 it has Been 3 months 3 weeks since my eyes were examined._

Resident Signature _Lemberger_

**Do Not Write Below This Line**

Date Received _____    Time Received _____

Resolution: _refraction_

**Anthony Carter, OD**
HCU Staff Name (Signature and Print)    Date Completed 7/30/07

IL462-5400 (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name _Lemberger_____   Date _5-28-07_____

Unit _D-3_____   Room # _15_____

Describe Health Care Problem _I would like to see the doctor - I am_
_Having pain in my right knee and experianceing numbness_
_on the bottom of my right foot._

Resident Signature _Lemberger_____

### Do Not Write Below This Line

Date Received_____   Time Received_____

Resolution:_____

_Seen by MD 9-2007_

_____   Date Completed_____
HCU Staff Name (Signature and Print)

IL462-5400 (N-7-04)



### State of Illinois
### Department of Human Services
### Treatment and Detention Facility

---

# HEALTH CARE REQUEST

Resident Name _Lemberger_                     Date _4-26-07_

Unit _D-3_                              Room # _15_

---

Describe Health Care Problem _Acid Reflux is ACTING UP — Also my BACK,_
_Left ShoUlder, RIGHT HIP And right knee HURT — I CANT sleep on_
_this ROCK HARD BED — I AM IN CONSTANT pain BECAUSE of my_
_ARTHRITIS AND THE pills I keep getting prescribed only IRRITATE my_
_ACID Reflux_

Resident Signature _L. Lemberger_

---

### Do Not Write Below This Line

Date Received _5-15-07_                Time Received _____

Resolution: _Seen by MD_

Date Completed _____

HCU Staff Name (Signature and Print)

IL462-5400 (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name_ _Lemberger_ _____  Date _4-25-07_

Unit _ _D-3_ _____  Room # _15_

Describe Health Care Problem_ _I THINK I HAVE A RING WORM_

Resident Signature_ _Lemberger_ _____

**Do Not Write Below This Line**

Date Received_____  Time Received_____

Resolution: _Seen by nurse 4/26/07_

Date Completed_____

HCU Staff Name (Signature and Print)_____

IL462-5400  (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name _Lemberger_    Date _3-21-07_

Unit _A-3_    Room # _2_

Describe Health Care Problem _PODIATRIST — I would like to have some CALLUSES Removed._

Resident Signature _Lemberger_

**Do Not Write Below This Line**

Date Received _____    Time Received _____

Resolution: _Seen by Dr. Nwani    4-12-07_

HCU Staff Name (Signature and Print)    Date Completed _____

IL462-5400 (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name _Lemberger_　　　　　　Date _4-8-07_

Unit _C-1_　　　　　　　　　　Room # _15_

Describe Health Care Problem _My left shoulder HURTS, LOWER BACK, RIGHT KNEE, AND UPPER BACK. THE ARTHRITIS PAIN is CAUSING my sleep to suffer AND I STILL HAVE NOT RECIEVED the KNEE BRACE THAT THE DOCTOR ORDERED over A month Ago, Also, the PAIN MEDICATION the doctor ordered makes me feel NAUSEOUS. I AM suffering from MUSCLE stiffness AND soreness AND I feel fatigued from lack of Sleep AND EXCERCISE, I AM UNABLE to EXCERSISE BECAUSE my right knee still hurts AND swells from prolonged use._

_( I would like to see DOCTOR — AgAIN — )_

Resident Signature _Lemberger_

**Do Not Write Below This Line**

Date Received _____　　　　Time Received _____

Resolution: _Seen by MD 4/10/07_

_____

_____

_____　Date Completed _____
HCU Staff Name (Signature and Print)

IL462-5400 (N-7-04)

DocToR



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name _Lemberger_                           Date _3-21-07_

Unit _A-3_                                           Room # _2_

Describe Health Care Problem _I AM HAVING upper BACK PAIN, Lower BACK PAIN, HIP PAIN, KNEE PAIN And left SHOLDER PAIN. I Need some relief from this CONSTANT ARTHRITIS AND JOINT PAIN. I AM NOT sleeping AND I AM CONSTANTly iRRitable._

