E-FILED
Wednesday, 30 April, 2008  07:28:38 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| Michael Lemberger, ) | |
| Plaintiff, ) | |
| ) | Case No.: 07 C 3128 |
| v. ) | |
| ) | Judge: Harold Baker |
| Sandra Simpson, Thomas Monahan, Brian ) | |
| Thomas, Anderson Freeman and Darrell ) | |
| Sanders, ) | |
| Defendants. ) | |

## DEFENDANT SANDRA SIMPSON'S MOTION FOR SUMMARY JUDGMENT

NOW COMES Defendant, Sandra Simpson, by and through her counsel, and pursuant to FRCP 56, moves for the entry of summary judgment in her favor and against Plaintiff and in support states the following:

1.  Plaintiff, Michael Lemberger, is in the custody of the Illinois Department of Human Services (the "DHS") at the Rushville Treatment & Detention Facility ("Rushville TDF") pursuant to the Sexually Violent Persons Commitment Act, 725 Ill. Comp. Stat. Ann. 207/1 *et seq.* (West 2007) (the "SVP Act"). Plaintiff claims that he has been exposed to second-hand to environmental tobacco smoke ("ETS") at the Rushville TDF and that this exposure has endangered his health.

2.  Defendant Sandra Simpson is a grievance examiner at the Rushville TDF.

3.  Smoking at the Rushville TDF was banned on or about January 1, 2008.

4.  Defendant Simpson is entitled to summary judgment for the following grounds: (1) that Plaintiff did not suffer from an objectively serious health concern or medical need; (2) that she was not deliberately indifferent to Plaintiff's serious medical needs; (3) that Plaintiff has

6313673v1 794835

suffered no cognizable injury; (4) that Plaintiff cannot state a claim based upon the denial of a grievance; and (5) that Defendant Simpson is entitled to qualified immunity.

    5.    Defendant Simpson has filed a Memorandum of Law in Support.

WHEREFORE, for the reasons set forth above, Defendant JOSEPH PROCTOR respectfully requests that this Honorable Court dismiss Plaintiff's case.

                                      Respectfully submitted,

By: /s/ James C. Vlahakis
    one of the attorneys for Defendant Sandra Simpson

James C. Vlahakis
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
jvlahakis@hinshawlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following to all counsel of record.

I hereby certify that on April 30 2007, a copy of the foregoing document will be sent via U.S. mail, postage prepaid and properly addressed to the following:

| | |
|---|---|
| Lemberger<br>c/o Department of Human Services<br>R.R. #1, Box 6A<br>Rushville, IL 62681 | |

Respectfully submitted,

By: /s/ James Vlahakis

James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
312-704-3000
jvlahakis@hinshalaw.com

6313673v1 794835