The United States District Court
For the Central District of Illinois
Springfield Division

Michael Lemberger
    Plaintiff,

-vs-

Sandra Simpson, Et.Al.
    Defendants.

Case No. 07-3128

Plaintiffs' Pro.Se. Answer to Defendants Memorandum of Law in Support of <u>Defendants' Motion For Summary Judgment.</u>

Now comes Plaintiff, Pro.Se. Michael Lemberger, and moves this honorable Court ~~Dismiss~~ Defendants' Motion of Memorandum of Law in Support of Defendants' Motion for Summary Judgement.

<u>Introduction</u>

I filed a claim that alleges my exposure to second hand smoke since my arrival to D.H.S. place me in serious health risk and endangered my health and life, and that the Defendants were deliberately indifferent to that risk even thoe they were given information by me that I suffered from C.O.P.D.

(1)

## Answer to Defendants' Undisputed Material Facts

1) I still claim mental and emotional pain and suffering as a result of being forced to endure exposure to second hand smoke.

2) I do not dispute that I have been housed in a "Smoke Free Room" what I dispute is if the smoke knew that, and stoped at the door, or did not come in throug the ventelation system.

3) I do not dispute that as of January 1, 2008 Rushville T.D.F. became a tobacco free facility, that does not justify my being forced to endure exposure to second hand smoke, and it did not become smoke free out of concern for my health, but rather as a result of Law, P.A. 095-0017.

4) I do not dispute that residents were only permitted to smoke in there own rooms or outside, my claim is that I was forced to breath there smoke because I live in a sealed environment, meaning the air is recycled and I am un able to open a window, and again, the smoke does not stay contained in the residents rooms.

5) On december 8, 2006, I did self report that I suffered from C.O.P.D. That report stems from an intake evaluation upon my arrival and D.H.S. T.D.F. did no follow up, ignoreing my claim of any lung pathology.

(2)

6.) Defendants do not commit themselves by compleatly rueling out C.O.P.D. but simply report that "his condition is "mild" in severity and is well controlled".

7) I do not dispute that I have been seen regularly by healthcare staff during my confinement at Rushville, but only for minor malidies, not for C.O.P.D.

8) I do not dispute that I complained of a cough only one time since I've been at Rushville, but the fact is that my C.O.P.D. was not discovered as a result of a cough to begin with.

9) I do not dispute that there is no indication that my C.O.P.D. has worsened since my arrival at Rushville, but than again, there have been no diagnostic tests, other than a blood test, to check my condition, such as an X-Ray. I also challange Michael Bednarz M.D. blood test theory against modern medcine and the considerable advances we have made to be able to look inside the body to accurately diagnose lung diease, furthermore I do not dispute that I can run 5 to 6 miles several times per week, but only because I have made healthy life style choices, such as quiting smoking after my diagnoses, diet and excersise, all part of Doctor recmendations given to me by the Illinois Department of Corrections Doctors.

(3)

Answer to Defendants' Summary Judgement Standard Arguement

Along with this motion I have sent the court a Motion for Discovery for medical records to substantiate my claim.

### Answer to Arguement 1

I ask this honorable court to be objective in it's decision and the defendants' citing of antiquated case law, and the new discoveries about the dangers of second hand smoke that are being discovered every day, case in point was the recient P.A. 095-0017 where they addressed the dangers of second hand smoke, furthermore, along with this motion, I've sent another motion for discovery where I can prove, through my Illinois department of Corrections medical file that while in The Taylorvill Correctional Center in 2004 a Doctor did in fact write an order for me to be placed in non-smoking houseing.

### Answer to Arguement 2

Qualified immunity does not apply. These are not government officals that hold office, but rather State employees that hold titles.

### Answer to Arguement 3

None

(4)

Answer to Arguement 4

I do not think I can actually hold the entire State of Illinois liable as the state is not a person nor did the state force me to endure exposure to second hand smoke, I feel that Respoansiablity rests upon my care takers.

Conclusion

For the above reason, I Michael Lemberger respectfully request this honorable Court DISMISS ~~strike~~ Defendants Motion for Summary Judgement.

Respectfully Submitted
Michael Lemberg

Michael Lemberger
R.R. 1 Box 6+A
Rushville, IL. 62681

(5)

## Certificate of Service

I hereby certify that on May 6, 2008 I mailed, by U.S. mail, the above document for filing to the Clerk of the Court.

I further certify that on May 6, 2008 I mailed, by U.S. mail, a copy of the above document to the following party of record.

Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL. 62706

Respectfully Submitted,
Michael Lemberger

Michael Lemberger
R.R.1 Box 6-A
Rushville, IL. 62681

(6)