E-FILED
Wednesday, 07 May, 2008 02:27:01 PM
Clerk, U.S. District Court, ILCD

FILED
MAY 07 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The United States District Court
For the Central District of Illinois
Springfield Division

Michael Lemberger
    Plaintiff,

-vs-

Sandra Simpson et. al.
    Defendants.

Case No. 07-3128

## Plaintiff's Pro. Se. Motion for Discovery

Now come's Plaintiff, Michael Lemberger, Pro. Se. And hereby submit my motion for Discovery. In support thereof, I state the following.

1) This motion is in direct response to Defendants Motion for HIPAA Qualified Protective order

2) The State's Defendants only submitted Health care records from my arrival on December 8th 2006 until present, However, my diagnosis for C.O.P.D. took place in the year 2000 while I was serving a sentence for a criminal offence at the Big Muddy Correctional facility in Ina, Illinois, in the State of Illinois.

3) In Defendants Motion of Memorandum of Law in support of Defendants' Motion for Summary Judgement.

(1)

4) The Defendants submitted an Affidavit marked as Exhibit "A" from a Michael Bednarz, M.D. in which he states in paragraph #5 that there is no evidence to suggest that I suffer from C.O.P.D. from Lab data. Michael Bednarz M.D. has come to this conclusion from a blood test, there have been no X-Ray's taken of my lungs since I've been here. Furthermore, Michael Bednarz has never seen me concerning my C.O.P.D, nor does Michael Bednarz M.D. commit himself to refute my claim by stateing the following, "his condition is "mild", in severity and is well controlled."

5) After my diagnosis for C.O.P.D. in the year 2000 I was placed on an inhaler and was seen regularly in the Health Care's Asthma clinic where I was given peridoic lung function tests. I've also had follow up X-Ray's of my lungs. In the Department of Corrections.

6) In conclusion, I, Michael Lemberger, respectfully move this honorable court to grant this Motion for Discovery for medical records from the Illinois Department of Corrections to support my claim and show proof of a lung condition from my first incarrection and diagnoses from 1997 to my release in 2006.

Respectfully Submitted
Michael Lemberger

Michael Lemberger
R.R.1 Box 6-A
Rushville, IL. 62681

(2)

## Certificate of Service

I hereby certify that on MAY 6, 2008 I mailed, by U.S. mail, the above document for fileing to the Clerk of the Court.

I further certify that on May 6, 2008 I mailed, by U.S. Mail, a copy of the above document to the following party of record.

Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL. 62706

Respectfully Submitted
Michael Lemberger

Michael Lemberger
R.R. 1 Box 6A
Rushville, IL. 62681

(3)