IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL LEMBERGER, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 07-3128 |
| SANDRA SIMPSON, THOMAS MONAHAN, BRIAN THOMAS, ANDERSON FREEMAN and DAYLE SANDERS, | ) |
| Defendants. | ) |

## MOTION TO STRIKE

NOW COME Defendants, ANDERSON FREEMAN, THOMAS MONAHAN, DARRELL SANDERS, and BRIAN THOMAS, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby move to strike Plaintiff's Motion for Discovery. In support, Defendants state as follows:

1.  The deadline for discovery in this matter was February 29, 2007. (Text Order, Aug. 20, 2007.) Nevertheless, on May 7, 2008, Plaintiff filed a Motion for Discovery in which he asks Defendants to produce medical records prepared during the course of Plaintiff's confinement in the custody of the Illinois Department of Corrections. (Ct. Doc. #36.) Because the period for discovery has expired, Plaintiff's Motion for Discovery should be stricken.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request that this Honorable Court strike Plaintiff's Motion of Discovery.

Respectfully submitted,

ANDERSON FREEMAN, THOMAS MONAHAN, DARRELL SANDERS, and BRIAN THOMAS,

 Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

 Attorney for the Defendants,

 s/ Michael J. Lanzdorf
Michael J. Lanzdorf,  #6286675
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| MICHAEL LEMBERGER, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 07-3128 |
| SANDRA SIMPSON, THOMAS MONAHAN, BRIAN THOMAS, ANDERSON FREEMAN and DAYLE SANDERS, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2008, I electronically filed Defendants' Motion to Strike, with the Clerk of the Court using the CM/ECF system, which will send notification of same to the following:

James Vlahakis at jvlahakis@hinshawlaw.com, jvlahakis@sbcglobal.net

and I hereby certify that on the same date, I mailed by United States Postal Service, the described document to the following non-registered participant:

Michael Lemberger
Treatment & Detention Facility
R. R. # 1, Box 6-A
Rushville, IL   62681

LISA MADIGAN, Attorney General,
State of Illinois,

　　s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us