E-FILED
Wednesday, 21 May, 2008 10:27:30 AM
Clerk, U.S. District Court, ILCD

The United States District Court
For the Central District of Illinois
Springfield Division

Michael Lemberger
Plaintiff,

vs.

Sandra Simpson et. al.
Defendants,

Case No. 07-3128

FILED
MAY 2 0 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Plaintiffs' Pro Se Response to Defendants' Motion to Strike.

Now comes Plaintiff, Michael Lemberger, Pro. Se. And moves this honorable court to allow Motion for Discovery not be stricken. In support state the following.

1. I am not familiar with the term Discovery and when or how to ask for it.

2. I am not a professional lawyer and I am doing the best I can.

3. The defendants presented medical records that A) only go back to 12-8-06 and B) do not include any examinations that would diagnose C.O.P.D. nor the severity.

4. I feel I am entitled to full disclosure and I think that the Department of Human Services Treatment and Detention facility are in possession of my Department of Corrections medical records.

-1-

5. According to a document sent to me from The United States District Court, Dated May 1, 2008 regarding case No 07-3128 giving me Notice to Respond to summary Judgement, and the Fed.R.Civ.P 56(e) that was attached, Paragraph (f) <u>When Affidavits are Unavailable.</u> Should it appear from the affidavits of a party opposing the motion that the party cannot for reasons stated present by affidavit facts essential to justify the party's opposition, the court may refuse the application for judgement or may order a continuance to permit affidavits to be obtained or depositions to be taken or discovery to be had or may make such other order as is just.

6. In Conclusion, I ask that this Honorable court take into consideration Plaintiffs' ignorance to civil law and proper procidure, and understand that I am doing the best I can, I realize that I am clearly out classed and at a severe disadvantage and I apologize for any inconvenience or error I may have caused as a result of that ignorance.

Respectfully Submitted,
Michael Lemberger

Michael Lemberger
R.R. 1 Box 6-A
Rushville, IL. 62681

## Certificate of Service

I hereby certify that on May 23, 2008 I mailed, by U.S. mail, the above document for filing to the clerk of the court.

I further certify that on May 23, 2008 I mailed, by U.S. mail, a copy of the above document to the following party of record.

Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL. 62706


Respectfully Submitted,
Michael Lemberger

Michael Lemberger
R.R. 1 Box 6-A
Rushville, IL. 62681

-3-