# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**MICHAEL LEMBERGER**

      vs.　　　　　　　　　　　　　　　Case Number:　**07-3128**

**SANDRA SIMPSON, THOMAS MONAHAN,
BRIAN THOMAS, ANDERSON FREEMAN
and DAYLE SANDERS**

☐　**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX　**DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, pursuant to an Order entered by the Honorable Harold A. Baker on July 9, 2008.  The defendants' motions for summary judgment are granted (d/e's 30, 32). Judgment is entered in favor of the defendants and against the plaintiff.  This case is closed.--------------------------------------------

ENTER this 9th day of July, 2008

s/ Pamela E. Robinson
PAMELA E. ROBINSON, CLERK
s/ D. Meadows

_____
BY:  DEPUTY CLERK