IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL LEMBERGER, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 07-3128 |
| SANDRA SIMPSON, THOMAS MONAHAN, BRIAN THOMAS, ANDERSON FREEMAN and DAYLE SANDERS, | ) |
| Defendants. | ) |

### RESPONSE TO JULY 9, 2008, ORDER

NOW COME Defendants, ANDERSON FREEMAN, THOMAS MONAHAN, DARRELL SANDERS, and BRIAN THOMAS, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby respond to the Court's July 9, 2008, Order as follows:

1.   On July 9, 2008, the Court entered judgment in favor of the defendants and against the Plaintiff. (Ct. Doc. #39.) In addition, the Court requested that the Rushville Treatment & Detention Facility provide the Court with materials pertaining to Plaintiff's income and account balance. (Ct. Doc. #39.)

2.	The Rushville Treatment & Detention Facility is in the process of compiling the requested materials but needs additional time within which to comply with the Court's July 9, 2008, request.

          Respectfully submitted,

          ANDERSON FREEMAN, THOMAS
          MONAHAN, DARRELL SANDERS,
          and BRIAN THOMAS,

              Defendants,

          LISA MADIGAN, Attorney General,
          State of Illinois,

              Attorney for Defendants,

          s/ Michael J. Lanzdorf
          Michael J. Lanzdorf, #6286675
          Assistant Attorney General
          500 South Second Street
          Springfield, IL   62706
          Phone: (217) 782-9056
          Fax: (217) 782 -8767
          E-Mail: mlanzdorf@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL LEMBERGER, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 07-3128 |
| SANDRA SIMPSON, THOMAS MONAHAN, BRIAN THOMAS, ANDERSON FREEMAN and DAYLE SANDERS, | ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 21, 2008, I electronically filed Defendants' Response to July 9, 2008, Order, with the Clerk of the Court using the CM/ECF system, which will send notice of same to:

James C. Vlahakis at jvlahakis@hinshawlaw.com

and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael Lemberger
Treatment & Detention Facility
R. R. # 1, Box 6-A
Rushville, IL   62681

                                                Respectfully submitted,

                                                  s/ Michael J. Lanzdorf
                                                Michael J. Lanzdorf, #6286675
                                                Assistant Attorney General
                                                500 South Second Street
                                                Springfield, IL   62706
                                                Phone: (217) 782-9056
                                                Fax: (217) 782 -8767
                                                E-Mail: mlanzdorf@atg.state.il.us