United States District Court
Central District of Illinois
Springfield Illinois

FILED
AUG 0 6 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael Lemberger,
Plaintiff,

vs.

Sandra Simpson, et. al.
Defendants.

Case No. 07-3128

## Plaintiffs' Pro. se. Motion and Objection to Costs.

Now come Plaintiff, Michael Lemberger, Pro. se. And files Motion in Objection to Costs.

1) Plaintiffs' grounds for objection is Indigency.

2) Plaintiff is currently committed to the Department of Human Services, and has been so since Jan. 23. 2007.

3) Plaintiff came up for review for Conditional Release on June 29, 2008 and was interviewed by Dr. Bruker, a forensic Psychiatrist, who recommended that Conditional Release be denied.

-1-

4) It is not foreseeable that Plaintiff would be able to seek gainfull employment for at least another 12 months as a result of Dr. Brukers recomindations.

5) Plaintiff is only allowed by law to file or Petition for Discharge once ever 12 months.

6) Plaintiff does not dispute that he has filed 5 (five) Complaints since May 2007, but Reminds the Court that Case No. 07-3249 was withdrawn, Case No. 07-3128 was not decided against me because it was considered frivolous, but because of my inexperiance with the law, Also I did ask this court for appointment of councel and was denied. I assure this court that if I would have had some sort of sound legal advise I would not waist mine, nor this courts time on a matter thats un-winable.

7) Case No. 07-3212 was also withdrawn under good faith, with out prejudice, After I was assured my Religious Rights violations would stop. Case No. 08-3038 is a Redress of Case No. 07-3212, because the violations are continueing, And Case No. 08-3115 is similar to Case No. 08-3038, with the exception that D.H.S. Staff is useing the repitition of the same meals over and over again to Retaliate against me for Requesting Kosher food.

8) Even though it may seem as if I have filed 5 different Complaints, I disagree with the court that this is an extreme or exceptional case, and in reality I only have 3 (three) actual Complaints in this court.

9) One which I lost, ~~07-3212~~ 07-3128, Case No. 08-3038, which is basically a refileing of Case No. 07-3212 and Case No. 08-3038, which is not exceptional nor extreme.

10) Plaintiff has no job in D.H.S. only a task assignment, and does not get paid in U.S. currency but rather a point system. Nor is Plaintiff allowed to seek gainful employment in the community.

11) Enclosed is a copy of two Life Reward Receipts, on from 5-2-08 and one from 7-11-08, that does not show a cash balance, also a copy of Notice of Right to Petition for Discharge on case No. 06-CR-80020. D.H.S. can verify with the courts that my Conditional Release Petition was Recomended Denied by Dr. Bruker.

12) In Conclusion, I have no foreseeable way to pay any costs at this time or at any time within the next 12 to 18 months.

3.

13) In conclusion I ask this court not to assess costs against me because I simply am unable to pay. I am not indigent with a modist income, or on welfair or Social Security. I have no money at all – other than a few gifts of money orders I have recieved since I've been here.

Respectfully Submitted,
M. Lemberg

Michael Lemberger
R.R. 1 Box 6-A
Rushville, IL. 62681

-4-

Certificate of Service

I hereby certify that on July 23, 2008 I mailed the above document for filing to the Clerk of the Court.

I further certify that on July 23, 2008 I mailed a copy of the above document to the following parties of record

James C. Vlahakis
Hinshaw + Culbertson LLP
222 N. LaSalle Street
Chicago, IL. 60601-1081

Michael J. Lanzdorf #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL. 62706

Respectfully Submitted,
Michael Lemberg

Michael Lemberger
R.R. 1 Box 6-A
Rushville, IL. 62681

-5-

STATE OF ILLINOIS _____Cook_____ COUNTY

| | | |
|---|---|---|
| IN RE THE DETENTION OF | ) | NOTICE OF RIGHT TO PETITION |
| | ) | FOR DISCHARGE |
| | ) | AND |
| | ) | WAIVER OF RIGHT TO PETITION |
| | ) | FOR DISCHARGE |
| _Lemberger, Michael_ | ) | |
| | ) | _06-CR-80020_ |
| Respondent | ) | Court Case Number |

### NOTICE OF RIGHT TO PETITION FOR DISCHARGE

You have been committed under the Sexually Violent Persons Commitment Act, ILCS 207 (1998), Stats. This notice is from the Secretary of the Department of Human Services (hereinafter called the Secretary), to tell you that you have the right to petition the Court for discharge from your commitment even if the Secretary objects to your discharge.