Resident Signature _Lemberger_

### Do Not Write Below This Line

Date Received _____          Time Received _____

Resolution: _Seen by MD 3/27/c4_

Date Completed _____

HCU Staff Name (Signature and Print)

IL462-5400 (N-7-04)

PSYCHIATRIST



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name _Michael Lemberger_ Date _3-13-07_

Unit _A-3_ Room # _2_

Describe Health Care Problem _I AM stopping the Zoloft, I have had A HEADACHE for the past 3 days And yesterday, when I went to See the M.D. my blood pressure was JACKed up to 140/89, my B.P. Has Never been that high. If you want to see me I will talk to you._

Resident Signature _Michael Lemberger_

**Do Not Write Below This Line**

Date Received _____ Time Received _____

Resolution: _Pt Seen by MD 3/15/07_

_____ Date Completed _____

HCU Staff Name (Signature and Print)

IL462-5400 (N-7-04)

_PSYCHIATRIST ._ 8



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name _Michael Lemberger_                Date _3-10-07_

Unit _A-3_                                          Room # _2_

Describe Health Care Problem _PSYCHIATRIST_

I DO NOT WANT AN INCREASE IN the Zoloft
I would like to stay at 50 mg. for the time being. I will
Notify you if I HAVE ANY problems or feel I need AN INCREASE.
If you increase it without notifing me in person I will stop
meds.

Resident Signature _Michael Lemberger_

### Do Not Write Below This Line

Date Received _____    Time Received _____

Resolution: _Pt reports Pt seen by MD 3/15/07_

_____        Date Completed _____

HCU Staff Name (Signature and Print)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name ___Mr. M. Lemberger___     Date ___3-2-07___

Unit ___A-3___     Room # ___2___

Describe Health Care Problem ___I would like to See THE DoctoR, my Right Knee Hurts, is slightly swollen and is grinding and locking when I walk.___

Resident Signature ___Mr. M. Lemberg___

### Do Not Write Below This Line

Date Received _____     Time Received _____

Resolution: ___3/12/07 seen by MD___

HCU Staff Name (Signature and Print) _____     Date Completed _____

IL462-5400 (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name _Mr. M. Lemberger_  Date _3-2-07_

Unit _A - 3_  Room # _2_

Describe Health Care Problem _HEMORRHOIDS_

_____

_____

_____

_____

_____

_____

Resident Signature _Mr. M. Lemberger_

### Do Not Write Below This Line

Date Received_____  Time Received_____

Resolution:_____ _Seen in NCU_ _3/7/7_____

_____

_____

_____  Date Completed_____

HCU Staff Name (Signature and Print)

IL462-5400 (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name _Mr. Lemberger_                    Date _2-15-07_

Unit _A_                                    Room # _3_

Describe Health Care Problem _I would like to see the Doctor, my_
_Right Knee hurts when I walk, it is also locking up when_
_I walk, I am also getting sudden sharp pain in the_
_Knee joint when I walk, It is also grinding and piping_
_when I walk_

Resident Signature _Mr. Lemberger_

**Do Not Write Below This Line**

Date Received _____          Time Received _____

Resolution: _Seen By MD  2/20/07_

_____          Date Completed _____
HCU Staff Name (Signature and Print)

IL462-5400  (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name _Mr. Lemberger_                      Date _2-5-07_

Unit _A-3_                                          Room # _2_

Describe Health Care Problem _I would like to know when I'm going to see the dentist to get my cavities filled._

Resident Signature _Mr. Lemberger_

**Do Not Write Below This Line**

Date Received _2/10/07_                 Time Received _2:45p_

Resolution: _It wants filling no evacuation report will schedule after repair of system_

HCU Staff Name (Signature and Print)          Date Completed _2/10/07_

IL462-5400 (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**



## HEALTH CARE REQUEST

Resident Name _Lemberger_                     Date _6-17-07_

Unit _D-3_                          Room # _15_

Describe Health Care Problem _DENTIST  I would like to know How FAR ALONG MY NAME is on the list to get my Cavities filled. AND old fillings REPAIRED._

Resident Signature _M. Lemberger_

#### Do Not Write Below This Line

Date Received _6/23/07_                Time Received _9:20 pm_

Resolution: _Exam pt has cavities does need filling_

HCU Staff Name (Signature and Print)          Date Completed _6/23/07_

IL462-5400  (N-7-04)