The person who gave you this notice is doing an examination of your mental condition (§ 725 ILCS 207/55). This is so he or she can determine if you have made enough progress to either be transferred to conditional release where you would get treatment in the community, or to be discharged. The Secretary will use the results of this examination and other information to decide whether or not he or she will authorize you to petition for discharge. You may still petition for discharge even if the Secretary objects to you doing so. In addition, a copy of the written evaluation report will be placed in your health care record and the original will be forwarded to the above-captioned court.

Printed below is what is known as a waiver form which you may use to give up your right to petition for discharge at this time. If you decide to give up your right to ask to be discharged, initial and sign the waiver form where indicated. The examiner will give this form to the Court along with the report of your examination. If you do not sign the waiver form, the Court will begin the process it must follow to determine if you have made enough progress to be conditionally released or discharged. This means the court will set a probable cause hearing where it will be reviewing the examiner's report of your examination. You have the right to have an attorney represent you at this hearing but you do not have the right to be present at the hearing. If the Court believes that you have made enough progress to be transferred to conditional release or discharge, a full hearing will be set at which time you will be entitled to many of the same rights that you had at the hearing when you were committed. At the hearing, the state has the burden of providing by clear and convincing evidence that you are still a sexually violent person.
(Revised 6/1/05)


## WAIVER OF RIGHT TO PETITION FOR DISCHARGE

By putting my initials on each paragraph of this form and signing this waiver form, I know that:

___ I am giving up my right at this time to ask the Court to discharge me from commitment as a sexually violent person under the Sexually Violent Persons Commitment Act, 725 ILCS 207 (1998).

___ By signing this waiver I give up the right to petition for discharge at this time and that I will not be permitted to take back this waiver.

___ This waiver applies only to my right to petition at this time, and that I still have the right to petition for discharge based on further examinations. These future examinations are required by law to occur at least ever 12 months.

___ In addition to the right to petition for discharge ever 12 months, I also have the right to ask for discharge at any other time. I also understand that the Court may under certain circumstances deny such a petition without a hearing.

___ By waiving my right to petition for discharge at this time, I am giving up a valuable legal right and it is possible that giving up this right could mean that I will remain committed as a sexually violent person under the Sexually Violent Persons Commitment Act for a longer period of time.

___ My initials and signature demonstrate that I understand what is stated in this form and that I waive my right to a hearing at this time.

_____   _____   _____
Printed Name- Respondent      Signature- Respondent         Date Signed

I hereby certify that I presented and read this form to the above-named respondent and that the respondent declined to sign the waiver of right to petition for discharge.

*Robert Barker Sr.*              *Robert Barker Jr.*             6-29-08
Printed Name- Examiner         Signature- Examiner             Date Signed

(Revised 6/1/05)

# LIFE REWARD RECEIPT

| Unit | Resident Name: | Balance | 7/11/08 COMMISSARY | Copies | Deposit | Total | Comments |
|---|---|---|---|---|---|---|---|
| D2 | Lemberger, Michael | 30.65 | -13.35 | | 12 | 29.3 | |

# LIFE REWARD RECEIPT

| Unit | Resident Name: | Balance | 5/2/08 COMMISSARY | Copies | April Postage | Deposit | Total | Comments |
|---|---|---|---|---|---|---|---|---|
| D2 | Lemberger, Michae | 30.65 | -20.85 | | | 5 | 14.8 | |