**State of Illinois
Department of Human Services
Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name _Mr Lemberger_          Date _2-5-07_

Unit _A - 3_                          Room # _2_

Describe Health Care Problem _I would Like to see THE EYE DOCTOR_

_____

_____

_____

_____

_____

_____

Resident Signature _Mr. Lemberger_

### Do Not Write Below This Line

Date Received_____    Time Received_____

Resolution: _Eyes examined, glasses (bifocals) ordered_

_____

HCU Staff Name (Signature and Print)     Date Completed _2-11-?_

IL462-5400 (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name   _Michael Lemberger_                Date _1-30-07_

Unit   _A-3_                         Room # _2_

Describe Health Care Problem   _My Right Knee is HURTING AND LOCKING UP WHEN I WALK ~ THIS IS THE THIRD TIME I've complained ABOUT THIS problem. My Right KNee HURTS AND At THIS TIME IS Swollen on the INTERIOR of THE KNee. I would like this problem TREATED AND I would like TO KNOW what is wrong WITH my knee._

Resident Signature   _Michael Lemberger_

### Do Not Write Below This Line

Date Received _____   Time Received _____

Resolution: _Seen by MD 2/5/07_

_____   Date Completed _____
HCU Staff Name (Signature and Print)

IL462-5400  (N-7-04)



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

## HEALTH CARE REQUEST

Resident Name _Michael Lemberger_          Date _12-25-06_

Unit _A 3_                          Room # _13_

Describe Health Care Problem _I AM HAVING JOINT PAIN IN MY RIGHT KNEE_
_I AM ALSO EXPERIANCEING NUMBNESS AND TINGELING ON THE_
_BOTTOM OF MY RIGHT FOOT; ESPECIALLY AFTER EXCERSIZE_
_(RUNNING)_

Resident Signature _Michael Lemberger_

### Do Not Write Below This Line

Date Received _____          Time Received _____

Resolution: _Seen by MD 1-3-07_

Date Completed _____

HCU Staff Name (Signature and Print)

IL462-5400 (N-7-04)

# HEALTH CARE REQUEST

Resident Name __Michael Lemberger__     Date __12-11-06__

Time_____   Unit_____   Room_____

Health Care Problem __I would like to have a flu shot - I have not had one this season - I would also like to talk to some one about possiable allergie medication + pain releaveiers because I have osteo arthrits and ~~off~~ ~~off~~ also get sinus head aches from allergies, Also maby some Hyprocortizone for small soricious (spelling may be off. Sorry) THANK YOU__

Resident Signature __Michael Lemberger__

**Do Not Write Below This Line**

Flu shot given 12-13-06

Name of HCU Staff Receiving This Request ___seen by MD 2/27/06___

Da_____   Time_____

Revised 2-04



**LAST NAME** Lambarez
**FIRST NAME** Michael

**SOCIAL SECURITY NUMBER**
**EMPLOYER**

**HOME PHONE**
**RESPONSIBLE PARTY**

**HOME ADDRESS**
**PHONE** | **CELL PHONE** | **E-MAIL**
**NAME OF PHYSICIAN** | **PHONE**

**REFERRED BY**

**MARITAL STATUS** S M D W C
**DATE OF BIRTH** 7-1-61
**DATE OF EXAM**

RIGHT ... LEFT
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 ... 32 31 30 29 28 27 26 25 24 23 22 21 20 19 18

RIGHT ... LEFT
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 ... 32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**CHIEF COMPLAINT:** None
**WHEN WAS LAST DENTAL VISIT:** None
**OTHER TREATMENT**
**GENL PHYSICAL CONDITION:** Good
**UNDER PHYSICIAN'S CARE NOW:** No
**NATURE OF TREATMENT**
**PREVIOUS HISTORY OF BLEEDING** No
**CHRONIC AILMENTS:**
**ANEMIA** No  BLOOD PRESSURE OK  ALLERGIES No
**NERVOUSNESS** No  HEPATITIS (TYPE) No  HIV POSITIVE No
**HEADACHES** No  HEART No  DIABETES No
No  RHEUMATIC FEVER No  SINUS Yes
**OTHER**
DO YOU HAVE A PERSISTENT COUGH OR THROAT CLEARING (NOT ASSOCIATED WITH A KNOWN ILLNESS LASTING MORE THAN 3 WEEKS)? YES NO
HAVE YOU EVER TAKEN FEN-PHEN/REDUX? YES NO

**PROPH:** Une  **RESTORE**  **EXTR**
**WHOM**
REACTION TO ANESTHETIC No

**DENTURES:** UPPER No  TYPE  HOW LONG
LOWER No  TYPE  HOW LONG
**PARTIALS:** UPPER No  TYPE  HOW LONG
LOWER No  TYPE  HOW LONG
**X-RAYS:** FM  BW  TYPE  AREA  HOW LONG
**DIAGNOSTIC CASTS:** BEFORE  AGE  AFTER
**PHOTOS**
**OCCLUSION**
**GENERAL CONDITIO**  ABNORMALITIES
**TEETH AND GUMS:**

| DATE | TOOTH | SERVICE PLANNED | EST 1 | EST 2 | EST 3 |
|---|---|---|---|---|---|
| 9/1/11 | 17 | D/ Amal Ext | | | |
| 6/21/10 | 6 | F. comp | | | |
| | 32 | O/B | | | |
| | | | | | |

**ORAL FINDINGS**

| TOOTH | | | |
|---|---|---|---|
| CENT | | | |
| L&T | | | |
| CUSP | | | |
| POST | | | |

| HYGIENE | 1 | 2 | 3 |
| DEPOSITS | 1 | 2 | 3 | 4 |
| PERIDONT | 1 | 2 | 3 | 4 |

**MOULD** UPPER LOWER  **SHADE** UPPER LOWER

ITEM 07-RX3/25X-GV5  CV VOL 1  1-800-621-11

NAME: Lemberg, Michael    ADDRESS:    PHONE:

| DATE | TOOTH | SERVICE | CHARGE | PAID | BALANCE |
|------|-------|---------|--------|------|---------|
| 12/7/06 | | Exam FMX | | | |
| | | Consult the | | | |
| | | (add Ext. #17-0 Anul with FurFilm) | | | |
| 1/10/07 | | Exam, e-gingT g T | | | |
| | | with PMI Danga | | | |
| | | that natural attch | | | |
| | | into top gum t | | | |
| | | rings full | | | |
| | | copy | | | |
| 4/23/07 | | Exam, evaluation place | | | |
| | | on torque place | | | |
| | | adjust to slide | | | |
| | | Exam | | | |
| 5/9/07 | | (1) Ext #17 | | | |
| | | (1) ext SPA | | | |
| | | (1) reject #7 orskgual of torque | | | |
| 7/1/07 | | Ext #17 Anul | | | |
| | | Consult, Epson county refusing | | | |
| | | (1) P/L county no billing | | | |
| | | 7/1/07 8pac for alternatability | | | |
| 7/9/07 | | Exam pt needs Ext | | | |
| | | on one #17 too | | | |
| | | at anthyste tolerable | | | |
| | | (1) ext #32 Ext. #6 | | | |
| 1/5/08 | | Exam 2 bwbs | | | |
| | | Ghinmts full Ext at | | | |
| | | auto out | | | |
| | | (1) ext #32 Ext #6 | | | |
| | | 3/6/08 | | | |

| DATE | TOOTH | SERVICE | CHARGE | PAID | BALANCE |
|------|-------|---------|--------|------|---------|
| | | | | | |



**State of Illinois**
**Department of Human Services**
**Treatment and Detention Facility**

# HEALTH CARE REQUEST

Resident Name _____ Lemberger _____  Date _1-6-08_

Unit _____ E Z _____  Room # _8_

Describe Health Care Problem _Dentist - AM I Ever going to_
_get my Dental work Done?_

Resident Signature _____ Lemberger _____

### Do Not Write Below This Line

Date Received _1/12/08_  Time Received _8:30 a_

Resolution: _Resident see for Exam & x-ray_
_wants to wait for treatment_

HCU Staff Name (Signature and Print) _____  Date Completed _1/12/08_

L462-5400 (N-7-04)